**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **7**

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Country Willow LTD.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Willow Furniture and Design** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **13-3880813** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **230 Route 117 Bypass Road** <br> **Bedford Hills, NY 10507** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Westchester** <br> County | **Location of principal assets, if different from principal place of business** <br> **66 Fields Lane Brewster, NY 10509** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.countrywillow.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Country Willow LTD.**                                    Case number (*if known*) _____
                Name

**7.   Describe debtor's business**      A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____**4491**_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**      *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor   **Country Willow LTD.** _____   Case number (*if known*) _____

Name

List all cases. If more than 1,
attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐  $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 3

Debtor   **Country Willow LTD.**                                              Case number (*if known*) _____
    Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February  2, 2026**
               MM / DD / YYYY

**X** **/s/ Michael Grasso** _____        **Michael Grasso** _____
    Signature of authorized representative of debtor            Printed name

Title   **President** _____

**18. Signature of attorney**

**X** **/s/ Jeffrey A. Reich** _____        Date   **February  2, 2026**
    Signature of attorney for debtor                    MM / DD / YYYY

**Jeffrey A. Reich** _____
Printed name

**Reich Reich & Reich, P.C.** _____
Firm name

**235 Main Street, Suite 450**
**White Plains, NY 10601-2421**
Number, Street, City, State & ZIP Code

Contact phone   **914-949-2126** _____        Email address   **reichlaw@reichpc.com** _____

**3025509 NY** _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Country Willow LTD.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February  2, 2026**     X **/s/ Michael Grasso**
                                          Signature of individual signing on behalf of debtor

                                          **Michael Grasso**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Country Willow LTD.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................   $     **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.........................................................................................   $     **2,593,970.60**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...........................................................................................   $     **2,593,970.60**

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $     **623,563.97**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $     **35,778.46**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$     **4,501,268.99**

4. **Total liabilities** ..................................................................................................................
   Lines 2 + 3a + 3b   $     **5,160,611.42**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Country Willow LTD.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property 12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Tompkins Bank** | **Checking** | **0922** | **$174,078.83** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | **$174,078.83** |
|---|---|

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| | Description | Value |
|---|---|---|
| 7.1. | **Security deposit held with landlord, BRAVCOR LLC, for Debtor's warehouse location 66 Fields Lane, Brewster, NY 10509** | **$83,125.02** |
| 7.2. | **Security deposit held with landlord, Northern Westchester Builders, for Debtor's showroom addresses 226, 234, 238, 242 & 246 Route 117 Bypass Road, Bedford Hills, NY 10507** | **Unknown** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor   **Country Willow LTD.** _____   Case number *(If known)* _____
          Name

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 9. | **Total of Part 2.** | **$83,125.02** |
| | Add lines 7 through 8. Copy the total to line 81. | |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

■ Yes Fill in the information below.

**11.    Accounts receivable**

11a. 90 days old or less:    **810,656.75**    -    **0.00** = ....    **$810,656.75**

     face amount      doubtful or uncollectible accounts

| | | |
|---|---|---|
| 12. | **Total of Part 3.** | **$810,656.75** |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.

☐ Yes Fill in the information below.

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies Inventory - see annexed exhibit.** | | | | |
| | **Estimated liquidation value** | 12/18/25 | $1,170,000.00 | Appraisal | $1,500,000.00 |

| | | |
|---|---|---|
| 23. | **Total of Part 5.** | **$1,500,000.00** |
| | Add lines 19 through 22.  Copy the total to line 84. | |

24.   **Is any of the property listed in Part 5 perishable?**
     ■ No
     ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No

Official Form 206A/B        Schedule A/B Assets - Real and Personal Property        page 2

Debtor   **Country Willow LTD.**_____   Case number *(If known)* _____
      Name

☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** Miscellaneous office furniture and equipment - see annexed exhibit. | **Unknown** | | **Unknown** |

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                    **$0.00**
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

Debtor    **Country Willow LTD.**                              Case number *(If known)* _____
          Name

|  | | | | |
|---|---|---|---|---|
| 47.1. | **2012 Mitsubishi Fuso FEC72S**<br>**Mileage: 110,244** | | | **$15,000.00** |
| 47.2. | **2017 Ram ProMaster City Cargo Van**<br>**Estimated Mileage: 100,000** | | | **$11,110.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm**
       **machinery and equipment)**

51.    **Total of Part 8.**                                              **$26,110.00**

       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

       ■ No.  Go to Part 10.
       ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

       ■ No.  Go to Part 11.
       ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ☐ No.  Go to Part 12.
       ■ Yes Fill in the information below.

                                                                         **Current value of**
                                                                         **debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

Debtor   **Country Willow LTD.**                              Case number *(If known)* _____
         Name

| | |
|---|---|
| **Liability and business property insurance with The Hartford** | **$0.00** |
| **Workers Compensation insurance policy with The Hartford** | **$0.00** |
| **Commercial automobile insurance with The Hartford** | **$0.00** |
| **Directors and officers insurance** | **$0.00** |

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.   **Total of Part 11.**

       Add lines 71 through 77. Copy the total to line 90.                **$0.00**

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **Country Willow LTD.**                          Case number *(If known)* _____
_____
Name

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $174,078.83 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $83,125.02 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $810,656.75 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,500,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $26,110.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,593,970.60 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,593,970.60 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Country Willow LTD.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **CHRYSLER CAPITAL**<br>Creditor's Name<br>**ATTN: BANKRUPTCY DEPT**<br>**PO BOX 961278**<br>**FORT WORTH, TX 76161-1278**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**2017 Ram ProMaster City Cargo Van**<br><br>_____<br><br>**Describe the lien**<br>_____<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $361.47 | $11,110.00 |
| **2.2** **TOMPKINS COMMUNITY BANK**<br>Creditor's Name<br>**PO BOX 460**<br>**ITHACA, NY 14851**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**Line of Credit**<br><br>_____<br><br>**Describe the lien**<br>_____<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $623,202.50 | $0.00 |

Debtor **Country Willow LTD.**        Case number (if known) _____
    Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$623,563.97**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **Country Willow LTD.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | | |

**2.1** Priority creditor's name and mailing address
**ANDREA GOTTSCHALL**
**80 SUNNYSIDE AVENUE**
**TARRYTOWN, NY 10591**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$1,039.97**    Priority amount **$1,039.97**

Date or dates debt was incurred

Basis for the claim:
**Commisions due for November 2025**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**2.2** Priority creditor's name and mailing address
**DEPARTMENT OF REVENUE SERVICES**
**450 COLUMBUS BLVD, SUITE 1**
**HARTFORD, CT 06103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$5,764.00**    Priority amount **$5,764.00**

Date or dates debt was incurred

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Country Willow LTD.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,796.00 | $14,796.00 |
|---|---|---|---|---|

**MICHAEL GRASSO
GRASSO BUSINESS
DEVELOPMENT
7 RACEWAY DRIVE
NANTUCKET, MA 02554**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,928.49 | $13,928.49 |
|---|---|---|---|---|

**NYS DEPT OF TAXATION &
FINANCE
P O BOX 5149
ALBANY, NY 12205-5149**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sale Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**TOWN OF BEDFORD
321 BEDFORD ROAD
BEDFORD HILLS, NY 10507**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,325.00 |
|---|---|---|---|

**AC DESIGN
23 MAIN STREET
BEDFORD HILLS, NY 10507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,423.30 |
|---|---|---|---|

**AEGIS TRUST COMPANY LLC
7200 HIGHWAY 278 NE STE 205
COVINGTON, GA 30014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **ESOP Servicer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Country Willow LTD.** | Case number (if known) | |
| | Name | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$472.40** |

**AFLAC**
**PO BOX 535178**
**PITTSBURGH, PA 15253**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Supplemental Insurance**

Last 4 digits of account number  **HP51**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$70.46** |

**ALESSANDRO GARINOIS**
**184 BARNARD ROAD**
**NEW ROCHELLE, NY 10801**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Order Deposit**

Last 4 digits of account number  **7082**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,099.00** |

**AMANDA DYKEMAN**
**7 DYKEMAN LANE**
**PAWLING, NY 12564**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Order Deposit**

Last 4 digits of account number  **7386**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,319.85** |

**AMERICAN EXPRESS**
**ATTN: BANKRUPTCY**
**PO BOX 981540**
**EL PASO, TX 79998**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Credit card debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$34,302.95** |

**AMERICAN LEATHER**
**4501 MOUNTAIN CREEK PARKWAY**
**DALLAS, TX 75236**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number  **1203**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$346.26** |

**AMI STOKHAMER**
**962B HERITAGE HILLS**
**SOMERS, NY 10589**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Order Deposit**

Last 4 digits of account number  **6732**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$35.25** |

**ANDREW CARLINO**
**DIANA CARLINO**
**23 HUCKLEBERRY ROAD**
**REDDING, CT 06896**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Order Deposit**

Last 4 digits of account number  **6960**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Country Willow LTD.**                                    Case number (if known) _____
                    Name

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$228.04**

**AT&T MOBILITY**
**PO BOX 537104**
**ATLANTA, GA 30353-7104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __**Cellular phone service**__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,039.00**

**AVIVA BELSKY**
**162 CARROLLWOOD DRIVE**
**TARRYTOWN, NY 10591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __**Customer Order Deposit**__

Last 4 digits of account number __7373__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,206.32**

**BARBARA GARBER**
**211 B HERITAGE HILLS**
**SOMER, NY 10589**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __**Customer Order Deposit**__

Last 4 digits of account number __7341__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,506.50**

**BASSETT FURNITURE**
**PO BOX 890544**
**CHARLOTTE, NC 28289**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __**Vendor**__

Last 4 digits of account number __7762__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,830.00**

**BERNHARDT FURNITURE**
**1839 MORGANTON BLVD**
**PO BOX 740**
**LENOIR, NC 28645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __**Vendor**__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,306.94**

**BONNIE STRELIS**
**825 D HERITAGE HILLS**
**SOMERS, NY 10589**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __**Customer Order Deposit**__

Last 4 digits of account number __7317__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,315.29**

**BRAVCOR LLC**
**14 FIELDS LANE**
**BREWSTER, NY 10509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __**Landlord for warehouse - possible claim for rent**__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Country Willow LTD.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,494.00**

**BRIAN LUTTNER**
**ALLIE LUTTNER**
**2737 WALDEN FARMS ROAD**
**SIGNAL MOUNTAIN, TN 37377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **7179**

Basis for the claim:  **Customer Order Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$257.93**

**BROOKE BEEBE**
**317 ELM ROAD**
**BRIARCLIFF MANOR, NY 10510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **7405**

Basis for the claim:  **Customer Order Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,494.39**

**BRYAN MORALES**
**13 LAURIE LANE**
**BREWSTER, NY 10509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **7357**

Basis for the claim:  **Customer Order Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,251.38**

**CAMLEN**
**336 VICTORIA**
**KNOWLTON QC J0E 1V0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,816.28**

**CAPEL INCORPORATED**
**PO BOX 826**
**831 NORTH MAIN STREET**
**TROY, NC 27371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$603.94**

**CAPITAL ONE**
**PO BOX 71083**
**CHARLOTTE, NC 28272-1083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Credit card debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,123.00**

**CARLETON HENRICH**
**123 BOWAY ROAD**
**SOUTH SALEM, NY 10590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **7378**

Basis for the claim:  **Customer Order Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Country Willow LTD.**
Name

Case number (if known)

| | |
|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**CARLOS GOMEZ**<br>**32 MAIDEN LANE**<br>**CROTON ON HUDSON, NY 10520**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **7311** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Customer Order Deposit**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$1,316.97** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**CAROL ANN PARISI**<br>**2006 WATCH HILL DRIVE**<br>**TARRYTOWN, NY 10591**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **7322** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Customer Order Deposit**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$765.13** |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**CAROLYN MAYO**<br>**66 MILTON ROAD, APT. D32**<br>**RYE, NY 10580**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **7333** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Customer Order Deposit**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$4,403.00** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**CHRIS BUTLER**<br>**TARA BUTLER**<br>**107 PHEASANT RUN ROAD**<br>**WILTON, CT 06897**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **7287** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Customer Order Deposit**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$13,976.00** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**CHRIS HUGUENOT**<br>**7 HERITAGE DRIVE**<br>**PLEASANTVILLE, NY 10570**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **7323** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Customer Order Deposit**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$444.64** |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**CINDY FERRARO**<br>**38 CENTURY RIDGE ROAD**<br>**PURCHASE, NY 10577**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **7290** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Customer Order Deposit**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$3,207.90** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**COMCAST**<br>**ONE COMCAST CENTER**<br>**PHILADELPHIA, PA 19183-2838**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$184.99** |

| Debtor | **Country Willow LTD.** | | Case number (if known) | |
| | Name | | | |

---

**3.31** | **Nonpriority creditor's name and mailing address**
**CON EDISON**
**COOPER STATION**
**PO BOX 138**
**NEW YORK, NY 10276-0138**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utility**

Is the claim subject to offset?  ■ No  ☐ Yes

**$500.00**

---

**3.32** | **Nonpriority creditor's name and mailing address**
**CONSOLIDATED FURNITURE**
**PO BOX 6473**
**HIGH POINT, NC 27262**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

**$3,194.20**

---

**3.33** | **Nonpriority creditor's name and mailing address**
**CORI ESTROW**
**30 CHURCH STREET**
**BEDFORD HILLS, NY 10507**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business loan**

Is the claim subject to offset?  ■ No  ☐ Yes

**$494,416.00**

---

**3.34** | **Nonpriority creditor's name and mailing address**
**CORI ESTROW**
**30 CHURCH STREET**
**BEDFORD HILLS, NY 10507**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **ESOP Notes to Seller LT**

Is the claim subject to offset?  ■ No  ☐ Yes

**$2,800,000.00**

---

**3.35** | **Nonpriority creditor's name and mailing address**
**CORI ESTROW**
**30 CHURCH STREET**
**BEDFORD HILLS, NY 10507**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business loan to pay store's American Express credit card**

Is the claim subject to offset?  ■ No  ☐ Yes

**$13,156.67**

---

**3.36** | **Nonpriority creditor's name and mailing address**
**CORI ESTROW**
**30 CHURCH STREET**
**BEDFORD HILLS, NY 10507**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$20,000.00**

---

**3.37** | **Nonpriority creditor's name and mailing address**
**COSMAS GITTA**
**200 SCHOOL HOUSE ROAD, UNIT 4G**
**PEEKSKILL, NY 10566**

Date(s) debt was incurred __

Last 4 digits of account number  **7408**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Order Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,222.47**

---

Debtor   **Country Willow LTD.**                                    Case number (if known) _____
         Name

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,299.00** |
|---|---|---|---|

**DAN HARRIS**
**NORA HARRIS**
**92 EAST BROOKSIDE DRIVE**
**LARCHMONT, NY 10538**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer Order Deposit**

**Last 4 digits of account number  7367**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,790.00** |
|---|---|---|---|

**DANIZGER & MARKHOFF**
**1133 WESTCHESTER AVE STE N208**
**WHITE PLAINS, NY 10604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Legal Services**

**Last 4 digits of account number  0137**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,656.00** |
|---|---|---|---|

**DAVID LANGNER**
**87 HAWKES AVENUE, APT 2104**
**OSSINING, NY 10562**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer Order Deposit**

**Last 4 digits of account number  7348**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,370.00** |
|---|---|---|---|

**DEBORAH SCESNEY**
**521 HERITAGE HILLS, UNIT A**
**SOMERS, NY 10589**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer Order Deposit**

**Last 4 digits of account number  7389**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$151,000.00** |
|---|---|---|---|

**DELUXE**
**100 THROCKMORTON STREET**
**SUITE 1800**
**FORTH WORTH, TX 76102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Merchant Services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DELUXE MERCHANT SERVICES**
**801 S. MARQUETTE AVENUE**
**MINNEAPOLIS, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **NOTICE ONLY**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,500.00** |
|---|---|---|---|

**DEVEY McLOUGHLIN**
**PETE JANE**
**16 PARK WAY**
**PURDYS, NY 10578**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer Order Deposit**

**Last 4 digits of account number  7302**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Debtor**   **Country Willow LTD.**                                              Case number (*if known*) _____
               Name

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$216.75** |

**DISPATCH**
**300 ORCHARD CITY DRIVE STE 110**
**CAMPBELL, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number **1276**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,250.00** |

**DONALD FRUM**
**LINDA FRUM**
**11 WOODLAND DRIVE**
**YORKTOWN HEIGHTS, NY 10598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer Order Deposit**

Last 4 digits of account number **7368**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,681.00** |

**DREW VANOVER**
**JACKIE VANOVER**
**167 PROSPECT AVENUE**
**TARRYTOWN, NY 10591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer Order Deposit**

Last 4 digits of account number **7372**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$310.12** |

**EAGLE BUSINESS**
**44 EXECUTIVE BLVD**
**ELMSFORD, NY 10523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number **1916**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**FIFTH THIRD BANK**
**38 FOUNTAIN SQUARE PLAZA**
**CINCINNATI, OH 45202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **In connection with Merchant Services Agreement with Deluxe**

**NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,786.71** |

**FOUR HANDS**
**2090 WOODWARD STREET**
**AUSTIN, TX 78744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,500.00** |

**FRED RODRIGUEZ**
**3566 BENNINGTON DRIVE**
**FISHKILL, NY 12524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer Order Deposit**

Last 4 digits of account number **7345**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Country Willow LTD.**
　　　　Name

Case number (if known) _____

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,347.00** |
|---|---|---|---|

**FURNITURE FIRST**
**1500 FULLING MILL ROAD**
**MIDDLETOWN, PA 17057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number **LM01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,585.86** |
|---|---|---|---|

**GAT CREEK**
**5270 VALLEY ROAD**
**BERKELEY SPRINGS, WV 25411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number **0147**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,569.00** |
|---|---|---|---|

**GREG GAMMER**
**DINA GAMMER**
**29 MONTICELLO DRIVE**
**BREWSTER, NY 10509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Customer Order Deposit**

Last 4 digits of account number **7356**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$214.00** |
|---|---|---|---|

**HAMARY HOME FURNISHINGS**
**240 PLEASANT HILL ROAD**
**HUDSON, NC 28638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$790.29** |
|---|---|---|---|

**HANNAH ARONSSON**
**512 NORTH STREET**
**GREENWICH, CT 06830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Customer Order Deposit**

Last 4 digits of account number **7331**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,994.00** |
|---|---|---|---|

**HAROLD COFFEY**
**27 OBSERVATORY DRIVE**
**CROTON ON HUDSON, NY 10520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Customer Order Deposit**

Last 4 digits of account number **7284**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,715.00** |
|---|---|---|---|

**HEIDI DUELFER**
**103 HIGH MEADOW LANE**
**YORKTOWN HEIGHTS, NY 10598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Customer Order Deposit**

Last 4 digits of account number **7385**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Country Willow LTD.**                              Case number (if known) _____
           Name

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,330.00**
| HOWIE PAUL | ☐ Contingent |
| STEPHANIE PAUL | ☐ Unliquidated |
| 10 OVERLOOK ROAD NO | ☐ Disputed |
| WHITE PLAINS, NY 10603 | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer Order Deposit__ |
| Last 4 digits of account number **7391** | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,141.00**
| IAN SHERIDAN | ☐ Contingent |
| 115 MAHOPAC AVENUE | ☐ Unliquidated |
| GRANITE SPRINGS, NY 10527 | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer Order Deposit__ |
| Last 4 digits of account number **7407** | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,867.89**
| IRON MOUNTAIN | ☐ Contingent |
| 1101 ENTERPRISE DRIVE | ☐ Unliquidated |
| ROYERSFORD, PA 19468 | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Vendor__ |
| Last 4 digits of account number **5809** | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,821.06**
| IVANKA OLCOTT | ☐ Contingent |
| 1 TERRACE PLACE | ☐ Unliquidated |
| CROTON ON HUDSON, NY 10520 | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer Order Deposit__ |
| Last 4 digits of account number **7363** | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,385.88**
| JACKIE BRUSCO | ☐ Contingent |
| 117 OAK SUMMIT ROAD | ☐ Unliquidated |
| MILLBROOK, NY 12545 | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer Order Deposit__ |
| Last 4 digits of account number **6800** | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$774.68**
| JAIPUR LIVING | ☐ Contingent |
| 1800 CHEROKEE PARKWAY | ☐ Unliquidated |
| ACWORTH, GA 30102 | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __JAIPUR LIVING__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,119.99**
| JAMES CULLINANE | ☐ Contingent |
| 67 LAKESIDE DRIVE | ☐ Unliquidated |
| KATONAH, NY 10536 | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Customer Order Deposit__ |
| Last 4 digits of account number **7265** | Is the claim subject to offset? ■ No ☐ Yes |

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 11 of 26

Debtor   **Country Willow LTD.**                                          Case number (if known) _____
           Name

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,998.00** |

**JAMES McKEEVER**
**56 INDIAN HILL ROAD**
**BEDFORD, NY 10506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer Order Deposit__

Last 4 digits of account number **7361**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,643.00** |

**JANET DUFFY**
**437 A HERITAGE VILLAGE**
**SOUTHBURY, CT 06488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer Order Deposit__

Last 4 digits of account number **7302**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,150.88** |

**JAUNTY**
**13535 S. FIGUEROA STREET**
**LOS ANGELES, CA 90061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number **9885**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$618.69** |

**JEANINE CATERINA**
**KIERAN CATERINIA**
**16 STANDISH DRIVE**
**RIDGEFIELD, CT 06877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer Order Deposit__

Last 4 digits of account number **6764**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,600.01** |

**JEFFREY KIRSON**
**ERICA KIRSON**
**40 WEAVERS HILL**
**MOUNT KISCO, NY 10549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer Order Deposit__

Last 4 digits of account number **7113**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,622.37** |

**JILL PETERS**
**130 HIGHLAND DRIVE**
**CORTLANDT MANOR, NY 10567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer Order Deposit__

Last 4 digits of account number **7370**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,271.00** |

**JIM COYLE**
**LINDA COYLE**
**164 COMMUNITY DRIVE**
**WAKEFIELD, RI 02879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer Order Deposit__

Last 4 digits of account number **7364**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Country Willow LTD.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.73** **Nonpriority creditor's name and mailing address** — **$1,900.00**

JOCELYN SOLEIMAN
124 CLAYTON ROAD
SCARSDALE, NY 10583

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Order Deposit**

Last 4 digits of account number **7371**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** **Nonpriority creditor's name and mailing address** — **$1,787.09**

JOHN GLUSMAN
EMILY GLUSMAN
30 INDIAN HILL ROAD
BEDFORD HILLS, NY 10507

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Order Deposit**

Last 4 digits of account number **7296**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** **Nonpriority creditor's name and mailing address** — **$3,170.00**

JORDAN GLICKMAN
3 IVY RIDGE COURT
MOUNT KISCO, NY 10549

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Order Deposit**

Last 4 digits of account number **7398**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** **Nonpriority creditor's name and mailing address** — **$19,262.65**

JOSEPH CROCCO
BARBARA CROCCO
255 GREAT PLAIN ROAD
DANBURY, CT 06811

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Order Deposit**

Last 4 digits of account number **6214**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** **Nonpriority creditor's name and mailing address** — **$4,500.00**

JVW CONSULTING
ATTN: JENA WHITE
123 MEETING STREET
GEORGETOWN, SC 29440

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Consulting Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** **Nonpriority creditor's name and mailing address** — **$2,424.71**

KATE DUGUID
37 ST. MARKS AVENUE, APT 1
BROOKLYN, NY 11217

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Order Deposit**

Last 4 digits of account number **7402**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** **Nonpriority creditor's name and mailing address** — **$1,061.00**

KATE HESTON
48 FOXWOOD DRIVE
PLEASANTVILLE, NY 10570

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Order Deposit**

Last 4 digits of account number **7358**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Country Willow LTD.**
Name                                                                Case number (if known)

---

**3.80**  **Nonpriority creditor's name and mailing address**
**KEITH MARSTON**
**DEBORAH LUNDY**
**70 LAURELTON ROAD**
**MOUNT KISCO, NY 10549**

Date(s) debt was incurred __

Last 4 digits of account number  **7399**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Order Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

$4,701.85

---

**3.81**  **Nonpriority creditor's name and mailing address**
**KINCAID**
**22829 NETWORK PLACE**
**CHICAGO, IL 60673**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

$8,539.00

---

**3.82**  **Nonpriority creditor's name and mailing address**
**KINGSLEY-BATE**
**7200 GATEWAY COURT**
**MANASSAS, VA 20109**

Date(s) debt was incurred __

Last 4 digits of account number  **2744**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

$366.63

---

**3.83**  **Nonpriority creditor's name and mailing address**
**KRAVET**
**250 CROSSWAYS PARK DRIVE**
**WOODBURY, NY 11797**

Date(s) debt was incurred __

Last 4 digits of account number  **2410**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

$2,417.65

---

**3.84**  **Nonpriority creditor's name and mailing address**
**LANCASTER IRON & WOOD**
**1564 MAIN STREET, SUITE 1**
**EAST EARL, PA 17519**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

$1,729.00

---

**3.85**  **Nonpriority creditor's name and mailing address**
**LAURA ENDICO**
**46 WOODCREST DRIVE**
**ARMONK, NY 10504**

Date(s) debt was incurred __

Last 4 digits of account number  **7376**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Order Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

$10,104.22

---

**3.86**  **Nonpriority creditor's name and mailing address**
**LAURIE ANTOUS**
**10 WINE SAP ROAD**
**SANDY HOOK, CT 06482**

Date(s) debt was incurred __

Last 4 digits of account number  **7223**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Order Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

$3,708.42

---

Debtor   **Country Willow LTD.**                    Case number (if known) _____
         Name

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$55,797.10** |
|------|---|---|---|

**LEE INDUSTRIES**
**210 4TH STREET SW**
**CONOVER, NC 28613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

**Last 4 digits of account number  5540**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,953.42** |
|------|---|---|---|

**LEE INDUSTRIES, INC.**
**2264 N. 21ST STREET**
**PHILADELPHIA, PA 19182-5676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$203.75** |
|------|---|---|---|

**LEFT BANK ART**
**14930 ALONDRA BLVD**
**LA MIRADA, CA 90638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,436.80** |
|------|---|---|---|

**LEGACY**
**PO BOX 896624**
**CHARLOTTE, NC 28289**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

**Last 4 digits of account number  7465**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,993.74** |
|------|---|---|---|

**LENNY GENNA**
**LINDA GENNA**
**6 ROBIN LANE**
**WILTON, CT 06897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customer Order Deposit__

**Last 4 digits of account number  7122**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,661.00** |
|------|---|---|---|

**LESLIE SCHUTZ**
**207 CHESTNUT HILL ROAD**
**STAMFORD, CT 06903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customer Order Deposit__

**Last 4 digits of account number  7415**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,152.45** |
|------|---|---|---|

**LIBERTY FURNITURE INC.**
**6021 GREENSBORO DRIVE SW**
**ATLANTA, GA 30336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Country Willow LTD.**                                    Case number (if known) _____
         Name

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,697.00** |

**LINDA STEPHENSON**
**2 HIXON ROAD**
**CROTON ON HUDSON, NY 10520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number **7388**

Basis for the claim: **Customer Order Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,492.98** |

**LISA PRAUDA**
**181 WARREN AVENUE**
**HAWTHORNE, NY 10532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number **7383**

Basis for the claim: **Customer Order Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,495.16** |

**LISA SLANE**
**127 SOUTH STATE ROAD**
**BRIARCLIFF MANOR, NY 10510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number **7164**

Basis for the claim: **Customer Order Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$566.79** |

**LOIS SOCCODATO**
**548 FOWLER AVENUE**
**PELHAM, NY 10803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number **6280**

Basis for the claim: **Customer Order Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,452.41** |

**LOLOI RUGS**
**4501 SPRING VALLEY ROAD**
**DALLAS, TX 75244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number **5556**

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,729.56** |

**LORNA WHITTEMORE**
**1 PAMELA LANE, APT A**
**SOUTH SALEM, NY 10590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number **7414**

Basis for the claim: **Customer Order Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,577.47** |

**LOU McGRATH**
**GRACE McGRATH**
**84 N. LAKE STREET**
**BROOKFIELD, CT 06804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number **7360**

Basis for the claim: **Customer Order Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Country Willow LTD.** | Case number (if known) | |
| | Name | | |

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,500.00** |

**LOU SCHLANGER**
**SUE SCHLANGER**
**230 MELBOURNE AVENUE**
**MAMARONECK, NY 10543**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer Order Deposit__

**Last 4 digits of account number  6825**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$329.00** |

**MARC FIORILLO**
**AMANDA FIORILLO**
**774 HIGHVIEW DRIVE**
**WYCKOFF, NJ 07481**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer Order Deposit__

**Last 4 digits of account number  7280**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,000.00** |

**MARIA COLACO**
**7 BEDFORD ROAD**
**KATONAH, NY 10536**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,040.00** |

**MARIA GARVEY**
**15 LORENZ DRIVE**
**VALHALLA, NY 10595**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer Order Deposit__

**Last 4 digits of account number  6119**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$638.31** |

**MARIE PASQUALE**
**92 RIDGEFIELD AVENUE**
**SOUTH SALEM, NY 10590**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer Order Deposit__

**Last 4 digits of account number  7116**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,952.00** |

**MARY CALLAGHAN**
**700 1ST AVENUE**
**AVON BY THE SEA, NJ 07717**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer Order Deposit__

**Last 4 digits of account number  7350**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$420.08** |

**MARY McCARTHY**
**312 ELM STREET**
**NEW CANAAN, CT 06840**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer Order Deposit__

**Last 4 digits of account number  7173**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| Debtor | **Country Willow LTD.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,728.05**

**MATTRESS FIRST**
**PO BOX 739024**
**DALLAS, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __**Vendor**__

Last 4 digits of account number __**0434**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,357.00**

**MERRI DYKHUIS**
**8 CARRIAGE WAY**
**WHITE PLAINS, NY 10605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __**Customer Order Deposit**__

Last 4 digits of account number __**7120**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,145.00**

**MIKE MAGNANI**
**ANN MAGNANI**
**2371 RELA LANE**
**YORKTOWN HEIGHTS, NY 10598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __**Customer Order Deposit**__

Last 4 digits of account number __**6610**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,122.89**

**MINERVA ROCHA**
**20 SPENCER STREET**
**MOUNT KISCO, NY 10549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __**Customer Order Deposit**__

Last 4 digits of account number __**7298**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,296.25**

**MONTAGE FURNITURE**
**3333 DEPOSIT DRIVE STE 330**
**GRAND RAPIDS, MI 49546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __**Vendor**__

Last 4 digits of account number __**2MTG**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,185.09**

**NANCY CHAIKIN**
**76 MYSTIC DRIVE**
**OSSINING, NY 10562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __**Customer Order Deposit**__

Last 4 digits of account number __**7039**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,121.98**

**NIALL CAREY**
**12 CEMINARY ROAD**
**BEDFORD, NY 10506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __**Customer Order Deposit**__

Last 4 digits of account number __**7281**__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Country Willow LTD.**
Name

Case number (if known) _____

---

**3.115** | **Nonpriority creditor's name and mailing address**
**NICOLE RATH**
**47 MIDDLE BROOK FARM ROAD**
**WILTON, CT 06897**

Date(s) debt was incurred __

Last 4 digits of account number  **7221**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Order Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,282.05**

---

**3.116** | **Nonpriority creditor's name and mailing address**
**NORA WEINGARDT**
**14 HOWE STREET**
**SOUTH SALEM, NY 10590**

Date(s) debt was incurred __

Last 4 digits of account number  **7355**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Order Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,916.92**

---

**3.117** | **Nonpriority creditor's name and mailing address**
**NORTHERN WESTCHESTER BUILDERS**
**2 BROOKSIDE LANE**
**NORTH SALEM, NY 10560**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **Landlord - pro rata share due for Common Area Maintenance charges**

Is the claim subject to offset? ■ No ☐ Yes

**$35,365.97**

---

**3.118** | **Nonpriority creditor's name and mailing address**
**NORTHERN WESTCHESTER BUILDERS**
**2 BROOKSIDE LANE**
**NORTH SALEM, NY 10560**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **Landlord for retail store and warehouse locations - possible claim for rent**

Is the claim subject to offset? ■ No ☐ Yes

**$33,629.00**

---

**3.119** | **Nonpriority creditor's name and mailing address**
**NYSEG**
**PO BOX 847812**
**BOSTON, MA 02284-7812**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

**$6,000.00**

---

**3.120** | **Nonpriority creditor's name and mailing address**
**ORBIT INTERACTIVE**
**2525 PONCE DE LEON 3RD FL**
**CORAL GABLES, FL 33134**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$4,483.08**

---

**3.121** | **Nonpriority creditor's name and mailing address**
**OXFORD BENEFIT MANAGEMENT**
**28 LIBERTY STREET**
**NEW YORK, NY 10005**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$145.77**

---

Debtor   **Country Willow LTD.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.122 | **Nonpriority creditor's name and mailing address** |

**OXFORD HEALTH**
**PO BOX 29130**
**HOT SPRINGS NATIONAL PARK, AR**
**71903-9130**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*           **$1,581.01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical Insurance**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.123 | **Nonpriority creditor's name and mailing address** |

**PAUL SANSONE**
**CHRISTYLEE SANSON**
**114 SHIRLEY AVENUE**
**FISHKILL, NY 12524**

Date(s) debt was incurred __

Last 4 digits of account number  **7329**

**As of the petition filing date, the claim is:** *Check all that apply.*           **$7,035.70**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Order Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.124 | **Nonpriority creditor's name and mailing address** |

**PAYCHEX**
**911 PANORAMA TRAIL S**
**ROCHESTER, NY 14625**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*           **$50,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payroll Services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.125 | **Nonpriority creditor's name and mailing address** |

**PETER MONTONI**
**JANINE MONTONI**
**1034 OLD WHITE PLAINS ROAD**
**MAMARONECK, NY 10543**

Date(s) debt was incurred __

Last 4 digits of account number  **6037**

**As of the petition filing date, the claim is:** *Check all that apply.*           **$506.65**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Order Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.126 | **Nonpriority creditor's name and mailing address** |

**PHIL SENOUCI**
**SARAH SENOUCI**
**510 BROADWAY**
**DOBBS FERRY, NY 10522**

Date(s) debt was incurred __

Last 4 digits of account number  **7352**

**As of the petition filing date, the claim is:** *Check all that apply.*           **$2,227.65**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Order Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.127 | **Nonpriority creditor's name and mailing address** |

**PITBULL TECH SOLUTIONS**
**333 MAMARONECK AVE STE 355**
**WHITE PLAINS, NY 10605**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*           **$19,128.86**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.128 | **Nonpriority creditor's name and mailing address** |

**PLAYNETWORK**
**2100 S IH 35 FRONTAGE ROAD**
**SUITE 201**
**AUSTIN, TX 78704**

Date(s) debt was incurred __

Last 4 digits of account number  **8175**

**As of the petition filing date, the claim is:** *Check all that apply.*           **$31.95**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Country Willow LTD.**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,013.00** |

**3.129** **Nonpriority creditor's name and mailing address**
**RACHEL HEESE**
**21 REDWOOD DRIVE**
**SOMERS, NY 10589**

As of the petition filing date, the claim is: *Check all that apply.*           **$1,013.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Customer Order Deposit**

Last 4 digits of account number **7379**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** **Nonpriority creditor's name and mailing address**
**RAY'S LEATHER**
**405 NE 3RD STREET**
**McMINNVILLE, OR 97128**

As of the petition filing date, the claim is: *Check all that apply.*           **$335.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** **Nonpriority creditor's name and mailing address**
**REBECCA FRIEDMAN**
**71 HARDING ROAD**
**OLD GREENWICH, CT 06870**

As of the petition filing date, the claim is: *Check all that apply.*           **$2,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Customer Order Deposit**

Last 4 digits of account number **7366**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** **Nonpriority creditor's name and mailing address**
**REGGIE FILS-AIME**
**STACEY FILS-AIME**
**131 S. BEDFORD ROAD**
**POUND RIDGE, NY 10576**

As of the petition filing date, the claim is: *Check all that apply.*           **$2,267.03**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Customer Order Deposit**

Last 4 digits of account number **7044**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** **Nonpriority creditor's name and mailing address**
**REVOLUTION FURNISHINGS**
**9050 S WILLOW STREET**
**MANCHESTER, NH 03103**

As of the petition filing date, the claim is: *Check all that apply.*           **$9.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** **Nonpriority creditor's name and mailing address**
**ROB LICHTENBERGER**
**ANDREA LICHTENBERGER**
**419 HAVILAND DRIVE**
**PATTERSON, NY 12563**

As of the petition filing date, the claim is: *Check all that apply.*           **$2,417.85**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Customer Order Deposit**

Last 4 digits of account number **7401**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** **Nonpriority creditor's name and mailing address**
**ROD MERGARDT**
**BARBARA MARGARDT**
**18 ELDERBERRY COURT**
**SOMERS, NY 10589**

As of the petition filing date, the claim is: *Check all that apply.*           **$1,697.15**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Customer Order Deposit**

Last 4 digits of account number **7222**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Country Willow LTD.**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.136 | **Nonpriority creditor's name and mailing address**<br>**ROWE**<br>**DEPT. AT 953018**<br>**ATLANTA, GA 31192-3018** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$3,518.74**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.137 | **Nonpriority creditor's name and mailing address**<br>**ROWE**<br>**2121 GARDNER STREET**<br>**ELLISTON, VA 24087** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$34,305.92**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _
Last 4 digits of account number  **1595**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.138 | **Nonpriority creditor's name and mailing address**<br>**RU WALKER**<br>**COLLEEN WALKER**<br>**253 BROADWAY**<br>**HASTINGS ON HUDSON, NY 10706** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$1,897.55**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _
Last 4 digits of account number  **7334**

Basis for the claim:  **Customer Order Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.139 | **Nonpriority creditor's name and mailing address**<br>**SARA LEVINE**<br>**7 GROVE MEWS**<br>**CHAPPAQUA, NY 10514** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$647.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _
Last 4 digits of account number  **7395**

Basis for the claim:  **Customer Order Deposits**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.140 | **Nonpriority creditor's name and mailing address**<br>**SASHA MARIE INTERIORS**<br>**5 CLUB POINTE DRIVE**<br>**WHITE PLAINS, NY 10605** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$11,843.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _
Last 4 digits of account number  **6219**

Basis for the claim:  **Customer Order Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.141 | **Nonpriority creditor's name and mailing address**<br>**SERTA SIMMONS BEDDING**<br>**PO BOX 739024**<br>**DALLAS, TX 75373** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$1,522.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _
Last 4 digits of account number  **5950**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.142 | **Nonpriority creditor's name and mailing address**<br>**SERTA SIMMONS BEDDING**<br>**2451 INDUSTRY AVENUE**<br>**ATLANTA, GA 30360** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$6,007.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Country Willow LTD.**
_____
Name

Case number (if known)  _____

---

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,546.57** |

**SOPHIE HUBSCHER**
**13 ELKAN ROAD**
**LARCHMONT, NY 10538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customer Order Deposit__

Last 4 digits of account number __7381__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,315.98** |

**SOZO FIRM INC.**
**117 S. BROAD STREET**
**NEW FREEDOM, PA 17349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,474.24** |

**STACY BRANDOM**
**8 QUARRY ROCK ROAD**
**REDDING, CT 06896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customer Order Deposit__

Last 4 digits of account number __7374__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,500.00** |

**STUDIO RAPPY**
**PO BOX 645**
**GOLDENS BRIDGE, NY 10526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,471.97** |

**SUNSET WEST**
**440 EAST COMMONWEALTH BLVD**
**MARTINSVILLE, VA 24112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __6446__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,600.00** |

**SUSAN KUTZIN**
**280 BRONXVILLE ROAD, APT 6X**
**BRONXVILLE, NY 10705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customer Order Deposit__

Last 4 digits of account number __7354__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,974.40** |

**THE HARTFORD**
**PO BOX 660916**
**DALLAS, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Worker's Compensation__

Last 4 digits of account number __8134__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Country Willow LTD.**                                  Case number (if known) _____
         Name

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,211.12** |
|---|---|---|---|

**THE HARTFORD**
**PO BOX 660916**
**DALLAS, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Auto and Commercial Insurance**

Last 4 digits of account number  **0432**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,185.52** |
|---|---|---|---|

**THE HARTFORD**
**PO BOX 660916**
**DALLAS, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **2780**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,111.00** |
|---|---|---|---|

**THE SIMMONS**
**PO BOX 739024**
**DALLAS, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0055**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,559.00** |
|---|---|---|---|

**THE UTTERMOST CO.**
**3325 GRASSY HILL ROAD**
**PO BOX 558**
**ROCKY MOUNT, VA 24151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number  **1913**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,907.00** |
|---|---|---|---|

**THERESA DORAN**
**15 FIRST STREET**
**YONKERS, NY 10704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Order Deposit**

Last 4 digits of account number  **6488**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,678.00** |
|---|---|---|---|

**TODAY MEDIA**
**1000 N. WEST STREET STE 601**
**WILMINGTON, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number  **9463**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,757.53** |
|---|---|---|---|

**TOM SALIERNO**
**LYNNE SALIERNO**
**48 PHEASANT LANE**
**RIDGEFIELD, CT 06877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Order Deposit**

Last 4 digits of account number  **7168**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Country Willow LTD.**                              Case number (if known) _____
         Name

---

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,280.00** |
|---|---|---|---|

**TRUE WOOD FURNITURE**
**607 STRASBURG ROAD**
**PARADISE, PA 17562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$141,590.54** |
|---|---|---|---|

**U.S. SMALL BUSINESS**
**ADMINISTRATION**
**409 3RD STREET SW**
**WASHINGTON, DC 20416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **SBA Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,670.08** |
|---|---|---|---|

**UNITED HEALTHCARE**
**185 ASYLUM STREET**
**HARTFORD, CT 06103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number  **1364**

Basis for the claim:  **Medical Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,605.08** |
|---|---|---|---|

**UNITED HEALTHCARE**
**185 ASYLUM STREET**
**HARTFORD, CT 06103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number  **1364**

Basis for the claim:  **Medical Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$466.01** |
|---|---|---|---|

**WELLS FARGO**
**PO BOX 77096**
**MINNEAPOLIS, MN 55480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number  **2184**

Basis for the claim:  **Ricoh Copier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,429.00** |
|---|---|---|---|

**WENDOVER ART GROUP**
**6465 126TH AVE NORTH**
**LARGO, FL 33773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number  **N003**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,878.00** |
|---|---|---|---|

**WESLEY HALL**
**PO BOX 9**
**HICKORY, NC 28603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number  **0555**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Country Willow LTD.**                                    Case number (if known) _____
         Name

| 3.164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19.84** |
|---|---|---|---|

**WEX BANK**
**1 HANCOCK STREET**
**PORTLAND, ME 04101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,650.00** |
|---|---|---|---|

**WHITEWOOD INDUSTRIES**
**PO BOX 890214**
**CHARLOTTE, NC 28289**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number **U046**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,098.13** |
|---|---|---|---|

**WHITNEY McBRIDE**
**JODY McBRIDE**
**6 HUNT FARM ROAD**
**WACCABU, NY 10597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Customer Order Deposit**

Last 4 digits of account number **7310**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$472.50** |
|---|---|---|---|

**WOODBRIDGE FURNITURE**
**115 DON TRUELL LANE**
**THOMASVILLE, NC 27360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number **0063**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,710.50** |
|---|---|---|---|

**ZIMMERMAN CHAIR**
**1486 COLEBROOK ROAD**
**LEBANON, PA 17042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number **WIL0**

Is the claim subject to offset? ■ No   ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 35,778.46 |
| **5b. Total claims from Part 2** | 5b. + | $ 4,501,268.99 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 4,537,047.45 |

| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name   **Country Willow LTD.** | |
| United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK | |
| Case number (if known) _____ | ☐ Check if this is an amended filing |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal           Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Commercial property lease for warehouse located at 66 Fields Lane, Brewster, NY 10509.** | |
| State the term remaining | **March 1, 2023 to March 1, 2028** | **BRAVCOR LLC** |
| List the contract number of any government contract | _____ | **14 FIELDS LANE** **BREWSTER, NY 10509** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Commercial property lease for store located at 230 Route 117 Bypass Road, Bedford Hills, NY 10507** | |
| State the term remaining | **January 1, 2025 to December 31, 2030** | **NORTHERN WESTCHESTER BUILDERS** |
| List the contract number of any government contract | _____ | **2 BROOKSIDE LANE** **NORTH SALEM, NY 10560** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Commercial property lease for storage and warehouse located at 238 Route 117 Bypass Road, Bedford, NY 10507** | |
| State the term remaining | | **NORTHERN WESTCHESTER BUILDERS** |
| List the contract number of any government contract | _____ | **2 BROOKSIDE LANE** **NORTH SALEM, NY 10560** |

| Debtor 1 | **Country Willow LTD.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | First Name | Middle Name   Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Commercial property lease for: 1) retail space located at 226/230 Route 117 Bypass Road, Bedford Hills, NY 10507; and 2) warehouse space located at 234 and 246 Route 117 Bypass Road, Bedford, NY 10507** |
| State the term remaining | |
| List the contract number of any government contract | **NORTHERN WESTCHESTER BUILDERS 2 BROOKSIDE LANE NORTH SALEM, NY 10560** |

**Fill in this information to identify the case:**

Debtor name   **Country Willow LTD.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **HEATHER ONORATI** | **611 BRANCH ROAD PATTERSON, NY 12563** | **FIFTH THIRD BANK** | ☐ D ____ <br> ■ E/F **3.49** <br> ☐ G ____ |
| 2.2 **HEATHER ONORATI** | **611 BRANCH ROAD PATTERSON, NY 12563** | **DELUXE MERCHANT SERVICES** | ☐ D ____ <br> ■ E/F **3.43** <br> ☐ G ____ |

**Fill in this information to identify the case:**

Debtor name     **Country Willow LTD.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known)     _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **For prior year:**<br>From **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other _____ | **$5,699,894.00** |
   | **For year before that:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$9,836,687.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   | --- | --- | --- | --- |
   | 3.1.   **See annexed exhibit.** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor   **Country Willow LTD.** _____   Case number *(if known)* _____

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   | --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   | --- | --- | --- | --- |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   | --- | --- | --- | --- |

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

   | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
   | --- | --- | --- | --- |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   | --- | --- | --- | --- |

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

Debtor   **Country Willow LTD.**                                    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   **Reich Reich & Reich, P.C.**<br>**235 Main Street, Suite 450**<br>**White Plains, NY 10601-2421** | **Attorney Fees** | **On or about 1/27/26** | **$15,000.00** |
| **Email or website address**<br>**reichlaw@reichpc.com** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.2.   **Danziger & Markhoff**<br>**1133 Westchester Avenue,**<br>**Suite N208**<br>**White Plains, NY 10604** | **Attorneys fees** | **On or about 1/27/26** | **$5,000.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

**14. Previous addresses**

| Debtor | **Country Willow LTD.** | Case number *(if known)* |
|---|---|---|

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor   **Country Willow LTD.**                                    Case number *(if known)* _____

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

☑ None

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

Debtor    **Country Willow LTD.**                                                  Case number *(if known)* _____

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **CBIZ Advisors, LLC**<br>**68 South Service Road, Suite 300**<br>**Melville, NY 11747** | |
| 26a.2.    **Marcum LLP**<br>**10 Melville Park Road**<br>**Melville, NY 11747** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Ira Cooperman**<br>**CBIZ CPAs P.C.**<br>**68 South Service Road, Suite 300**<br>**Melville, NY 11747** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Cindy Russell**<br>**18 Hayrake Lane**<br>**Chappaqua, NY 10514** | |
| 26c.2.    **Michelle Doll**<br>**15 Keeler Close**<br>**Ridgefield, CT 06877** | |
| 26c.3.    **Ying Jiong Zhang**<br>**35 Meadowbrook Lane**<br>**Mount Kisco, NY 10549** | |
| 26c.4.    **Ira Cooperman**<br>**CBIZ CPAs P.C.**<br>**68 South Service Road, Suite 300**<br>**Melville, NY 11747** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Heather Onorati**<br>**611 Branch Road**<br>**Patterson, NY 12563** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

| Debtor | **Country Willow LTD.** | Case number *(if known)* |
|---|---|---|

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Country Willow Employee** | **Stock Ownership Trust 230 Route 117 By-Pass Road Bedford Hills, NY 10507** | **Trust** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Grasso** | **Grasso Business Development 7 Raceway Drive Nantucket, MA 02554** | **President, Vice President and Treasurer** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Roy Estrow** | **30 Church Street Bedford Hills, NY 10507** | | **12.5 shares of non-voting common stock** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Cori Estrow** | **30 Church Street Bedford Hills, NY 10507** | | **12.5 shares of non-voting common stock** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Heather Onorati** | **611 Branch Road Patterson, NY 12563** | **President** | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Marilyn Lamb** | **1 Court Street Pleasantville, NY 10570** | **Manager** | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor   **Country Willow LTD.**                                Case number *(if known)*

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

  ■ No
  ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

  ■ No
  ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Part 14:**   **Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  2, 2026**

**/s/ Michael Grasso**                          **Michael Grasso**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Southern District of New York

In re   **Country Willow LTD.**

Debtor(s)

Case No. _____

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |
|---|---:|
| For legal services, I have agreed to accept | $ **14,662.00** |
| Prior to the filing of this statement I have received | $ **14,662.00** |
| Balance Due | $ **0.00** |

2.  The source of the compensation paid to me was:

■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [List other services that counsel has agreed to provide]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtor in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February  2, 2026**
*Date*

**/s/ Jeffrey A. Reich**
**Jeffrey A. Reich**
*Signature of Attorney*
**Reich Reich & Reich, P.C.**
**235 Main Street, Suite 450**
**White Plains, NY 10601-2421**
**914-949-2126  Fax: 914-949-1604**
**reichlaw@reichpc.com**
*Name of law firm*

# United States Bankruptcy Court
## Southern District of New York

In re   **Country Willow LTD.**

Case No. _____

Debtor(s)        Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **February 2, 2026**          **/s/ Michael Grasso**

**Michael Grasso**/**President**
Signer/Title

AC DESIGN
23 MAIN STREET
BEDFORD HILLS, NY 10507


AEGIS TRUST COMPANY LLC
7200 HIGHWAY 278 NE STE 205
COVINGTON, GA 30014


AFLAC
PO BOX 535178
PITTSBURGH, PA 15253


ALESSANDRO GARINOIS
184 BARNARD ROAD
NEW ROCHELLE, NY 10801


AMANDA DYKEMAN
7 DYKEMAN LANE
PAWLING, NY 12564


AMERICAN EXPRESS
ATTN: BANKRUPTCY
PO BOX 981540
EL PASO, TX 79998


AMERICAN LEATHER
4501 MOUNTAIN CREEK PARKWAY
DALLAS, TX 75236


AMI STOKHAMER
962B HERITAGE HILLS
SOMERS, NY 10589


ANDREA GOTTSCHALL
80 SUNNYSIDE AVENUE
TARRYTOWN, NY 10591


ANDREW CARLINO
DIANA CARLINO
23 HUCKLEBERRY ROAD
REDDING, CT 06896

AT&T MOBILITY
PO BOX 537104
ATLANTA, GA 30353-7104


AVIVA BELSKY
162 CARROLLWOOD DRIVE
TARRYTOWN, NY 10591


BARBARA GARBER
211 B HERITAGE HILLS
SOMER, NY 10589


BASSETT FURNITURE
PO BOX 890544
CHARLOTTE, NC 28289


BERNHARDT FURNITURE
1839 MORGANTON BLVD
PO BOX 740
LENOIR, NC 28645


BONNIE STRELIS
825 D HERITAGE HILLS
SOMERS, NY 10589


BRAVCOR LLC
14 FIELDS LANE
BREWSTER, NY 10509


BRAVCOR LLC
14 FIELDS LANE
BREWSTER, NY 10509


BRIAN LUTTNER
ALLIE LUTTNER
2737 WALDEN FARMS ROAD
SIGNAL MOUNTAIN, TN 37377


BROOKE BEEBE
317 ELM ROAD
BRIARCLIFF MANOR, NY 10510

BRYAN MORALES
13 LAURIE LANE
BREWSTER, NY 10509


CAMLEN
336 VICTORIA
KNOWLTON QC J0E 1V0


CAPEL INCORPORATED
PO BOX 826
831 NORTH MAIN STREET
TROY, NC 27371


CAPITAL ONE
PO BOX 71083
CHARLOTTE, NC 28272-1083


CARLETON HENRICH
123 BOWAY ROAD
SOUTH SALEM, NY 10590


CARLOS GOMEZ
32 MAIDEN LANE
CROTON ON HUDSON, NY 10520


CAROL ANN PARISI
2006 WATCH HILL DRIVE
TARRYTOWN, NY 10591


CAROLYN MAYO
66 MILTON ROAD, APT. D32
RYE, NY 10580


CHRIS BUTLER
TARA BUTLER
107 PHEASANT RUN ROAD
WILTON, CT 06897


CHRIS HUGUENOT
7 HERITAGE DRIVE
PLEASANTVILLE, NY 10570

```
CHRYSLER CAPITAL
ATTN: BANKRUPTCY DEPT
PO BOX 961278
FORT WORTH, TX 76161-1278


CINDY FERRARO
38 CENTURY RIDGE ROAD
PURCHASE, NY 10577


COMCAST
ONE COMCAST CENTER
PHILADELPHIA, PA 19183-2838


CON EDISON
COOPER STATION
PO BOX 138
NEW YORK, NY 10276-0138


CONSOLIDATED FURNITURE
PO BOX 6473
HIGH POINT, NC 27262


CORI ESTROW
30 CHURCH STREET
BEDFORD HILLS, NY 10507


CORI ESTROW
30 CHURCH STREET
BEDFORD HILLS, NY 10507


CORI ESTROW
30 CHURCH STREET
BEDFORD HILLS, NY 10507


CORI ESTROW
30 CHURCH STREET
BEDFORD HILLS, NY 10507


COSMAS GITTA
200 SCHOOL HOUSE ROAD, UNIT 4G
PEEKSKILL, NY 10566
```

DAN HARRIS
NORA HARRIS
92 EAST BROOKSIDE DRIVE
LARCHMONT, NY 10538


DANIZGER & MARKHOFF
1133 WESTCHESTER AVE STE N208
WHITE PLAINS, NY 10604


DAVID LANGNER
87 HAWKES AVENUE, APT 2104
OSSINING, NY 10562


DEBORAH SCESNEY
521 HERITAGE HILLS, UNIT A
SOMERS, NY 10589


DELUXE
100 THROCKMORTON STREET
SUITE 1800
FORTH WORTH, TX 76102


DELUXE MERCHANT SERVICES
801 S. MARQUETTE AVENUE
MINNEAPOLIS, MN 55402


DEPARTMENT OF REVENUE SERVICES
450 COLUMBUS BLVD, SUITE 1
HARTFORD, CT 06103


DEVEY MCLOUGHLIN
PETE JANE
16 PARK WAY
PURDYS, NY 10578


DISPATCH
300 ORCHARD CITY DRIVE STE 110
CAMPBELL, CA 95008


DONALD FRUM
LINDA FRUM
11 WOODLAND DRIVE
YORKTOWN HEIGHTS, NY 10598

DREW VANOVER
JACKIE VANOVER
167 PROSPECT AVENUE
TARRYTOWN, NY 10591


EAGLE BUSINESS
44 EXECUTIVE BLVD
ELMSFORD, NY 10523


FIFTH THIRD BANK
38 FOUNTAIN SQUARE PLAZA
CINCINNATI, OH 45202


FOUR HANDS
2090 WOODWARD STREET
AUSTIN, TX 78744


FRED RODRIGUEZ
3566 BENNINGTON DRIVE
FISHKILL, NY 12524


FURNITURE FIRST
1500 FULLING MILL ROAD
MIDDLETOWN, PA 17057


GAT CREEK
5270 VALLEY ROAD
BERKELEY SPRINGS, WV 25411


GREG GAMMER
DINA GAMMER
29 MONTICELLO DRIVE
BREWSTER, NY 10509


HAMARY HOME FURNISHINGS
240 PLEASANT HILL ROAD
HUDSON, NC 28638


HANNAH ARONSSON
512 NORTH STREET
GREENWICH, CT 06830

HAROLD COFFEY
27 OBSERVATORY DRIVE
CROTON ON HUDSON, NY 10520

HEATHER ONORATI
611 BRANCH ROAD
PATTERSON, NY 12563

HEATHER ONORATI
611 BRANCH ROAD
PATTERSON, NY 12563

HEIDI DUELFER
103 HIGH MEADOW LANE
YORKTOWN HEIGHTS, NY 10598

HOWIE PAUL
STEPHANIE PAUL
10 OVERLOOK ROAD NO
WHITE PLAINS, NY 10603

IAN SHERIDAN
115 MAHOPAC AVENUE
GRANITE SPRINGS, NY 10527

IRON MOUNTAIN
1101 ENTERPRISE DRIVE
ROYERSFORD, PA 19468

IVANKA OLCOTT
1 TERRACE PLACE
CROTON ON HUDSON, NY 10520

JACKIE BRUSCO
117 OAK SUMMIT ROAD
MILLBROOK, NY 12545

JAIPUR LIVING
1800 CHEROKEE PARKWAY
ACWORTH, GA 30102

JAMES CULLINANE
67 LAKESIDE DRIVE
KATONAH, NY 10536


JAMES MCKEEVER
56 INDIAN HILL ROAD
BEDFORD, NY 10506


JANET DUFFY
437 A HERITAGE VILLAGE
SOUTHBURY, CT 06488


JAUNTY
13535 S. FIGUEROA STREET
LOS ANGELES, CA 90061


JEANINE CATERINA
KIERAN CATERINIA
16 STANDISH DRIVE
RIDGEFIELD, CT 06877


JEFFREY KIRSON
ERICA KIRSON
40 WEAVERS HILL
MOUNT KISCO, NY 10549


JILL PETERS
130 HIGHLAND DRIVE
CORTLANDT MANOR, NY 10567


JIM COYLE
LINDA COYLE
164 COMMUNITY DRIVE
WAKEFIELD, RI 02879


JOCELYN SOLEIMAN
124 CLAYTON ROAD
SCARSDALE, NY 10583


JOHN GLUSMAN
EMILY GLUSMAN
30 INDIAN HILL ROAD
BEDFORD HILLS, NY 10507

JORDAN GLICKMAN
3 IVY RIDGE COURT
MOUNT KISCO, NY 10549


JOSEPH CROCCO
BARBARA CROCCO
255 GREAT PLAIN ROAD
DANBURY, CT 06811


JVW CONSULTING
ATTN: JENA WHITE
123 MEETING STREET
GEORGETOWN, SC 29440


KATE DUGUID
37 ST. MARKS AVENUE, APT 1
BROOKLYN, NY 11217


KATE HESTON
48 FOXWOOD DRIVE
PLEASANTVILLE, NY 10570


KEITH MARSTON
DEBORAH LUNDY
70 LAURELTON ROAD
MOUNT KISCO, NY 10549


KINCAID
22829 NETWORK PLACE
CHICAGO, IL 60673


KINGSLEY-BATE
7200 GATEWAY COURT
MANASSAS, VA 20109


KRAVET
250 CROSSWAYS PARK DRIVE
WOODBURY, NY 11797


LANCASTER IRON & WOOD
1564 MAIN STREET, SUITE 1
EAST EARL, PA 17519

LAURA ENDICO
46 WOODCREST DRIVE
ARMONK, NY 10504


LAURIE ANTOUS
10 WINE SAP ROAD
SANDY HOOK, CT 06482


LEE INDUSTRIES
210 4TH STREET SW
CONOVER, NC 28613


LEE INDUSTRIES, INC.
2264 N. 21ST STREET
PHILADELPHIA, PA 19182-5676


LEFT BANK ART
14930 ALONDRA BLVD
LA MIRADA, CA 90638


LEGACY
PO BOX 896624
CHARLOTTE, NC 28289


LENNY GENNA
LINDA GENNA
6 ROBIN LANE
WILTON, CT 06897


LESLIE SCHUTZ
207 CHESTNUT HILL ROAD
STAMFORD, CT 06903


LIBERTY FURNITURE INC.
6021 GREENSBORO DRIVE SW
ATLANTA, GA 30336


LINDA STEPHENSON
2 HIXON ROAD
CROTON ON HUDSON, NY 10520

LISA PRAUDA
181 WARREN AVENUE
HAWTHORNE, NY 10532


LISA SLANE
127 SOUTH STATE ROAD
BRIARCLIFF MANOR, NY 10510


LOIS SOCCODATO
548 FOWLER AVENUE
PELHAM, NY 10803


LOLOI RUGS
4501 SPRING VALLEY ROAD
DALLAS, TX 75244


LORNA WHITTEMORE
1 PAMELA LANE, APT A
SOUTH SALEM, NY 10590


LOU MCGRATH
GRACE MCGRATH
84 N. LAKE STREET
BROOKFIELD, CT 06804


LOU SCHLANGER
SUE SCHLANGER
230 MELBOURNE AVENUE
MAMARONECK, NY 10543


MARC FIORILLO
AMANDA FIORILLO
774 HIGHVIEW DRIVE
WYCKOFF, NJ 07481


MARIA COLACO
7 BEDFORD ROAD
KATONAH, NY 10536


MARIA GARVEY
15 LORENZ DRIVE
VALHALLA, NY 10595

MARIE PASQUALE
92 RIDGEFIELD AVENUE
SOUTH SALEM, NY 10590


MARY CALLAGHAN
700 1ST AVENUE
AVON BY THE SEA, NJ 07717


MARY MCCARTHY
312 ELM STREET
NEW CANAAN, CT 06840


MATTRESS FIRST
PO BOX 739024
DALLAS, TX 75373


MERRI DYKHUIS
8 CARRIAGE WAY
WHITE PLAINS, NY 10605


MICHAEL GRASSO
GRASSO BUSINESS DEVELOPMENT
7 RACEWAY DRIVE
NANTUCKET, MA 02554


MIKE MAGNANI
ANN MAGNANI
2371 RELA LANE
YORKTOWN HEIGHTS, NY 10598


MINERVA ROCHA
20 SPENCER STREET
MOUNT KISCO, NY 10549


MONTAGE FURNITURE
3333 DEPOSIT DRIVE STE 330
GRAND RAPIDS, MI 49546


NANCY CHAIKIN
76 MYSTIC DRIVE
OSSINING, NY 10562

NIALL CAREY
12 CEMINARY ROAD
BEDFORD, NY 10506


NICOLE RATH
47 MIDDLE BROOK FARM ROAD
WILTON, CT 06897


NORA WEINGARDT
14 HOWE STREET
SOUTH SALEM, NY 10590


NORTHERN WESTCHESTER BUILDERS
2 BROOKSIDE LANE
NORTH SALEM, NY 10560


NORTHERN WESTCHESTER BUILDERS
2 BROOKSIDE LANE
NORTH SALEM, NY 10560


NORTHERN WESTCHESTER BUILDERS
2 BROOKSIDE LANE
NORTH SALEM, NY 10560


NORTHERN WESTCHESTER BUILDERS
2 BROOKSIDE LANE
NORTH SALEM, NY 10560


NORTHERN WESTCHESTER BUILDERS
2 BROOKSIDE LANE
NORTH SALEM, NY 10560


NYS DEPT OF TAXATION & FINANCE
P O BOX 5149
ALBANY, NY 12205-5149


NYSEG
PO BOX 847812
BOSTON, MA 02284-7812


ORBIT INTERACTIVE
2525 PONCE DE LEON 3RD FL
CORAL GABLES, FL 33134

OXFORD BENEFIT MANAGEMENT
28 LIBERTY STREET
NEW YORK, NY 10005


OXFORD HEALTH
PO BOX 29130
HOT SPRINGS NATIONAL PARK, AR 71903-9130


PAUL SANSONE
CHRISTYLEE SANSON
114 SHIRLEY AVENUE
FISHKILL, NY 12524


PAYCHEX
911 PANORAMA TRAIL S
ROCHESTER, NY 14625


PETER MONTONI
JANINE MONTONI
1034 OLD WHITE PLAINS ROAD
MAMARONECK, NY 10543


PHIL SENOUCI
SARAH SENOUCI
510 BROADWAY
DOBBS FERRY, NY 10522


PITBULL TECH SOLUTIONS
333 MAMARONECK AVE STE 355
WHITE PLAINS, NY 10605


PLAYNETWORK
2100 S IH 35 FRONTAGE ROAD
SUITE 201
AUSTIN, TX 78704


RACHEL HEESE
21 REDWOOD DRIVE
SOMERS, NY 10589


RAY'S LEATHER
405 NE 3RD STREET
MCMINNVILLE, OR 97128

REBECCA FRIEDMAN
71 HARDING ROAD
OLD GREENWICH, CT 06870


REGGIE FILS-AIME
STACEY FILS-AIME
131 S. BEDFORD ROAD
POUND RIDGE, NY 10576


REVOLUTION FURNISHINGS
9050 S WILLOW STREET
MANCHESTER, NH 03103


ROB LICHTENBERGER
ANDREA LICHTENBERGER
419 HAVILAND DRIVE
PATTERSON, NY 12563


ROD MERGARDT
BARBARA MARGARDT
18 ELDERBERRY COURT
SOMERS, NY 10589


ROWE
DEPT. AT 953018
ATLANTA, GA 31192-3018


ROWE
2121 GARDNER STREET
ELLISTON, VA 24087


RU WALKER
COLLEEN WALKER
253 BROADWAY
HASTINGS ON HUDSON, NY 10706


SARA LEVINE
7 GROVE MEWS
CHAPPAQUA, NY 10514


SASHA MARIE INTERIORS
5 CLUB POINTE DRIVE
WHITE PLAINS, NY 10605

SERTA SIMMONS BEDDING
PO BOX 739024
DALLAS, TX 75373


SERTA SIMMONS BEDDING
2451 INDUSTRY AVENUE
ATLANTA, GA 30360


SOPHIE HUBSCHER
13 ELKAN ROAD
LARCHMONT, NY 10538


SOZO FIRM INC.
117 S. BROAD STREET
NEW FREEDOM, PA 17349


STACY BRANDOM
8 QUARRY ROCK ROAD
REDDING, CT 06896


STUDIO RAPPY
PO BOX 645
GOLDENS BRIDGE, NY 10526


SUNSET WEST
440 EAST COMMONWEALTH BLVD
MARTINSVILLE, VA 24112


SUSAN KUTZIN
280 BRONXVILLE ROAD, APT 6X
BRONXVILLE, NY 10705


THE HARTFORD
PO BOX 660916
DALLAS, TX 75266


THE HARTFORD
PO BOX 660916
DALLAS, TX 75266


THE HARTFORD
PO BOX 660916
DALLAS, TX 75266

```
THE SIMMONS
PO BOX 739024
DALLAS, TX 75373


THE UTTERMOST CO.
3325 GRASSY HILL ROAD
PO BOX 558
ROCKY MOUNT, VA 24151


THERESA DORAN
15 FIRST STREET
YONKERS, NY 10704


TODAY MEDIA
1000 N. WEST STREET STE 601
WILMINGTON, DE 19801


TOM SALIERNO
LYNNE SALIERNO
48 PHEASANT LANE
RIDGEFIELD, CT 06877


TOMPKINS COMMUNITY BANK
PO BOX 460
ITHACA, NY 14851


TOWN OF BEDFORD
321 BEDFORD ROAD
BEDFORD HILLS, NY 10507


TRUE WOOD FURNITURE
607 STRASBURG ROAD
PARADISE, PA 17562


U.S. SMALL BUSINESS
ADMINISTRATION
409 3RD STREET SW
WASHINGTON, DC 20416


UNITED HEALTHCARE
185 ASYLUM STREET
HARTFORD, CT 06103
```

UNITED HEALTHCARE
185 ASYLUM STREET
HARTFORD, CT 06103


WELLS FARGO
PO BOX 77096
MINNEAPOLIS, MN 55480


WENDOVER ART GROUP
6465 126TH AVE NORTH
LARGO, FL 33773


WESLEY HALL
PO BOX 9
HICKORY, NC 28603


WEX BANK
1 HANCOCK STREET
PORTLAND, ME 04101


WHITEWOOD INDUSTRIES
PO BOX 890214
CHARLOTTE, NC 28289


WHITNEY MCBRIDE
JODY MCBRIDE
6 HUNT FARM ROAD
WACCABU, NY 10597


WOODBRIDGE FURNITURE
115 DON TRUELL LANE
THOMASVILLE, NC 27360


ZIMMERMAN CHAIR
1486 COLEBROOK ROAD
LEBANON, PA 17042

# United States Bankruptcy Court
## Southern District of New York

In re  **Country Willow LTD.**                                        Case No. _____

_____ Debtor(s)           Chapter  **7** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Country Willow LTD.**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**COUNTRY WILLOW EMPLOYEE
STOCK OWNERSHIP TRUST
230 ROUTE 117, BY-PASS ROAD
BEDFORD HILLS, NY 10507**

☐ None [*Check if applicable*]

**February  2, 2026**                           **/s/ Jeffrey A. Reich**
_____              _____
Date                                      **Jeffrey A. Reich**
                                          Signature of Attorney or Litigant
                                          Counsel for  **Country Willow LTD.**
                                          **Reich Reich & Reich, P.C.**
                                          **235 Main Street, Suite 450**
                                          **White Plains, NY 10601-2421**
                                          **914-949-2126 Fax:914-949-1604**
                                          **reichlaw@reichpc.com**