26-22112-shl   Doc 1-1   Filed 02/02/26   Entered 02/02/26 18:19:27   Exhibit  to   Schedule A/B No. 22 - Sold Inventory (Still in Store & Partially or    Pg 1 of 6

Page 1

**In re: Country Willow LTD.**

**Exhibit to Schedule A/B – Real and Personal Property**

**No. 22. Other inventory or supplies**

**SOLD INVENTORY (STILL IN STORE & PARTIALLY OR FULLY PAID FOR)**

| | Gat Creek | Bed | Queen Storage Bed; Two dr | |
|---|---|---|---|---|
| | Surya Carpets, Inc. | Lamp | desk lamp | |
| | Lee Industries, Inc | Swivel Chair | | Athena Aegean Blue |
| | Select Artificials | Plant | Rubber Plant in Pot | |
| | Lee Industries, Inc | Part | | |
| | Naturepedic | Crib Mattress | Lightweight Classic Seaml | Crib Mattress |
| | Alder & Tweed | Table | Gavin Accent Table | Beechwood |
| | Lee Industries, Inc | Slipcover | | Aurora Mist |
| | Lee Industries, Inc | Slipcover | | Aurora Mist |
| | Essentials for Living | Sideboard | Alina Shagreen Media Side | White Shagreen, Natural Grey |
| | Surya Carpets, Inc. | Rug | | |
| | Surya Carpets, Inc. | Rug | | |
| | Zimmerman Chair | Chair | Braslow Side Chair | |
| | Spectra Home Furniture | Ottoman | Stacy Ottoman | Sheepskin Natural |
| | Spectra Home Furniture | Bench | Finn Storage Bench | Classic Linen |
| | Surya Carpets, Inc. | Mirror | Pembeton Mirror | Beveled |
| | Spectra Home Furniture | Chair | Espresso | Nobuk Navy Leather |
| | The Uttermost Co. | Clock | Bernard Wall Clock | |
| | Dovetail Furniture | Chair | Unionworks Captain's Chai | |
| | Dovetail Furniture | Chair | Unionworks Captain's Chai | |
| | Mavin | Chest | Atwood Chest | Maple Wood |
| | Mavin | Nightstand | Atwood Nightstand | Maple Wood |
| | Wesley Hall | Apt Sofa | Sig Elements Apt Sofa. Fe | Gaston Ice (Fd) |
| | Rowe | Part | | |
| | North American Wood Furniture | Touch-Up | Bubble Gum Blue | |
| | Alder & Tweed | Chair | Collins Chair | White Husk |
| | Woodbridge Furniture Co. | Coffee Table | Madeline Cocktail Table | |
| | Woodbridge Furniture Co. | End Table | Madeline Rectangular Side | |
| | Rowe | Cushion | | |
| | Leftbank Art | Picture\Wall | Ring My Bell III | |
| | The Uttermost Co. | Table | Baldrick Extension Dining | Recycled Pine W/ Warm Honey Stain |
| | Bernhardt Furniture Company | Chair | Leather Chair | 0361-012 |
| | Bernhardt Furniture Company | Chair | Leather Chair | 0361-012 |
| | Malouf | Matt Cover | Sleep Tite Encase HD Matt | |
| | Revolution Furnishings | Organizer | Bullnose 3 Drawer Mirror | |
| | Rowe | Sofa | Sylvie Bench Sofa | 110Cr-19 (Crypton/Kid Proof) |
| | Malouf | Adj Base | | |
| | North American Wood Furniture | Bed | Queen Poster Bed with Rai | |
| | North American Wood Furniture | Bed | Q Poster Bed Footboard wi | |
| | North American Wood Furniture | Bed Frame | Queen Drawer Units Both S | |
| | North American Wood Furniture | Dresser | Size: 64W x 18.5D x 48H | |
| | Wesley Hall | Swivel Chair | Foundations Freemont Swiv | Belfast Green (Fd) |
| | Malouf | Pillow | Carbon Cool Queen Pillow | |
| | Kincaid | Sofa | Plush Comfort Cushion (Up | Keaton Barley |
| | Hammary | Coffee Table | Biscayne Bay Cocktail Tab | |
| | Kincaid | End Table | Accents Round End Table | |
| | The Uttermost Co. | Coffee Table | Trellick Coffee Table | |
| | Liberty Furniture | Hall Seat | Modern Farmhouse Hall Sea | |
| | Universal Furniture International, | Hinges | | |
| | Legacy Classic Furniture | Dresser | Dresser | |

26-22112-shl   Doc 1-1   Filed 02/02/26   Entered 02/02/26 18:19:27   Exhibit  to
Schedule A/B No. 22 - Sold Inventory (Still in Store & Partially or     Pg 2 of 6

Page 2

| | Hillsdale Furniture LLC | Drawers | | |
|---|---|---|---|---|
| | Malouf | Pillow | Carbon Cool Queen Pillow | |
| | Palliser Furniture Upholstery LTD. | Sectional | Grade 2000 | Leather- Classic/Sahara |
| | Palliser Furniture Upholstery LTD. | Sectional | Grade 2000 | Leather- Classic/Sahara |
| | Palliser Furniture Upholstery LTD. | Sectional | Grade 2000 | Leather- Classic / Sahara |
| | Palliser Furniture Upholstery LTD. | Sectional | Grade 2000 | Leather- Classic/Sahara |
| | Palliser Furniture Upholstery LTD. | Sectional | Grade 2000 | Leather- Classic Sahara |
| | Palliser Furniture Upholstery LTD. | Sectional | Grade 2000 | Leather- Classic Sahara |
| | Zimmerman Chair | Table | Heritage Heather | On Cherry Wood |
| | Zimmerman Chair | Table | Heritage Russet | On Cherry Wood |
| | Zimmerman Chair | Chair | Fab-Seedling/11002 | Heritage Russet On Cherry Wood |
| | Zimmerman Chair | Chair | Fab-Seedling/11002 | Heritage Russet On Cherry Wood |
| | Zimmerman Chair | Chair | Fab-Seedling/11002 | Heritage Russet On Cherry Wood |
| | Zimmerman Chair | Chair | Fab-Seedling/11002 | Heritage Russet On Cherry Wood |
| | Zimmerman Chair | Chair | Fab-Seedling/11002 | Heritage Russet On Cherry Wood |
| | Zimmerman Chair | Chair | Fab-Seedling/11002 | Heritage Russet On Cherry Wood |
| | Zimmerman Chair | Chair | Fab-Seedling/11002 | Heritage Russet On Cherry Wood |
| | Zimmerman Chair | Chair | Fab-Seedling/11002 | Heritage Russet On Cherry Wood |
| | Zimmerman Chair | Chair | Fab-Seedling/11002 | Heritage Russet On Cherry Wood |
| | Zimmerman Chair | Chair | Fab-Seedling/11002 | Heritage Russet On Cherry Wood |
| | Zimmerman Chair | Chair | fabric-Barossa 11103 | Heritage Heather On Cherry Wood |
| | Zimmerman Chair | Chair | fabric-Barossa 11103 | Heritage Heather On Cherry Wood |
| | Zimmerman Chair | Chair | fabric-Barossa 11103 | Heritage Heather On Cherry Wood |
| | Zimmerman Chair | Chair | fabric-Barossa 11103 | Heritage Heather On Cherry Wood |
| | Gat Creek | Bed | Seasoned Cherry | On Cherry Wood |
| | Gat Creek | Chest | Seasoned Cherry | Wood-Solid Cherry |
| | Gat Creek | Nightstand | Seasoned Cherry | Wood-Solid Cherry |
| | Gat Creek | Nightstand | Seasoned Cherry | Wood-Solid Cherry |
| | U-Haul for mattress bags only | Bag | | |
| | AC DESIGNS, LTD | Cushion | | |
| | AC DESIGNS, LTD | Cushion | | |
| | Zimmerman Chair | Nightstand | Hampton Bedside Chest Har | Wood Type - Maple |
| | Zimmerman Chair | Dresser | Hampton Triple Dresser Ha | Wood Type - Maple |
| | Zimmerman Chair | Chest | Hampton Chest Hardware PU | Wood Type - Maple |
| | Rowe | Sofa | Freya Sofa. 2 over 2 2 20 | 23547-40 |
| | Mavin | Dresser | 7992 Asbury | Maple |
| | Mavin | Chest | 7992 Asbury | Maple |
| | Mavin | Nightstand | 7992 Asbury | Maple |
| | Mavin | Nightstand | 7992 Asbury | Maple |
| | The Uttermost Co. | Coffee Table | Iron/Glass/Goldleaf | |
| | The Simmons Manufacturing Co | Mattress | | |
| | The Simmons Manufacturing Co | Adj Base | | |
| | Shifman Mattresses | Boxspring | Quilted Boxspring | |
| | Shifman Mattresses | Mattress | Austin | |
| | Zimmerman Chair | Bookcase | Brie Antiquities | |
| | Hammary | Coffee Table | Solstice Oval Coffee Tabl | |
| | JAIPUR LIVING, INC | Rug | | |
| | The Uttermost Co. | Coffee Table | Steel | |
| | Rowe | Pillow | | |
| | Rowe | Pillow | | |
| | Rowe | Pillow | | |
| | Rowe | Pillow | | |

26-22112-shl   Doc 1-1   Filed 02/02/26   Entered 02/02/26 18:19:27   Exhibit  to
Schedule A/B No. 22 - Sold Inventory (Still in Store & Partially or     Pg 3 of 6

Page 3

| | | | |
|---|---|---|---|
| Wesley Hall | Sectional | Finish-Otter | Fabric- Nirvana Mushroom |
| Wesley Hall | Sectional | Finish- Otter | Fabric- Nirvana Mushroom |
| Wesley Hall | Sectional | Finish- Otter | Fabric- Nirvana Mushroom |
| Creative Co-Op | Candle Holde | Seeded Votive Holder | |
| Creative Co-Op | Candle Holde | Seeded Votive Holder | |
| Creative Co-Op | Candle Holde | Seeded Votive Holder | |
| Creative Co-Op | Candle Holde | Seeded Votive Holder | |
| Lee Industries, Inc | Chair | Upholstered Chelsea Track | Logan Dune |
| Lee Industries, Inc | Chair | Upholstered Chelsea Track | Logan Dune |
| Lee Industries, Inc | Chair | Finish- Dune | Fabric- Ferris Moonstone |
| Lee Industries, Inc | Chair | Finish- Dune | Fabric- Ferris Moonstone |
| Bassett Furniture | Sofa | Allure Sofa | Fc222-11 Alabaster (Performance) |
| Lee Industries, Inc | Arm Covers | | Crypton Oasis Ecru |
| Serta Simmons Bedding | Mattress | | |
| Kincaid | Chair | Studio Chair. Flared trac | Bailiwick Penny |
| Alder & Tweed | End Table | Warren End Table | |
| The Uttermost Co. | End Table | Midnight Accent Table | |
| The Uttermost Co. | Floor Lamp | Liam Floor Lamp w/Beige L | |
| Rowe | Cushion | | |
| Rowe | Cushion | | |
| Rowe | Cushion | | |
| Rowe | Cushion | | |
| Rowe | Cushion | | |
| Leftbank Art | Picture\Wall | Image Brush Gel | |
| Leftbank Art | Picture\Wall | Image Brush Gel | |
| The Uttermost Co. | Bench | Connor Bench | |
| LOLOI Rugs | Rug | 8 x 10 | Wool |
| Zimmerman Chair | Table | Dovetail | |
| Revolution Furnishings | Part | | |
| Revolution Furnishings | Part | | |
| Palliser Furniture Upholstery LTD. | Seats | | |
| Palliser Furniture Upholstery LTD. | Seats | | |
| JAIPUR LIVING, INC | Rug | 8 x 10 | Wool |
| Revolution Furnishings | 18 in Glides | | |
| Universal Furniture International, | Nightstand | | |
| Universal Furniture International, | Nightstand | | |
| Revolution Furnishings | Hardware | | |
| Revolution Furnishings | Hardware | | |
| Revolution Furnishings | Hardware | | |
| Revolution Furnishings | Hardware | | |
| Revolution Furnishings | Hardware | | |
| Revolution Furnishings | Hardware | | |
| Revolution Furnishings | Hardware | | |
| Revolution Furnishings | Hardware | | |
| Revolution Furnishings | Hardware | | |
| Revolution Furnishings | Hardware | | |
| Revolution Furnishings | Hardware | | |
| Revolution Furnishings | Hardware | | |
| Revolution Furnishings | Hardware | | |
| Revolution Furnishings | Hardware | | |
| Revolution Furnishings | Hardware | | |

26-22112-shl   Doc 1-1   Filed 02/02/26   Entered 02/02/26 18:19:27   Exhibit  to
Schedule A/B No. 22 - Sold Inventory (Still in Store & Partially or     Pg 4 of 6

Page 4

| | Revolution Furnishings | Hardware | | |
|---|---|---|---|---|
| | Revolution Furnishings | Hardware | | |
| | Revolution Furnishings | Hardware | | |
| | Revolution Furnishings | Hardware | | |
| | Revolution Furnishings | Hardware | | |
| | American Leather | Sofa | Lyons Stationary Sofa, 2 | Juno Pecan |
| | Camlen | Sideboard | Ebony | Birch Wood |
| | Bassett Furniture | Sofa | Allure Sofa | Fc222-11 Alabaster (Performance) |
| | Mavin | Sofa Table | Natural on Walnut | |
| | Revolution Furnishings | Sample | Linen | |
| | The Simmons Manufacturing Co | Mattress | | |
| | Mavin | Bed | 413 Latte on Maple | |
| | Mavin | Nightstand | 413 Latte on Maple | |
| | Mavin | Nightstand | 413 Latte on Maple | |
| | Rowe | Sofa | Latte | 105Cr-43 |
| | Lee Industries, Inc | Swivel Chair | | Danner Haze |
| | Lee Industries, Inc | Swivel Chair | | Danner Haze |
| | Rowe | Sectional | | Pk101-64 Nugget |
| | Rowe | Sectional | | Pk101-64 Nugget |
| | Rowe | Swivel Chair | | 14635-11 Gold |
| | Rowe | Swivel Chair | | 14635-11 Gold |
| | Camlen | Sideboard | Champlain | Birch |
| | Revolution Furnishings | Bed | 92 Walnut | |
| | Revolution Furnishings | Bed | 71 Oyster | |
| | Revolution Furnishings | Nightstand | 71 Oyster | |
| | Revolution Furnishings | Nightstand | 73 Linen | |
| | Revolution Furnishings | Nightstand | 73 Linen | |
| | The Uttermost Co. | Mirror | | |
| | Zimmerman Chair | Credenza | | |
| | Kincaid | Cut Yardage | | Elora Oyster |
| | Zimmerman Chair | Cut Yardage | | Ribbon Rail 12113 |
| | American Leather | Cut Yardage | | Haze Sage |
| | Rowe | Apt Sofa | | 17799-15 |
| | Rowe | Ottoman | | 17799-15 Pine Green |
| | The Uttermost Co. | Lamp | | |
| | Bernhardt Furniture Company | Bed | | |
| | Rowe | Insert | | |
| | Rowe | Insert | | |
| | Rowe | Sofa | Latte | KI-252-75 Zahara Putty |
| | Rowe | Sofa | Latte | KI-252-75 Zahara Putty |
| | Rowe | Sofa | Latte | KI-252-75 Zhara Putty |
| | Liberty Furniture | Bench | Granite | |
| | Liberty Furniture | Table | Granite | |
| | Lee Industries, Inc | Sofa | Weathered Gray | Sahara Sands |
| | Lee Industries, Inc | Sofa | Weathered Gray | Sahara Sands |
| | AC DESIGNS, LTD | Uphols Chair | | Ribbon Rail 12113 |
| | AC DESIGNS, LTD | Arm Covers | | Haze Sage |
| | American Leather | Sleeper Sofa | Mink | Bryn Snow Crypton |
| | Kincaid | Pillow | | Masai Paprika |
| | Kincaid | Pillow | | Masai Paprika |
| | Capel, Inc. | Rug | | |

26-22112-shl Doc 1-1 Filed 02/02/26 Entered 02/02/26 18:19:27 Exhibit to
Schedule A/B No. 22 - Sold Inventory (Still in Store & Partially or Pg 5 of 6

Page 5

| | | | |
|---|---|---|---|
| Palliser Furniture Upholstery LTD. | Part | | |
| Bassett Furniture | Sofa | Brindle | |
| Bassett Furniture | Sectional | Walnut | 1612-Ou |
| Bassett Furniture | Sectional | walnut | 1612-Ou |
| JAIPUR LIVING, INC | Rug Pad | | |
| Revolution Furnishings | Bed | 70B White | |
| Lee Industries, Inc | Sectional | Java | Duke Pumice |
| Lee Industries, Inc | Sectional | Java | Duke Pumice |
| Lee Industries, Inc | Sectional | Java | Duke Pumice |
| Lee Industries, Inc | Sectional | Java | Duke Pumice |
| Zimmerman Chair | Side Chair | Renew Dovetail | Conti #12309 |
| Zimmerman Chair | Side Chair | Renew Dovetail | Conti #12309 |
| Zimmerman Chair | Side Chair | Renew Dovetail | Conti #12309 |
| Zimmerman Chair | Side Chair | Renew Dovetail | Conti #12309 |
| Zimmerman Chair | Side Chair | Renew Dovetail | Conti #12309 |
| Zimmerman Chair | Side Chair | Renew Dovetail | Conti #12309 |
| Zimmerman Chair | Nightstand | Heritage Cypress | Wood Type Maple |
| Zimmerman Chair | Nightstand | Heritage Cypress | Wood Type Maple |
| Rowe | Cut Yardage | | 13491-04 |
| Rowe | Chair | Latte | |
| Serta Simmons Bedding | Boxspring | | |
| Serta Simmons Bedding | Boxspring | | |
| Rowe | Sofa | Chocolate | Vr309-10 |
| Rowe | Loveseat | Chocolate | Vr309-10 |
| Rowe | Cut Yardage | | Vr309-10 Grey |
| Zimmerman Chair | Table | Heritage Legacy | On Cherry Wood |
| Jaunty Co. Inc | Rug | | |
| JAIPUR LIVING, INC | Rug Pad | | |
| Rowe | Cut Yardage | | 18099-04 Slate |
| Kincaid | Cut Yardage | | 8027-70 Seaglass |
| INTERNATIONAL TABLE PADS | Leaf Bag | | |
| INTERNATIONAL TABLE PADS | Leaf Bag | | |
| Zimmerman Chair | Side Chair | Renew Cinder on Mapl | Magnolia #12305 |
| Zimmerman Chair | Side Chair | Renew Cinder on Mapl | Magnolia #12305 |
| Zimmerman Chair | Side Chair | Renew Cinder on Mapl | Magnolia #12305 |
| Zimmerman Chair | Side Chair | Renew Cinder on Mapl | Magnolia #12305 |
| Zimmerman Chair | Side Chair | Renew Cinder on Mapl | Magnolia #12305 |
| Zimmerman Chair | Side Chair | Renew Cinder on Mapl | Magnolia #12305 |
| Zimmerman Chair | Side Chair | Renew Cinder on Mapl | Magnolia #12305 |
| Zimmerman Chair | Side Chair | Renew Cinder on Mapl | Magnolia #12305 |
| Zimmerman Chair | Side Chair | Renew Cinder on Mapl | Magnolia #12305 |
| Zimmerman Chair | Side Chair | Renew Cinder on Mapl | Magnolia #12305 |
| Furniture Classics | Console | | |
| American Leather | Seat Casings | | Aster Beige |
| American Leather | Seat Casings | | Aster Beige |
| American Leather | Back Casings | | Aster Beige |
| American Leather | Back Casings | | Aster Beige |
| American Leather | Back Casings | | Aster Beige |
| Bassett Furniture | Part | | Fc198-1 |
| Gat Creek | Table | Walnut Natural | |
| Gat Creek | Dresser | Glazed Paper Tree | |

| | | | |
|---|---|---|---|
| Wesley Hall | Cut Yardage | | Dillon Graphite |
| Gat Creek | End Table | Maple Shoreline | |
| Modway Furniture | Table | | |
| Modway Furniture | Table | | |
| Modway Furniture | Table | | |
| Four Hands | Console | | |
| Wesley Hall | Swivel Bases | Fawn | |
| Wesley Hall | Swivel Bases | Fawn | |
| Wesley Hall | Pillow | | Ventura Domino |
| Wesley Hall | Pillow | | Ventura Domino |
| Wesley Hall | Pillow | | Ventura Domino |
| Wesley Hall | Pillow | | Ventura Domino |
| The Simmons Manufacturing Co | Mattress | | |
| The Simmons Manufacturing Co | boxspring | | |
| The Simmons Manufacturing Co | boxspring | | |
| The Uttermost Co. | Chandelier | Aged Brass | |
| AC DESIGNS, LTD | Pillow | | 18099-04 Slate |
| AC DESIGNS, LTD | Pillow | | 18099-04 Slate |
| Wesley Hall | Pillow | | Alfi Cream |
| Wesley Hall | Pillow | | Alfi Cream |
| AC DESIGNS, LTD | Pillow | | |
| Rowe | Cut Yardage | | Zw102-34 |
| Mattress 1st | Mattress | | |
| Mattress 1st | Boxspring | | |
| Mattress 1st | Mattress | | |
| Rowe | Cut Yardage | | 11313-30 Rust |
| Mavin | Hardware | Silver | |
| Mavin | Hardware | Silver | |
| Mavin | Hardware | Silver | |
| Mavin | Hardware | Silver | |
| Mavin | Hardware | Silver | |
| Mavin | Hardware | Silver | |
| Mavin | Hardware | Silver | |
| Mavin | Hardware | Silver | |
| Mavin | Hardware | Silver | |
| Mavin | Hardware | Silver | |
| Mavin | Hardware | Silver | |
| Mavin | Hardware | Silver | |
| Mavin | Hardware | Silver | |
| Mavin | Hardware | Silver | |
| Mavin | Hardware | Silver | |
| Mavin | Hardware | Silver | |
| Mavin | Hardware | Silver | |
| Kincaid | Cut Yardage | | Fino Fog |
| Accent Decor | Picture\Wall | Antique Gold | |