In re: Country Willow LTD.
Exhibit to Schedule A/B - Real and Personal Property

**No. 22. Other inventory or supplies**

**PROBLEM CODED INVENTORY**

| | | | | |
|---|---|---|---|---|
| Universal Furniture International, | Bed Frame | Meridian Queen Panel Bed | | Meridian Queen Panel Bed 68Wx88Dx56H - F |
| Amisco | Stool | Cardin Swivel Stool-Count | Sheep Ju | Cardin Swivel Stool-Counter Height |
| Amisco | Stool | Cardin Swivel Stool-Count | Sheep Ju | Cardin Swivel Stool-Counter Height |
| Serta Simmons Bedding | Boxspring | Twin XL Boxspring | | Twin XL Boxspring |
| Serta Simmons Bedding | Boxspring | Twin XL Boxspring | | Twin XL Boxspring |
| Revolution Furnishings | Bookcase | Custom Cottage Bookcase, | | Custom Cottage Bookcase, 36"W x 84"H, SP |
| North American Wood Furniture | Headboard | Monroe Queen Headboard | | Monroe Queen Headboard |
| Rowe | Coffee Table | Raegan Coffee Table | | Raegan Coffee Table |
| Redford House | Credenza | Credenza, 95w x 19d x 35h | | Credenza, 95w x 19d x 35h, Finish: Black |
| Legacy Classic Furniture | Bed | Low Poster Panel Bed Full | | Low Poster Panel Bed Full Sz. Antique Li |
| Universal Furniture International, | Chair | Bergere Side Chair | | Bergere Side Chair |
| The Uttermost Co. | Mirror | Melodie Mirror | | Melodie Mirror |
| Malouf | Frame | Universal Bed Frame with | | Universal Bed Frame with Glides (Twin-Ki |
| The Uttermost Co. | Picture\Wall | Egyptian Linen Hand Paint | | Egyptian Linen Hand Painted Canvas |
| Nest Home Collections | Chair | Lucy Dining Chair | Anew Grey | Lucy Dining Chair |
| The Uttermost Co. | Ottoman | Haylee Ottoman | White-Soil And Stain Resistant | Haylee Ottoman |
| Classic Home | Stool | Gatehouse Copa Counter St | Reclaimed Pine | Gatehouse Copa Counter Stool - Midnight |
| Legacy Classic Furniture | Desk | Desk | | Desk |
| Dovetail Furniture | Cabinet | Stearn Cabinet | | Stearn Cabinet |
| Leathercraft & Cates Cove Collectio | Chair | Talbot Recliner w/ Motion | Overtime Sandals | Talbot Recliner w/ Motion |
| Codarus Home | Table | Marfa Extension Dining Ta | | Marfa Extension Dining Table |
| Gold Bond/The Standard Mattress Com | Mattress | Princeton Twin Mattress 1 | Princeton Mattress Twin | Princeton Twin Mattress 10" |
| Currey & Company, Inc | lamp | Maurice Lantern | | Maurice Lantern |
| Capel, Inc. | Rug | Persian Trace, 5'6" x 8'6 | 100% Wool | Persian Trace, 5'6" x 8'6" |
| Roberta Schilling Collection | can | milk can painted | | milk can painted |
| Barreveld | Chablis | Wood Chablis Pot | | Wood Chablis Pot |
| RP Designs | Horse Pack | | | |
| Currey & Company, Inc | Chandelier | Nicollete Chandelier; 24R | 24Rd X 25H | Nicollete Chandelier; 24Rd x 25H; Finish |
| Creative Co-Op | 2-Tier Stand | Metal 2-Tier Stand With M | | Metal 2-Tier Stand With Marble Trays, 11 |
| Gold Bond/The Standard Mattress Com | Mattress | Full Columbia Mattress | Columbia 7" Mattress Full | Full Columbia Mattress |
| Surya Carpets, Inc. | Rug | 6' x 9' Soumek Rug | | 6' x 9' Soumek Rug |
| Currey & Company, Inc | Lantern | High Falls Lantern. Size: | | High Falls Lantern. Size: 14"w x 14"d x |
| Currey & Company, Inc | Chandelier | Adara Chandelier; 33Rd x | 12 Light, 60 Watt | Adara Chandelier; 33Rd x 39H; Finish: Iv |
| Ragon House | Post | Post #4 Black | | Post #4 Black |
| Creative Co-Op | Wood Case | Size: 17"w x 17"d x 26.25 | Large Wood Case W/Wheels | Size: 17"w x 17"d x 26.25"h |
| Creative Co-Op | Wood Case | Size: 13.5"w x 13.5"d x 2 | Small Wood Case W/Wheels | Size: 13.5"w x 13.5"d x 22"h |
| LOLOI Rugs | Rug | Bogart Rug in Ivory/Blue, | 100% New Zealand Wool | Bogart Rug in Ivory/Blue, 5.6"x8.6" |
| LOLOI Rugs | Rug | Journey Rug in Stone/Blue | Wool/Viscose | Journey Rug in Stone/Blue, 5'x7.6" |
| Currey & Company, Inc | Chandelier | Arcadia Chandelier, Hand- | 38Rd X 37H | Arcadia Chandelier, Hand-Rubbed Bronze, |
| Capel, Inc. | Rug | Park Lane, 5.5' x 8.5' | Hand Knotted Wool | Park Lane, 5.5' x 8.5' |
| Trowbridge | Picture\Wall | Hunting Scenes # 2 | | Hunting Scenes # 2 |
| LOLOI Rugs | Rug | Traditional Majestic Rug | 100 Wool Pile | Traditional Majestic Rug in Grey Ivory, |
| Park Hill Collection | Lantern | Cutting Board Sconce | | Cutting Board Sconce |
| Universal Furniture International, | UnderBedCase | storage unit with side ra | | storage unit with side rail panel in Rus |
| Mary Gregory Studio (Fig & Marmalad | Picture\Wall | Gallery Wrapped Giclee Am | | Gallery Wrapped Giclee Amber Vase Print |
| Capel, Inc. | Rug | Solace Rug in Sunset (650 | 100% Wool | Solace Rug in Sunset (650) |
| Creative Co-Op | Basket | Oval Basket with Metal St | | Oval Basket with Metal Stand |
| Four Hands | End Table | Sullivan Bunching Table | | Sullivan Bunching Table |
| LOLOI Rugs | Rug | Elliot Rug in Granite | 100% Viscose | Elliot Rug in Granite |

In re: Country Willow LTD.
Exhibit to Schedule A/B - Real and Personal Property

**No. 22. Other inventory or supplies**

**PROBLEM CODED INVENTORY**

| | | | | |
|---|---|---|---|---|
| LOLOI Rugs | Rug | Isle Rug | | Isle Rug |
| Capel, Inc. | Rug | Eminence style #1089, Ivo | 100% Wool | Eminence style #1089, Ivory size 9'6" x |
| Four Hands | Pedestal | Hand Carved Pedestal | | Hand Carved Pedestal |
| Four Hands | Pedestal | Hand Carved Pedestal | | Hand Carved Pedestal |
| Stray Dog Designs | Lamp | Sarah Table Lamp | | Sarah Table Lamp |
| Four Hands | Chair | Midcentury Quilted Dining | | Midcentury Quilted Dining Chair |
| LOLOI Rugs | Rug | Tulum Rug | 100% Natural Wool | Tulum Rug |
| Classic Home | Coffee Table | Block Rectangle Coffee Ta | | Block Rectangle Coffee Table |
| Universal Furniture International, | Desk Chair | Desk Chair | | Desk Chair |
| Lee Industries, Inc | Ottoman | Chelsea Slipcovered Ottom | Peru Flax | Chelsea Slipcovered Ottoman |
| Capel, Inc. | Rug | Kodari Rug in Grey | | Kodari Rug in Grey |
| Park Hill Collection | Pet Carrier | Vintage Style Pet Carrier | | Vintage Style Pet Carrier |
| Park Hill Collection | Picture\Wall | Daily Chores Board | | Daily Chores Board |
| Surya Carpets, Inc. | Lamp | Lamp | | Lamp |
| The Uttermost Co. | Lamp | Cassini Lamp | | Cassini Lamp |
| Capel, Inc. | Rug | Ancient Arrow 5x8 Genevie | | Ancient Arrow 5x8 Genevieve Gorder Colle |
| Creative Co-Op | Ladder Frame | Wood Photo Frame Ladder w | Wood Photo | Wood Photo Frame Ladder w/ 6 Frames |
| Lee Industries, Inc | Chaise/Otto | Dexter Ottoman-(1859-00) | Wilson Island Blue | Dexter Ottoman-(1859-00) |
| Classic Home | Coffee Table | Geometric Round Coffee Ta | | Geometric Round Coffee Table - Weathered |
| Zimmerman Chair | Chair | Braslow Side Chair | | Braslow Side Chair |
| Zimmerman Chair | Chair | Braslow Side Chair | | Braslow Side Chair |
| Four Hands | Chair | Fulton Asher Dining Chair | | Fulton Asher Dining Chair |
| Four Hands | Chair | Fulton Asher Dining Chair | | Fulton Asher Dining Chair |
| Woodbridge Furniture Co. | End Table | Santa Fe | | 22"w x 28"d x 27"h Side Table with Santa |
| Simple Country | Table | 54" Garden Pedestal Table | Antique Pine | 54" Garden Pedestal Table |
| Capel, Inc. | Rug | Custom sized Worthington | | Custom sized Worthington Rug, to measure |
| Surya Carpets, Inc. | Rug Pad | Premium Felted Pad. | | Premium Felted Pad. |
| Surya Carpets, Inc. | Rug | Zeus Rug, 5'6" x 8'6" | 100% Nz Wool | Zeus Rug, 5'6" x 8'6" |
| Blue Ocean Traders | Wheel | Loom Wheel w/Base | | Loom Wheel w/Base |
| Ella Home | End Table | Hollywood End Table | Iron/Antique Mirror Top | Hollywood End Table |
| Surya Carpets, Inc. | Rug | Peek A Boo Rug  3'x5' | | Peek A Boo Rug  3'x5' |
| Leftbank Art | Picture\Wall | Country House III | Grey Barnwood Floater | Country House III |
| Simple Country | Coffee Table | Small Cabriole Leg Coffee | | Small Cabriole Leg Coffee Table w/ Shelf |
| Simple Country | Desk | 5 ft Computer Desk, 60" w | | 5 ft Computer Desk, 60" w x 29" d x 30" |
| Capel, Inc. | Rug | Siam-Flower | 100% Wool | Siam-Flower |
| Gat Creek | Bed | Glenwood Steinbeck Platfo | Wood-Solid Ash | Glenwood Steinbeck Platform Bed in Full. |
| Four Hands | Coffee Table | Lexy Coffee Table | | Lexy Coffee Table |
| Legacy Classic Furniture | Bed | Complete Panel Bed w/ Sto | | Chelsea Full Panel Storage Bed |
| North American Wood Furniture | Headboard | Monroe Twin Size Headboard | No Distress Lite Rub Thru | Monroe Twin Size Headboard With Raised P |
| Surya Carpets, Inc. | Rug | Libra One Rug | 100% Wool | Libra One Rug |
| Gold Bond/The Standard Mattress Com | Boxspring | Columbia 9" Box Spring Tw | Columbia 9" Box Twin | Columbia 9" Box Spring Twin |
| Rowe | Bed | Latte | 12029-49 Seafoam | 60" Upholstered Hamilton  King Bed |
| IMAX Corporation | Candelabra | Chandelier Tabletop | | Chandelier Tabletop |
| Four Hands | Coffee Table | French Oak | | French Oak |
| Ragon House | Sign | Farmhouse Sign | Wood And Metal | Farmhouse Sign |
| Leftbank Art | Picture\Wall | Color Pop I | | Color Pop I |
| Surya Carpets, Inc. | Rug | Rug: Hill9036 Size: 3'6" | | Rug: Hill9036 Size: 3'6" X 5'6". |
| Dovetail Furniture | Lamp | Light Fixture | White Pine | Light Fixture |
| Dovetail Furniture | Lamp | Light Fixture | White Pine | Light Fixture |

In re: Country Willow LTD.
Exhibit to Schedule A/B - Real and Personal Property

**No. 22. Other inventory or supplies**

**PROBLEM CODED INVENTORY**

| | | | | |
|---|---|---|---|---|
| Lee Industries, Inc | Chair | Landis Swivel Chair-(3821 | Chrysler Chalk (Sunbrella) | Landis Swivel Chair-(3821-01SW) |
| Gabby | Table | Providence Bunching Table | Dark Bronze/White | Providence Bunching Table |
| Rowe | End Table | Raisa End Table | | Raisa End Table |
| Gabby | Coffee Table | Sheldon Coffee Table | Wood Top | Sheldon Coffee Table |
| Gat Creek | Bed | Sigrid Storage Queen Bed | Maple | Sigrid Storage Queen Bed |
| Revolution Furnishings | Desk Chair | Straight Back Desk Chair | | Straight Back Desk Chair |
| Modway Furniture | Desk Chair | Desk Chair | | Desk Chair |
| Classic Home | Rug | Madrid Rug | 70%Jute/20%Cotton/10%Wool | Madrid Rug |
| Bradington Young | Ottoman | Ottoman.  27" x 19" x 18" | Timberland Otter | Ottoman.  27" x 19" x 18"h  Natural Nail |
| The Uttermost Co. | Lamp | Driftwood Table Lamp, 150 | Driftwood | Driftwood Table Lamp, 150W, 3Way |
| The Uttermost Co. | Lamp | Driftwood Table Lamp, 150 | Driftwood | Driftwood Table Lamp, 150W, 3Way |
| Simple Country | Table | Size: 46" Round x 36H; Cu | | Custom Cricket Counter Table |
| Redford House | Console | Monterey Axel entertainme | | Monterey Axel entertainment console 66"w |
| Redford House | Nightstand | Monterey Axel two drawer | | Monterey Axel two drawer nightstand 22"w |
| The Uttermost Co. | Picture\Wall | Falconara Wall Sconce | | Falconara Wall Sconce |
| GO HOME LTD | Wine Rack | Ladder Wine Bottle Rack, | | Ladder Wine Bottle Rack, Small |
| GO HOME LTD | Wine Rack | Wine Rack | | Wine Rack |
| GO HOME LTD | Wine Rack | Round Ladder Wine Rack | | Round Ladder Wine Rack |
| The Uttermost Co. | Lamp | Callie Table Lamp, 150W, | | Callie Table Lamp, 150W, 3Way |
| The Uttermost Co. | Lamp | Callie Table Lamp, 150W, | | Callie Table Lamp, 150W, 3Way |
| Classic Home | Rug | Artemis Rug | 100% Jute | Artemis Rug |
| Classic Home | Rug | Preston Rug | 100% Jute | Preston Rug |
| Classic Home | Rug | Kingston Rug | 100% Jute | Kingston Rug |
| Regina Andrew Design | Lamp | Accordian Round Table Lam | | Accordian Round Table Lamp, 150W, 3Way |
| Four Hands | Coffee Table | Fulton Cataline Coffee Ta | Guanacaste Wood | Fulton Cataline Coffee Table |
| Four Hands | End Table | Fulton Omar End Table | | Fulton Omar End Table |
| Four Hands | End Table | Fulton Brisbane Side Tabl | Grey Oak | Fulton Brisbane Side Table |
| Four Hands | End Table | Fulton Brisbane Side Tabl | Grey Oak | Fulton Brisbane Side Table |
| LOLOI Rugs | Rug | Amara Rug, 6' x 9' | 100% Wool | Amara Rug, 6' x 9' |
| Universal Furniture International, | Chest | Chest | | Chest |
| Universal Furniture International, | Sectional | Copeland Sectional Consis | Rockability Moss | Copeland Sectional Consisting of model n |
| LOLOI Rugs | Rug | Tristan Area Rug, Ivory R | Tristan/Ivory | Tristan Area Rug, Ivory RT-03. Dimension |
| Four Hands | Coffee Table | Fulton Russell Bunching T | Mango Wood | Fulton Russell Bunching Table |
| Leftbank Art | Picture\Wall | Glass Framed | | Color Pop II |
| LOLOI Rugs | Rug | Abbot Rug, 5' x 7'6" | 100% Wool | Abbot Rug, 5' x 7'6" |
| Four Hands | Picture\Wall | Back to Base Camp 6 | | Back to Base Camp 6 |
| LOLOI Rugs | Rug | 100% Polyester Rug | 100% Polyester | 100% Polyester Rug |
| Gallery Designs | Lamp | Eggshell Linen on Washed | | Eggshell Linen on Washed Taupe Base. |
| Classic Home | End Table | Karla End Table | | Karla End Table |
| Dovetail Furniture | Chair | Maxime Dining Chair | | Maxime Dining Chair |
| LOLOI Rugs | Rug | Kingston Rug 5.3 x 7.6 | Polypropylene/Viscose | Kingston Rug 5.3 x 7.6 |
| Classic Home | Chair | Merri Side Chair | | Merri Side Chair |
| Zimmerman Chair | Chair | Braslow Side Chair | | Braslow Side Chair |
| Zimmerman Chair | Chair | Braslow Side Chair | | Braslow Side Chair |
| Universal Furniture International, | Chair | Carter Chair Ivory | Hudson Ivory Leather | Carter Chair Ivory |
| Wendover Art Group | Picture\Wall | Woven Grid IV | | Woven Grid IV |
| LOLOI Rugs | Rug | Heirloom 6' x 9' Rug | 82% Wool 18% Cotton | Heirloom 6' x 9' Rug |
| Rowe | Loveseat | Cindy-LOVE Upholstered Lo | 11861-04 | Cindy-LOVE Upholstered Loveseat, 62 x 39 |
| Capel, Inc. | Rug | 5 x 8 Burke Aegean | | 5 x 8 Burke Aegean |

26-22112-shl   Doc 1-2   Filed 02/02/26   Entered 02/02/26 18:19:27   Exhibit to
Schedule A/B No. 22 - Problem Coded Inventory   Pg 4 of 9

In re: Country Willow LTD.
Exhibit to Schedule A/B - Real and Personal Property

**No. 22. Other inventory or supplies**

**PROBLEM CODED INVENTORY**

| | | | | |
|---|---|---|---|---|
| Surya Carpets, Inc. | Rug | Ethereal Rug | 100% Wool | Ethereal Rug |
| East Enterprises, Inc | Lamp | Brass Wormer Lamp | Jade | Brass Wormer Lamp |
| The Uttermost Co. | Accessory | Horse Sculpture | | Horse Sculpture |
| Leftbank Art | Picture\Wall | To Pastures New | Giclee On Canvas | To Pastures New |
| Newport Cottages | Nightstand | Uptown Night Stand | | |
| Sell As Is Only | | | | |
| Newport Cottages | Nightstand | Beverly Night Stand | | |
| Sell As Is Only | | | | |
| Wesley Allen | Bed | Remington Crystal Ball Be | | Remington Crystal Ball Bed Full |
| Surya Carpets, Inc. | Lamp | Antique Painted Concrete | | Antique Painted Concrete Lamp with Beige |
| Gallery Designs | Lamp | Aged Gray | Cast Iron | Cast Iron Table Lamp |
| Lee Industries, Inc | Swivel Chair | | Jennings Coal-Outdr/Indr Lee Performer | |
| The Uttermost Co. | Lamp | Cloverly Lamp | | Cloverly Lamp |
| The Uttermost Co. | Lamp | Cloverly Lamp | | Cloverly Lamp |
| The Uttermost Co. | Lamp | Manicopa Table Lamp | | Manicopa Table Lamp |
| Surya Carpets, Inc. | Rug | Bari 8x10 | | Bari 8x10 |
| The Uttermost Co. | | Nesting Egg Sculpture | | Nesting Egg Sculpture |
| Jeffan International | Lamp | Lulie Table Lamp | | Lulie Table Lamp |
| The Uttermost Co. | Coffee Table | Rhea Nesting Tables | | Rhea Nesting Tables |
| Creative Co-Op | Lamp | | Ceramic | Patterned Ceramic Lamp, 60W |
| Creative Co-Op | Lamp | Table Lamp | | Table Lamp |
| The Uttermost Co. | Table | Baruti Coffee Table | | Baruti Coffee Table |
| Malouf | Bed Frame | Queen size adjustable bas | | Queen size adjustable base. Head and foo |
| Revolution Furnishings | Bed | White Moutain Mission Bed | | White Moutain Mission Bed. Style: MSS100 |
| Elran Furniture LTD | Recliner | Size: 39.5W x 37D x 38.5H | 4679-08 | Art of Options |
| Lee Industries, Inc | Bed | Upholstered Bed for an ad | Farrow Silver | Upholstered Bed for an adjustable base: |
| Home Trends & Design | End Table | HTM Berkley Side Table | Acacia | HTM Berkley Side Table |
| Furniture Classics | Coffee Table | Tripod Coffee Table | | Tripod Coffee Table |
| Alder & Tweed | Chair | Taylor Dining Chair | Light Sand | Taylor Dining Chair |
| Gabby | End Table | Rabia Side Table | | Rabia Side Table |
| Gold Bond/The Standard Mattress Com | Bed Frame | Universal Bed Frame. | | Universal Bed Frame. |
| Four Hands | End Table | Harbin Nesting Table | | Harbin Nesting Table |
| Legacy Classic Furniture | Nightstand | Night Stand - Lake House | | Night Stand - Lake House White |
| Jeffan International | Stool | Winston Barstool | Rattan | Winston Barstool |
| LOLOI Rugs | Rug | GRA-03 Color: Persimmon/I | | GRA-03 Color: Persimmon/Ivory. 7'10" x 1 |
| Bradington Young | Sofa | Newman Power Sofa | 9110-97 | Newman Power Sofa |
| Malouf | Adj Base | Split Queen Adjustable Ba | | Split Queen Adjustable Base |
| Malouf | Adj Base | Split Queen Adjustable Ba | | Split Queen Adjustable Base |
| Essentials for Living | Coffee Table | Carrera Nesting Coffee Ta | White Carrera Marble | Carrera Nesting Coffee Table |
| Essentials for Living | End Table | Carrera End Table | Carrera Marble | Carrera End Table |
| Essentials for Living | End Table | Carrera End Table | Carrera Marble | Carrera End Table |
| Nest Home Collections | Chair | Iron/Uph | Grey | Audrey Dining Side Chair |
| LOLOI Rugs | Rug | Anatasia Rug 7.10 x 10.10 | | Anatasia Rug 7.10 x 10.10 |
| Four Hands | Table | Skiler Dining Table | | Skiler Dining Table |
| Bradington Young | | Bradington Young Left arm | | Bradington Young Left arm facing lovesea |
| Bradington Young | | Bradington Young right ar | | Bradington Young right arm facing lovese |
| Bradington Young | Sectional | Bradington Young corner r | | Bradington Young corner rounded wedge, L |
| LOLOI Rugs | Rug | Loren Rug Slate | 100% Polyester | Loren Rug Slate |
| Lee Industries, Inc | Uph Ottoman | Custom leather ottoman, | | Custom leather ottoman |

In re: Country Willow LTD.
Exhibit to Schedule A/B - Real and Personal Property

**No. 22. Other inventory or supplies**

**PROBLEM CODED INVENTORY**

| | | | | |
|---|---|---|---|---|
| Redford House | Ent Console | Fiona 3 Drawer Entertainm | | Fiona 3 Drawer Entertainment Console. Fi |
| Redford House | End Table | Milla Side Table With Dra | Blackened Iron | Milla Side Table With Drawers, 26"w 15"d |
| Surya Carpets, Inc. | Rug | Area rug, 5' x 7'6",  Vis | | Area rug, 5' x 7'6",  Viscose and Wool |
| Dovetail Furniture | Coffee Table | Beekman Coffee Table | | Beekman Coffee Table |
| LOLOI Rugs | Rug | 9'6" x 12"6" area rug KEN | | 9'6" x 12"6" area rug KEN-04  sand/coppe |
| Home Trends & Design | Chair | HTM Nathan Dining Chair | | HTM Nathan Dining Chair |
| Home Trends & Design | Chair | HTM Nathan Dining Chair | | HTM Nathan Dining Chair |
| Dovetail Furniture | Chair | Okapi Dining Chair | Performance Fabric | Okapi Dining Chair |
| Dovetail Furniture | Chair | Okapi Dining Chair | Performance Fabric | Okapi Dining Chair |
| Four Hands | Coffee Table | Nephi Coffee Table | Primavera Wood | Nephi Coffee Table |
| Alder & Tweed | End Table | Main Street Accent Table | | Main Street Accent Table |
| American Leather | Sofa | Napa 3 Seat Power Reclini | Bison Tobacco | Style in Motion: Napa Sofa |
| Four Hands | Coffee Table | Mya Round Coffee Table | | Mya Round Coffee Table |
| Four Hands | Coffee Table | Sampson Coffee Table | | Sampson Coffee Table |
| Four Hands | Coffee Table | Perry Coffee Table-Grey C | | Perry Coffee Table-Grey Concrete |
| Sunpan | End Table | Tatum End Table | | Tatum End Table |
| Rowe | Coffee Table | Clyde Cocktail Table | | Clyde Cocktail Table |
| Home Trends & Design | Chair | Hayden Metal and Reclaime | | Hayden Dining Chair |
| Home Trends & Design | Chair | Darby Dining Chair | Dark Grey Linen | Darby Dining Chair |
| Classic Home | Rug | Area Rug, The Ritz Shag, | | Area Rug, The Ritz Shag, 8' x 10' for fa |
| Surya Carpets, Inc. | Rug | Huntington Beach Rug | Polyester | Huntington Beach Rug |
| Sunpan | Floor Lamp | Vern Floor Lamp | | Vern Floor Lamp |
| Marq | Chair | Carlton Chair | Mq3395 Fiona Silver | Carlton Chair |
| Marq | Ottoman | Porter Ottoman | Mq7074 Bowie Cobalt | Porter Ottoman |
| Marq | Chair | Pierce Chair | Mq6175 Jonas Charcoal | Pierce Chair |
| Hillsdale Furniture LLC | Loft | Twin Loft with Desk | | Twin Loft with Desk |
| Legacy Classic Furniture | Bed | Canterbury Twin Complete | | Canterbury Twin Complete Panel Bed  3/3. |
| JAIPUR LIVING, INC | Rug | 8' x 10' Bristol Rug | | 8' x 10' Bristol Rug |
| Lee Industries, Inc | Swivel Chair | Jason Swivel Chair-(1017- | Eleanor Sky | Jason Swivel Chair-(1017-01SW) |
| Home Trends & Design | Chair | Lara Dining Chair | Off White Linen | Lara Dining Chair |
| Classic Home | Table | Claudie 78" Dining Table | Distressed Reclaimed Pine | Claudie 78" Dining Table |
| Nest Home Collections | Bench | Megan 3-Pc Banquette | Night Owl | Megan 3-Pc Banquette |
| Surya Carpets, Inc. | Rug | Ocean Rug 6' x 9' | | Ocean Rug 6' x 9' |
| Alder & Tweed | Round Table | Cypress 60" Round Dining | | Cypress 60" Round Dining Table |
| Jeffan International | Coffee Table | Parker Coffee Nest Tables | | Parker Coffee Nest Tables |
| Dovetail Furniture | Coffee Table | Bramm Coffee Table | | Bramm Coffee Table |
| Furniture Classics | Coffee Table | Raffi Cocktail Table | | Raffi Cocktail Table |
| Furniture Classics | Coffee Table | Raffi Cocktail Table | | Raffi Cocktail Table |
| Creative Co-Op | Accessory | Set of 3 Rnd Mirrors | | Set of 3 Rnd Mirrors |
| Bernhardt Furniture Company | Sofa | Gemma Sofa | 266-110 | Gemma Sofa |
| Universal Furniture International, | Cabinet | Midtown Simon Display Cab | | Midtown Simon Display Cabinet |
| Furniture Classics | Coffee Table | Clement Coffee Table | | Clement Coffee Table |
| Classic Home | End Table | Desi End Table | | Desi End Table |
| American Leather | Sofa | Sarasota Sofa. Ridge Back | Bison Champagne | Style in Motion: Sarasota Sofa |
| Bradington Young | Chair | Newman Power Chair | 9110-97 | Newman Power Chair |
| Lee Industries, Inc | Ottoman | Tailor Made Leather Waffl | Noble Fog | Tailor Made Leather Waffle Tuft Round Ot |
| LOLOI Rugs | Rug | Revere Collection/Terraco | | Revere Collection/Terracotta Multi |
| Universal Furniture International, | Table | | | Meridian Dining extension table . 76"-11 |
| Rowe | Chair | Q130-006 Carmen Chair | St106-28 Wearproof Plus | Q130-006 Carmen Chair |

**No. 22. Other inventory or supplies**

**PROBLEM CODED INVENTORY**

| | | | | |
|---|---|---|---|---|
| Legacy Classic Furniture | Desk Chair | Work At Home Desk Chair | | Work At Home Desk Chair |
| Mavin | Nightstand | Saybrook Nightstand 1 in | Maple Wood | Saybrook Nightstand |
| Alder & Tweed | Swivel Chair | Blaine Swivel Chair | Everest Frost-Performance Fabric | Blaine Swivel Chair |
| Redford House | Bed | Eastern King Size Hemingw | | Eastern King Size Hemingway Complete Bed |
| Surya Carpets, Inc. | Rug | 9 x 12 Rug | | 9 x 12 Rug |
| LR Home | Rug | Natural/Spa Blue 7'9" x 9 | Jute | Natural/Spa Blue 7'9" x 9'9" Jute Rug |
| Four Hands | Stool | DIAW Swivel BAR Stools. | | DIAW Swivel BAR Stools.  18"W x 20.75"D |
| Surya Carpets, Inc. | Rug | Harput 4x6 Rug | | Harput 4x6 Rug |
| Modway Furniture | Desk Chair | Desk Chair | | Desk Chair |
| Universal Furniture International, | Table | | | Meridian Dining extension table . 76"-11 |
| Universal Furniture International, | Table | Meridian Dining extension | | Meridian Dining extension table . 76"-11 |
| Codarus Home | Table | Marfa Extension Dining Ta | | Marfa Extension Dining Table |
| Legacy Classic Furniture | Dresser | Dresser | | Bunkhouse Dresser |
| Surya Carpets, Inc. | Rug | Area Rug, 8'10" x 12', Po | | Area Rug, 8'10" x 12', Polyester and Pol |
| Capel, Inc. | Rug | Braymore-Edison Pewter | 100% Hand Knotted Wool | Braymore-Edison Pewter |
| Palliser Furniture Upholstery LTD. | Ottoman | Laguna Storage Ottoman w/ | Gambol Neutral | Laguna Storage Ottoman w/12" Table |
| Universal Furniture International, | Nightstand | Meridian Nightstand | | Meridian Nightstand |
| Jaunty Co. Inc | Rug | Alps Rug. 3'6" x 5'6".  S | Silver | Alps Rug. 3'6" x 5'6".  Silver |
| Lee Industries, Inc | Chair | Jake Chairs (1723-01), St | Ancient Sands | Jake Chairs (1723-01) |
| Dovetail Furniture | Table | Brayden Dining Table | | Brayden Dining Table |
| Gat Creek | Nightstand | Gat Creek Dartmoor Night | | Dartmoor Night Stand |
| Simple Country | Table | 6' Thicktop Classic Farmt | Antique Pine | 6' Thicktop Classic Farmtable |
| Wendover Art Group | Picture\Wall | Traveler | | Traveler |
| Bradington Young | Sofa | Imagine Sofa | 980013-91 | Imagine Sofa |
| Surya Carpets, Inc. | Lamp | Abaco Table Lamp | | Abaco Table Lamp |
| Home Trends & Design | Chair | Beau Side Chair | | Beau Side Chair |
| The Simmons Manufacturing Co | Mattress | Beauty Rest Series 3 Medi | | Beauty Rest Series 3 Medium Tufted Top |
| bidk home | | Small Costa Candleholder | | Small Costa Candleholder |
| bidk home | | Small Costa Candleholder | | Small Costa Candleholder |
| Visual Comfort Signature | Floor Lamp | Hackney Bridge Arm Floor | | Hackney Bridge Arm Floor Lamp |
| Visual Comfort Signature | Floor Lamp | Hackney Bridge Arm Floor | | Hackney Bridge Arm Floor Lamp |
| Revolution Furnishings | Armoire | Exeter 2 Door / 2 Drawer | | Exeter 2 Door / 2 Drawer Armoire.34.5"W |
| Palliser Furniture Upholstery LTD. | Battery Pack | Battery Pack | | Battery Pack |
| Palliser Furniture Upholstery LTD. | Battery Pack | Battery Pack | | Battery Pack |
| Palliser Furniture Upholstery LTD. | Battery Pack | Battery Pack | | Battery Pack |
| Palliser Furniture Upholstery LTD. | Battery Pack | Battery Pack | | Battery Pack |
| Newport Cottages | Bed | Beverly Studio Queen Size | | Beverly Studio Queen Size Bed. Size: w64 |
| Simple Country | Sofa Table | 4' Sofa Table with Turned | | 4' Sofa Table with Turned Legs & Shelf |
| Furniture Classics | Chair | Oak | Natural Linen | Oak Framed Uph. Side Chair |
| The Uttermost Co. | Lamp | Volongo Buffet Lamp | | Volongo Buffet Lamp |
| Malouf | Pillow | Carbon Cool Queen Pillow | | Carbon Cool Queen Pillow |
| Naturepedic | Crib Mattres | Lightweight Classic Seaml | Crib Mattress | Lightweight Classic Seamless Crib Mattre |
| Naturepedic | Crib Mattres | | Crib Mattress | Lightweight Classic Seamless Crib Mattre |
| Naturepedic | Crib Mattres | Lightweight Classic Seaml | Crib Mattress | Lightweight Classic Seamless Crib Mattre |
| Regina Andrew Design | Chandelier | Paris Chandelier | | Paris Chandelier |
| Surya Carpets, Inc. | Rug | Mystique 5x8 | | Mystique 5x8 |
| Classic Home | Chair | Charise Dining Chair | | Charise Dining Chair |
| Classic Home | Chair | Charise Dining Chair | | Charise Dining Chair |
| Surya Carpets, Inc. | Rug | Bali Rug | 70% Jute 30% Cotton | Bali Rug |

**No. 22. Other inventory or supplies**

**PROBLEM CODED INVENTORY**

| | | | | |
|---|---|---|---|---|
| Leathercraft & Cates Cove Collectio | Chair | Battery Pack | | Battery Pack |
| The Uttermost Co. | | Songbirds Sculpture | | Songbirds Sculpture |
| The Uttermost Co. | End Table | Ice Block Accent Table-Ro | | Ice Block Accent Table-Round |
| Visual Comfort Signature | Floor Lamp | Quatrefoil Floor Lamp | | Quatrefoil Floor Lamp |
| Universal Furniture International, | Nightstand | Meridian Nightstand | | Meridian Nightstand |
| Universal Furniture International, | Nightstand | Meridian Nightstand | | Meridian Nightstand |
| The Uttermost Co. | Chandelier | Antq Silver Leaf | | Goccia Pendant |
| The Simmons Manufacturing Co | Adj Base | BR 23 ADV MOTION BASE II | | **** |
| The Simmons Manufacturing Co | Adj Base | BR 23 ADV MOTION BASE II | | **** |
| The Uttermost Co. | Floor Lamp | Keros Floor Lamp | | Keros Floor Lamp |
| Universal Furniture International, | Desk Chair | Counter Height Chair | | Counter Height Chair |
| Amity Home | Sheet Set | Damara Crib Sheet | Damara Linen, Ivory | Damara Crib Sheet |
| Stone & Leigh, LLC. | Accessory | Changer Pad | | Changer Pad |
| Rowe | Sectional | Newport | Gt100-10 | Brentwood 3 Seat Upholstered Sofa-Right |
| Rowe | Sectional | Newport | Gt100-10 | Newport Upholstered Left seated Chaise, |
| Rowe | Swivel Chair | Hope Swivel Chair.  29 x | V0105-52 Federal Blue | Hope Swivel Chair.  29 x 35 x 36.  CC:WS |
| Klaussner | Adj Base | Queen Size 1000 Series Ad | | Queen Size 1000 Series Adjustable Base |
| Malouf | Adj Base | E255 Twin XL Adjustable B | | E255 Twin XL Adjustable Base |
| Elk Group International | Chandelier | Zinger 28" Wide Chandelie | | Zinger 28" Wide Chandelier |
| Modway Furniture | Desk Chair | Desk Chair | | Desk Chair |
| Liberty Furniture | Hall Seat | Modern Farmhouse Hall Sea | | Modern Farmhouse Hall Seat |
| Bernhardt Furniture Company | Headboard | Espresso (EO1) | B721-002 | Maxime Shelter Queen Bed |
| Oopsy Daisy | Accessory | Going In Style - Bear Wal | | Going In Style - Bear Wall Art |
| Vagabond Vintage Furnishings LLC | Mirror | Cast Iron Rectangle Mirro | | Cast Iron Rectangle Mirror |
| Leftbank Art | Picture\Wall | Photogram Collage II | Giclee | Photogram Collage II |
| The Uttermost Co. | | Two Hexagon Mirrors Encas | | Two Hexagon Mirrors Encased In Thick Iro |
| Modway Furniture | Desk Chair | Desk Chair w/Adjustable A | | Desk Chair w/Adjustable Arms Brown |
| The Uttermost Co. | Mirror | Elliot Mirror | | Elliot Mirror |
| Universal Furniture International, | Table | Summer Hill Round Dining | | Summer Hill Round Dining Table 52" x 52" |
| Ekornes | Chair | Consul Office Chair | Batick 19 Black | Consul Office Chair |
| Wendover Art Group | Picture\Wall | Dogs Of All Nations Map, | | Dogs Of All Nations Map, Matte Finish, F |
| North American Wood Furniture | Ent Cabinet | Stone Modular unit. 24"W | | Stone Modular unit. 24"W 2 wood doors ca |
| Whitewood Industries Inc | Chair | X-Back Chair Select | | X-Back Chair Select |
| Bassett Furniture | Sofa | Allure Special Order Sofa | | Allure Special Order Sofa |
| Bassett Furniture | Sofa | Hanover Special Order Sof | | Hanover Special Order Sofa |
| Bassett Furniture | Sofa | Oliver Special Order Sofa | | Oliver Special Order Sofa |
| Serta Simmons Bedding | Adj Base | Platinum Base Logic Adjus | | Platinum Base Logic Adjustable Base |
| Leftbank Art | Picture\Wall | Size: 20"w x 25"h | Words From You I | Size: 20"w x 25"h |
| Furniture Classics | Vanity | 8 Drawer Pine Vanity | | 8 Drawer Pine Vanity |
| Hooker | Acc. Cabinet | Butterfly Two Door Cabine | | Butterfly Two Door Cabinet |
| Wendover Art Group | Picture\Wall | Naturalist Bird I | | Naturalist Bird I |
| Vagabond Vintage Furnishings LLC | Mirror | Cast Iron Classic Mirror | | Cast Iron Classic Mirror |
| Modway Furniture | Desk Chair | Desk Chair w/Adjustable A | | Desk Chair w/Adjustable Arms Brown |
| Malouf | Frame | Universal Bed Frame with | | Universal Bed Frame with Glides (Twin-Ki |
| Legacy Classic Furniture | Bunk Bed | Twin/Full Bunk | | Bunkhouse Twin/Full Bunkbed |
| Malouf | Frame | Universal Bed Frame with | | Universal Bed Frame with Glides (Twin-Ki |
| Malouf | Frame | Universal Bed Frame with | | Universal Bed Frame with Glides (Twin-Ki |
| Malouf | Frame | Universal Bed Frame with | | Universal Bed Frame with Glides (Twin-Ki |
| Palliser Furniture Upholstery LTD. | Battery Pack | Battery Pack | | Battery Pack |

**No. 22. Other inventory or supplies**

**PROBLEM CODED INVENTORY**

| | | | | |
|---|---|---|---|---|
| Home Trends & Design | Console | Paso Robles 70" Sofa Back | | Paso Robles 70" Sofa Back Console Table |
| BDI | Acc. Cabinet | Sequal Storage Drawer | | Sequal Storage Drawer |
| BDI | Desk | Corridor L-Desk | | |
| Nailed Floor Sample | | | | |
| Classic Home | Coffee Table | Honor 42" Round Coffee Ta | | Honor 42" Round Coffee Table |
| American Leather | Sleeper Sofa | Alora Today-Two Seat Sofa | Hand Woven Espresso | Today Queen Sleeper: Alora |
| Malouf | Pillow | Zoned Dough Shoulder + CB | | Zoned Dough Shoulder + CBD King Pillow |
| Malouf | Pillow | Shoulder Zoned Dough + La | | Shoulder Zoned Dough + Lavender Queen Pi |
| Malouf | Pillow | Carbon Cool Queen Pillow | | Carbon Cool Queen Pillow |
| Amisco | Stool | Phoebe Swivel Stool-Count | Sheep Ju | Phoebe Swivel Stool-Counter Height |
| Amisco | Stool | Grissom Swivel Stool-Coun | Sheep Ju | Grissom Swivel Stool-Counter Height |
| Amisco | Stool | Marcus Swivel Stool-Count | Sheep Ju | Marcus Swivel Stool-Counter Height |
| Amisco | Stool | Benson Swivel Stool-Count | Sheep Ju | Benson Swivel Stool-Counter Height |
| Amisco | Stool | Cardin Swivel Stool-Count | Sheep Ju | Cardin Swivel Stool-Counter Height |
| Furniture Classics | Chair | Split Shoulder Dining Cha | Linen Blend Performance | Split Shoulder Dining Chair |
| Furniture Classics | Chair | Split Shoulder Dining Cha | Linen Blend Performance | Split Shoulder Dining Chair |
| Furniture Classics | Chair | Split Shoulder Dining Cha | Linen Blend Performance | Split Shoulder Dining Chair |
| Furniture Classics | Chair | Split Shoulder Dining Cha | Linen Blend Performance | Split Shoulder Dining Chair |
| Furniture Classics | Chair | Split Shoulder Dining Cha | Linen Blend Performance | Split Shoulder Dining Chair |
| Furniture Classics | Chair | Split Shoulder Dining Cha | Linen Blend Performance | Split Shoulder Dining Chair |
| Camlen | Bookcase | Lakeside Hutch-Glass Door | Birch Wood | Lakeside Library |
| Camlen | Bookcase | Lakeside Hutch-Glass Door | Birch Wood | Lakeside Library |
| Camlen | Hutch | Lakeside Hutch-Open Shelv | Birch Wood | Lakeside Hutch-Open Shelves |
| Camlen | Cabinet | Lakeside Library Base w/S | Brich Wood | Lakeside Library Base w/Shaker Doors |
| Camlen | Cabinet | Lakeside Library Base w/S | Brich Wood | Lakeside Library Base w/Shaker Doors |
| Camlen | Cabinet | Lakeside Library Base w/S | Brich Wood | Lakeside Library Base w/Shaker Doors |
| Camlen | Sideboard | Banff Sideboard | | Banff Sideboard |
| Camlen | Trunk | Dunham Trunk 36" Roughwoo | | Dunham Trunk 36" Roughwood Natural |
| Camlen | Sideboard | Fairhurst Glass Door Side | Birch Wood | Fairhurst Glass Door Sideboard |
| Wesley Hall | Pillow | 14" x 22" Feather Down Ki | Galo Snow | 14" x 22" Feather Down Kidney Pillow. Ce |
| Hillsdale Furniture LLC | Rails | | | |
| Klaussner | Adj Base | | | 4700 Series Queen Base |
| Bradington Young | Sofa | Imagine Sofa | 988600-85 | Imagine Sofa |
| The Import Collection | | Curious Bird Figurine 3 | | Curious Bird Figurine 3 |
| Creative Co-Op | | Cotton Crocheted Coasters | Cotton | Cotton Crocheted Coasters, Set of 4 |
| Alder & Tweed | Coffee Table | Chicago Coffee Table | Mango | Chicago Coffee Table |
| Malouf | Frame | Universal Bed Frame with | | Universal Bed Frame with Glides (Twin-Ki |
| Dovetail Furniture | Chair | Clinton Dining Chair | | Clinton Dining Chair |
| Dovetail Furniture | Chair | Clinton Dining Chair | | Clinton Dining Chair |
| Home Trends & Design | Chair | Lara Dining Chair | Off White Linen | Lara Dining Chair |
| Furniture Classics | End Table | Travis End Table | | Travis End Table |
| CR Laine | Ottoman | Murphey Ottoman, 27 x 22 | Spinner Onyx | Murphey Ottoman, 27 x 22 x 17"h. Standar |
| Home Trends & Design | Chair | Lara Dining Chair | Off White Linen | Lara Dining Chair |
| Home Trends & Design | Chair | Lara Dining Chair | Off White Linen | Lara Dining Chair |
| LOLOI Rugs | Rug | Javari Rug | | Javari Rug |
| JAIPUR LIVING, INC | Rug | Naturals Tobago 5x8 rug | 100% Sisal | Naturals Tobago 5x8 rug |
| Surya Carpets, Inc. | Rug | Wembley Rug | 60% Viscose 40% Wool | Wembley Rug |
| Furniture Classics | Stool | Counter Stools, 16.5 x 16 | | Counter Stools, 16.5 x 16.5 x 38 h, Blue |
| Furniture Classics | Stool | Counter Stools, 16.5 x 16 | | Counter Stools, 16.5 x 16.5 x 38 h, Blue |

**No. 22. Other inventory or supplies**

**PROBLEM CODED INVENTORY**

| | | | | |
|---|---|---|---|---|
| Rowe | Sectional | Brentwood 9256-LSE Uphols | 16146-56 | Brentwood 9256-LSE Upholstered Left Seat |
| Four Hands | Sectional | Fulton Gerber 3-Piece Sec | Henry Charcoal-Crypton | Fulton Gerber 3-Piece Sectional. Crypton |
| Lancaster Iron & Wood | Table | 38 x 84" Dining table top | | 38 x 84" Dining table top, Thickness- 1 |
| The Uttermost Co. | Lamp | Artichoke Lamp | | Artichoke Lamp |
| The Uttermost Co. | Picture\Wall | Integral Motion Framed Pr | | Integral Motion Framed Prints S/2 |
| The Uttermost Co. | Floor Lamp | Arched Floor Lamp, 60W | Off White Linen Shade | Arched Floor Lamp, 60W |
| | | | | |