**In re: Country Willow LTD**
**Exhibit to Schedule A/B – Real and Personal Property**

## No. 22. Other inventory or supplies

### RUGS INVENTORY

| Vendor Name | Description | Finish | Fabric |
|---|---|---|---|
| Capel, Inc. | Rug | Barrister, 6' x 9' | 100% Wool |
| Surya Carpets, Inc. | Rug | 5'6" x 8'6" Cambridge Rug | |
| Capel, Inc. | Rug | Persian Trace, 5'6" x 8'6 | 100% Wool |
| LOLOI Rugs | Rug | Hadley Rug in Oatmeal, 5' | |
| LOLOI Rugs | Rug | Mirage Rug, Hand-Knotted, | Hand-Spun Viscose From Bamboo |
| Capel, Inc. | Rug | Lodi Garden Mahal, 6' x 9 | |
| Capel, Inc. | Rug | Barrister, 6' x 9' | 100% Wool |
| Company C | Rug | Brushstroke Blue 5 x8 Rug | Blue |
| Capel, Inc. | Rug | Barrister, 8' x 10' | |
| The Rug Market | Rug | Brocade Pink | |
| LOLOI Rugs | Rug | Valor Rug in Stone/Natura | |
| Surya Carpets, Inc. | Rug | Ainsley Rug, 5'6" x 8'6" | |
| LOLOI Rugs | Rug | Happy Shag Denim | |
| Capel, Inc. | Rug | 3 x 5 Oval Rug - Sailor B | |
| LOLOI Rugs | Rug | Elliot Rug in Orchid/Taup | 100% Viscose |
| Capel, Inc. | Rug | Barrister Rug in Cognac | 100% Wool |
| LOLOI Rugs | Rug | Hadley Rug in Stone, 5x7 | |
| LOLOI Rugs | Rug | Elliot Rug in Ink | 100% Viscose |
| LOLOI Rugs | Rug | Tulum Rug | 100% Natural Wool |
| LOLOI Rugs | Rug | Kivi Rug | Polypropylene |
| LOLOI Rugs | Rug | Tulum Rug | 100% Natural Wool |
| LOLOI Rugs | Rug | Tulum Rug | 100% Natural Wool |
| Classic Home | Rug | Ladera Stripe Olive/Charc | |
| LOLOI Rugs | Rug | Rug Happy Shag Denim | |
| Capel, Inc. | Rug | Ethereal Rug in Steel | 100% Wool |
| Capel, Inc. | Rug | Palisade Rug in Stone | |
| Capel, Inc. | Rug | Palisade Rug in Dark Grey | |
| Capel, Inc. | Rug Pad | Rug Grip. 3' x 5' | |
| LOLOI Rugs | Rug Pad | Secure Grip Rug Pad. 8 x1 | |
| Capel, Inc. | Rug Pad | Super Grip Rug Pad. 9' x | |
| LOLOI Rugs | Rug | Pearl Rug in Heather Gray | Wool Viscose |
| LOLOI Rugs | Rug | Ophelia Rug, 3'7" x 5'2" | Viscose/Polyester |
| Surya Carpets, Inc. | Rug | Zeus Rug, 5'6" x 8'6" | 100% Nz Wool |
| LOLOI Rugs | Rug | Essex Rug | 100% Wool |
| Capel, Inc. | Rug | | 65%Wool, 35% Viscose |
| Surya Carpets, Inc. | Rug | Abigail 3'3"x5'3" | |
| Surya Carpets, Inc. | Rug | Tic Tac Toe 5'x7'6" | |
| Surya Carpets, Inc. | Rug | Prague Rug 5'x7'6" | |
| Capel, Inc. | Rug | Vintage-Courtyard Blue | 100% Nz Wool |
| LOLOI Rugs | Rug | Mason Shag, Color Ivory: | |
| Surya Carpets, Inc. | Rug | Zeus 8x11 Rug | |
| Capel, Inc. | Rug | Makrana, #1201, Color Gey | Grey 300 |
| LOLOI Rugs | Rug | Solano Rug, 5' x 7'6" | 85% Wool/15% Cotton |
| LOLOI Rugs | Rug | Zagora Rug, 5' x 7'6" | 100% Wool |
| LOLOI Rugs | Rug | Jute Rug | Jute |
| LOLOI Rugs | Rug | MILLENIUM GREY 5.3 X 7.6 | |
| LOLOI Rugs | Rug | Kennedy Rust / Multi Rug | 100% Polyester |
| Surya Carpets, Inc. | Rug | Keystone 6' x 9' Rug | 100% Wool |

In re: Country Willow LTD
**Exhibit to Schedule A/B – Real and Personal Property**

## No. 22. Other inventory or supplies

### RUGS INVENTORY

| Vendor Name | Description | Finish | Fabric |
|---|---|---|---|
| Surya Carpets, Inc. | Rug | Classic Nouveau 5' x 7'6" | 100% Wool |
| Classic Home | Rug | Preston Rug 8" x 10" | 100% Jute |
| LOLOI Rugs | Rug | Kennedy Collection Color | |
| LOLOI Rugs | Rug | Loren Rug Blue/Brick 5' x | |
| Surya Carpets, Inc. | Rug | Mystique rug with border. | |
| Surya Carpets, Inc. | Rug | Aravalli 8x10 Rug | 100% Wool |
| Surya Carpets, Inc. | rug pad | Standard Felted rug pad, | |
| Surya Carpets, Inc. | Rug | Costine 8x10 | |
| Surya Carpets, Inc. | Rug | Klein 6'x9' | |
| Surya Carpets, Inc. | Rug | 6 x 9 Westchester Rug | |
| LOLOI Rugs | Rug | Blue/Multi Rug 5'5" x 7'6 | |
| Surya Carpets, Inc. | Rug | Arlequin 8x10 Rug | 60% Wool 40% Viscose |
| Surya Carpets, Inc. | Rug Pad | Luxury grip rug pad 5x8 | |
| LOLOI Rugs | Rug | Brandt Rug Ivory / Stone | 95% Polyester 5% Other Fiber Pile |
| JAIPUR LIVING, INC | Rug | Vienne Rug | 53% Polyester 47% Viscose |
| JAIPUR LIVING, INC | Rug | En Blanc Rug | 60% Shrink Polyester 40% Viscose |
| Capel, Inc. | Rug Pad | Rug Pad - Super Grip# 834 | |
| Surya Carpets, Inc. | Rug | Huntington Beach Rug | Polyester |
| Surya Carpets, Inc. | Rug | Impulse | 100% Polypropylene |
| Surya Carpets, Inc. | Rug | 5' x 7'6" Khemisset Rug | 95% Cotton, 5% Jute |
| Surya Carpets, Inc. | Rug | Montclair 5 x 7'6 Rug | |
| Surya Carpets, Inc. | Rug | Jolie Rug 6'7" x 9' | |
| Capel, Inc. | Rug | 9 x 12 area rug  Braymore | |
| LOLOI Rugs | Rug | Deven 4x6 | |
| LOLOI Rugs | Rug | Austen Collection Pebble/ | |
| LOLOI Rugs | Rug | Austen Collection Natural | |
| JAIPUR LIVING, INC | Rug | Manifest Rug 8 x 10 | |
| Surya Carpets, Inc. | Rug | Bjorn Rug 6 x 9 | |
| JAIPUR LIVING, INC | Rug | Britta Plus 8' x 10' Rug | |
| LOLOI Rugs | Rug | EN-04 Ivory/Multi | 100% Polypropylene |
| Surya Carpets, Inc. | Rug | Area Rug, 8' 10" x 12', 6 | |
| LOLOI Rugs | Rug | 5'6" x 8'6" Rug | Naomi Collection 89% Wool/11% Cotton |
| Capel, Inc. | Rug | | |
| Surya Carpets, Inc. | Rug | 100% Jute Rug, Hand Woven | |
| Surya Carpets, Inc. | Rug | FEZ-2300 8'x10' Rug | 100% Wool |
| Surya Carpets, Inc. | Rug | | 90% Wool/10% Polyester |
| LR Home | Rug | Natural Fiber Collection | Jute / Cotton |
| Surya Carpets, Inc. | Rug | Reliance 8' x 10' Rug | 100% Wool |
| LOLOI Rugs | Rug | Rug SAR-02 MH Moss 3'6" x | Wool |
| JAIPUR LIVING, INC | Rug | Inspirit 6 x 9 Rug | 100% Wool |
| LOLOI Rugs | Rug | Arlo-Ivory/Taupe | |
| Jaunty Co. Inc | Rug | Odessey OD-94 Fog 5'x 8' | Wool & Viscose |
| Jaunty Co. Inc | Rug | Soho SO-18 Haze 8'x 11' R | Wool Pile W Viscose |
| Jaunty Co. Inc | Rug | Fusion FU-82 Mist 5'x8' R | Wool & Viscose Blend |
| Jaunty Co. Inc | Rug | Petra  PE-19 Mist 8'x11' | Wool Pile |
| Surya Carpets, Inc. | Rug Pad | Premium Felted Pad. | |
| Surya Carpets, Inc. | Rug | Hillcrest | 100% Wool |
| LOLOI Rugs | Rug | Slate/Berry Rug 7'10" x 1 | |
| JAIPUR LIVING, INC | Rug | Somplace In Time 6' x 9' | 100% Wool |

**No. 22. Other inventory or supplies**

## RUGS INVENTORY

| Vendor Name | Description | Finish | Fabric |
|---|---|---|---|
| Jaunty Co. Inc | Rug | Camden Twilight CD-24 | Wool |
| Jaunty Co. Inc | Rug | Roxbury Fog RB-39 | Wool, Viscose, Polyester |
| LOLOI Rugs | Rug | Yeshaia Sand/Pebble 7'9" | Polyester |
| JAIPUR LIVING, INC | Rug | Britta Plus 5' x 8' Rug | |
| LOLOI Rugs | Rug | 8'6" x 11'6" Moe Rug- Dov | 85% Wool/14% Cotton/1% Other |
| JAIPUR LIVING, INC | Rug Pad | Luxury Dual Use Rug Pads. | |
| Jaunty Co. Inc | Rug | Balli Rug - Light.  8' x | |
| LOLOI Rugs | Rug | Heirloom 8' x 10' Rug | 82% Wool 18% Cotton |
| LOLOI Rugs | Rug | Bond Ivory / Bone 7'9" x | Wool Linen Cotton |
| Surya Carpets, Inc. | Rug Pad | 8' x 10' Rug Pad | Evans Room |
| Capel, Inc. | Rug | Marmara Mushroom 5'6" x 8 | 100% Wool |
| Capel, Inc. | Rug | Kerrington-Eisley  Robins | 100% Wool |
| Capel, Inc. | Rug | Carrara Multi 7' x 9' | 75% Wool 25% Viscose |
| Capel, Inc. | Rug | Braymore-Amara Cypress Gr | 100% Wool |
| Jaunty Co. Inc | Rug | Overland Collection OV-44 | Wool |
| JAIPUR LIVING, INC | Rug | Someplace in Time - SPT10 | 100% Wool |
| Capel, Inc. | Rug | Avanti-Kazak-2557 Color: | |
| JAIPUR LIVING, INC | Rug | Mihret 8' x 10' Rug 100% | Wool |
| Capel, Inc. | Rug | Kerrington-Eisley Olive M | 100% Wool |
| Jaunty Co. Inc | Rug | Capella - Breeze 8' x 11' | Wool And Viscose |
| Surya Carpets, Inc. | Rug | 8 x 10 Rug | |
| Jaunty Co. Inc | Rug | Traditions 8' x 11' TR-35 | Wool |
| LOLOI Rugs | Rug | Ashby MH - Silver/Ivory, | |
| LOLOI Rugs | Rug | Heritage - Clay/Natural, | |
| LOLOI Rugs | Rug | Julian - Seafoam Green/Sp | |
| LOLOI Rugs | Rug | Octavia - Stone/Sand, 5'6 | |
| LOLOI Rugs | Rug | Norabel - Ivory/Slate, 5' | |
| LOLOI Rugs | Rug | Sonya - Ivory/Natural, 5' | |
| LOLOI Rugs | Rug | Sterling - Natural, 5'6" | |
| Capel, Inc. | Rug Pad | Premiun Firm Grip 9' x 12 | |
| Capel, Inc. | Rug Pad | Premium Firm Grip 6' x 9' | |
| Capel, Inc. | Rug Pad | Premium Firm Grip 6' x 9' | |
| Jaunty Co. Inc | Rug | Oslo Rug-Silver | Wool & Viscose Blend |
| LOLOI Rugs | Rug | | |
| Jaunty Co. Inc | Rug | Jaunty 8 x 11 area rug, | Sand |
| LOLOI Rugs | Rug | Bond Collection: BON-02 - | |
| JAIPUR LIVING, INC | Rug | Manifest Collection: 6 x | |
| LOLOI Rugs | Rug | Urbana area rug , Color: | |
| Capel, Inc. | Rug | Hand Knotted Rug Size 7'6 | Barclay |
| Surya Carpets, Inc. | Runner | Iris 2/7" x 20" Runner | 100% Polyester |