**In re: Country Willow LTD.**
**Exhibit to Schedule A/B – Real and Personal Property**

**No. 22. Other inventory or supplies**

**MISCELLANEOUS INVENTORY**

| Vendor Name | Description | Finish | Fabric | Tag Description |
|---|---|---|---|---|
| Revolution Furnishings | Rails | Standard Side Rails for M | | Standard Side Rails for MSS 100 Ful Be |
| North American Wood Furniture | | Datero Knobs - Compliment | | Datero Knobs - Complimentary |
| North American Wood Furniture | | Datero Knobs - Compliment | | Datero Knobs - Complimentary |
| Home Trends & Design | Part | Replacement top for Loft | | Replacement top for Loft 72" Table |
| Revolution Furnishings | Slatt System | Full slat System | | Full slat System |
| Revolution Furnishings | Foor Board | Bedford Queen Size Low Pr | | Bedford Queen Size Low Profile Foot Boar |
| Ekornes | Battery Pack | Rechargeable Battery Pack | | Rechargeable Battery Pack (Classic Power |
| Ekornes | Battery Pack | Rechargeable Battery Pack | | Rechargeable Battery Pack (Classic Power |
| Ekornes | Battery Pack | Rechargeable Battery Pack | | Rechargeable Battery Pack (Classic Power |
| Ekornes | Battery Pack | Rechargeable Battery Pack | | Rechargeable Battery Pack (Classic Power |
| Ekornes | Battery Pack | Rechargeable Battery Pack | | Rechargeable Battery Pack (Classic Power |
| Ekornes | Battery Pack | Rechargeable Battery Pack | | Rechargeable Battery Pack (Max and Mike |
| Ekornes | Battery Pack | Rechargeable Battery Pack | | Rechargeable Battery Pack (Max and Mike |
| Ekornes | Battery Pack | Rechargeable Battery Pack | | Rechargeable Battery Pack (Max and Mike |
| Ekornes | Elevator Rin | Stressless Elevator Kit f | | Stressless Elevator Kit for Signature Ba |
| Ekornes | Elevator Rin | Stressless Elevator Kit f | | Stressless Elevator Kit for Signature Ba |
| Lancaster Iron & Wood | TOP ONLY | Replacement TOP ONLY for | | Replacement TOP ONLY for the Brookdale d |
| Ergomotion | Part | To attach H/B Only to Adj | | To attach H/B Only to Adjustable base |
| | | | | |