**In re: Country Willow LTD.**

**Exhibit to Schedule A/B: Assets - Real and Personal Property**

**40. Office Fixtures**

|  | Qty | Description |
|---|---|---|
| **At 66 Field Lane** |  |  |
|  | 2 | Fork Lifts |
|  | 1 | Sleep Support unit |
|  | 1 | Wondersign |
| **Racking** | 101 | 24' x 42" Upright 3" x 3" column 5" x 7" Footplate |
|  | 540 | 144" x 4" Beam 2303lbs/pr |
|  | 810 | 42" x 46" Wire Deck |
|  | 141 | 12" Row Spacer |
|  | 404 | Floor Anchor |
|  | 100 | Floor Shim |
|  | 1 | Van |
|  | 1 | Truck |
| **Office Desks At Warehouse** | 4 | Varying sizes - Metal with Engineered Top |
|  | 2 | Storage Cabinets Metal with Engineered top |
|  | 2 | Liberty Desk with File Cabinet |
|  | 6 | Desk Chairs |
|  | 7 | Desk Top Computers |
|  | 13 | Monitors |
|  | 1 | Brother Printer |
|  | 5 | Nextiva Phones |
|  | 1 | Fridge |

| At 230 Rte 117 By Pass Rd | Qty | Description |
|---|---|---|
|  | 19 | Metal Shelving Units - Grey varying sizes |
|  | 17 | Desk Top Computers |
|  | 21 | Monitors |
|  | 10 | Nextiva Phones |
|  |  | Lap Tops |
|  | 10 | Liberty Desks with File Cabinet |
|  | 1 | Desk No file |
|  | 2 | Racks like at DW |
|  |  | Track Lighting throughout the store |
|  | 2 | Very Beat up tables |
|  | 1 | Wrapping station |
|  | 2 | Printers |
|  | 2 | Bookcases (MOD office) |
|  | 1 | BDI Desk with Console - My office |
|  | 1 | Stressless office chair - My office |

|  |  |  |
|---|---|---|
|  | 10 | Modway Desk Chairs |
|  | 5 | Desks - Back Office |
|  | 3 | Hutch Tops |
|  | 17 | Desk Top Computers |
|  | 19 | Monitors |
|  | 5 | Office Chairs |
|  | 2 | Mini Fridges |
|  | 1 | Fridge |
|  | 2 | Keurigs |
|  | 1 | Rev Furn Bookcase |
|  | 1 | Yamaha RX497 Receiver |
|  | 1 | Desk w/ Metal frame |
|  | 2 | Wood File cabinets |
|  | 2 | Metal File cabinets |
|  | 1 | Bookcase w/ Drawers |
|  |  | Speakers throughout showroom |
|  | 1 | Universal desk - pretty Beat up |