**In re: Country Willow LTD.**

**Exhibit to Statement of Financial Affairs**

**No. 3. Certain payments or transfers to creditors within 90 days before filing of case**

| Release Date | | Vendor | Amount | Check # | Date Cleared | Uncleared |
|---|---|---|---|---|---|---|
| **2025** | | | | | | |
| Oct | 26 | Wells Fargo | 1,007.02 | 116174/116213 | 12/1/2025 | |
| Oct | 26 | WEX | 136.93 | 116175 | 10/30/2025 | |
| Oct | 26 | 93 Village Farm | 28.44 | 52092 | 11/10/2025 | |
| Oct | 26 | AC Design | 95 | 52093 | 11/3/2025 | |
| Oct | 26 | Bravco | 21,315.29 | 52094 | 11/10/2025 | |
| Oct | 26 | Cheryl Williams | 920.63 | 52095 | 11/6/2025 | |
| Oct | 26 | J. FOX | 4,000.00 | 52096 | 10/28/2025 | |
| Oct | 26 | NWB | 33,629.00 | 52097 | 11/7/2025 | |
| Oct | 30 | HARTFORD | 2,211.12 | 116178 | 10/30/2025 | |
| Oct | 30 | HARTFORD | 2,974.40 | 116179 | 10/30/2025 | |
| Nov | 1 | Oxford Benefit Mgmt | 145.77 | 116181 | 11/4/2025 | |
| Nov | 1 | United Healthcare | 1,223.36 | | 11/5/2025 | |
| Nov | 1 | United Healthcare | 4,546.95 | | 11/5/2025 | |
| Nov | 2 | AC Design | 1010 | 52098 | 11/6/2025 | |
| Nov | 2 | American Leather | 2268.03 | 52099 | 11/5/2025 | |
| Nov | 2 | Eagle | 310.12 | 52100 | 11/6/2025 | |
| Nov | 2 | J. FOX | 2890 | 52105 | 11/3/2025 | |
| Nov | 2 | Leslie | 29.4 | 52106 | 11/3/2025 | |
| Nov | 2 | ORBIT | 6736.22 | 52101 | 11/7/2025 | |
| Nov | 2 | Pam | 92.22 | 52102 | 11/18/2025 | |
| Nov | 2 | PlayNetwork | 31.95 | 52103 | 11/7/2025 | |
| Nov | 2 | Zimmerman | 22045.71 | 52104 | 11/6/2025 | |
| Nov | 4 | Comcast | 184.99 | 116187 | 11/7/2025 | |
| Nov | 5 | AMEX | 15,285.19 | 116159 | 11/5/2025 | |
| Nov | 5 | EIDL Loan | 731 | 116186 | 11/7/2025 | |
| Nov | 9 | American Leather | 4,019.24 | 52107 | 11/12/2025 | |
| Nov | 9 | CFC | 425.7 | 52108 | 11/17/2025 | |
| Nov | 9 | DANZI | 2741.25 | 52109 | 11/12/2025 | |
| Nov | 9 | DISPATCH | 184.24 | 52110 | 11/19/2025 | |
| Nov | 9 | Furniture Classic | 1,054.50 | 52111 | 11/21/2025 | |
| Nov | 9 | J. FOX | 2,553.00 | 52116 | 11/10/2025 | |
| Nov | 9 | LEE | 6,152.40 | 52112 | 11/12/2025 | |
| Nov | 9 | LEGACY | 400.95 | 52113 | 11/18/2025 | |
| Nov | 9 | ROWE | 5,057.30 | 52114 | 11/12/2025 | |
| Nov | 9 | ZIMMERMAN | 6,653.34 | 52115 | 11/17/2025 | |
| Nov | 9 | AC Design | 2,445.00 | 52117 | 11/18/2025 | |
| Nov | 10 | NYSEG 584 | 555.21 | 116192 | 11/12/2025 | |
| Nov | 10 | NYSEG 282 | 647.56 | 116193 | 11/12/2025 | |

| Release Date | | Vendor | Amount | Check # | Date Cleared | Uncleared |
|---|---|---|---|---|---|---|
| Nov | 10 | NYSEG 396 | 378.72 | 116194 | 11/12/2025 | |
| Nov | 10 | NYSEG 616 | 1,136.64 | 116195 | 11/12/2025 | |
| Nov | 10 | NYSEG 624 | 342.72 | 116196 | 11/12/2025 | |
| Nov | 10 | NYSEG 681 | 388.27 | 116197 | 11/12/2025 | |
| Nov | 13 | Chrysler | 369.42 | 116199 | 11/13/2025 | |
| Nov | 16 | Aegis | 1423.3 | 52118 | | 1,423.30 |
| Nov | 16 | American Leather | 5759.25 | 52119 | 11/18/2025 | |
| Nov | 16 | BASSETT | 865 | 52120 | | 865 |
| Nov | 16 | Bernhardt | 1870 | 52121 | 12/2/2025 | |
| Nov | 16 | Capel | 751.52 | 52122 | 11/26/2025 | |
| Nov | 16 | CFC | 978.41 | 52123 | 12/3/2025 | |
| Nov | 16 | Currey | 14.16 | 52124 | 11/21/2025 | |
| Nov | 16 | Four Hands | 803.36 | 52125 | | 803.36 |
| Nov | 16 | Furniture 1st | 1449 | 52126 | | 1,449.00 |
| Nov | 16 | Hammary | 214 | 52127 | 11/24/2025 | |
| Nov | 16 | Jaipur | 774.68 | 52128 | | 774.68 |
| Nov | 16 | JAUNTY | 60 | 52129 | 12/10/2025 | |
| Nov | 16 | Kincaid | 4842 | 52130 | 11/26/2025 | |
| Nov | 16 | Lee | 5207.5 | 52131 | 11/19/2025 | |
| Nov | 16 | LEFTBANK | 297.35 | 52132 | 12/8/2025 | |
| Nov | 16 | LIBERTY | 1335.38 | 52133 | 11/24/2025 | |
| Nov | 16 | Loloi | 671.6 | 52134 | 11/25/2025 | |
| Nov | 16 | Mavin | 5398.4 | 52135 | 12/2/2025 | |
| Nov | 16 | PlayNetwork | 31.95 | 52136 | 11/21/2025 | |
| Nov | 16 | RevFurn | 3236.65 | 52137 | 11/18/2025 | |
| Nov | 16 | Rowe | 8856.14 | 52138 | 11/19/2025 | |
| Nov | 16 | The Uttermost | 968.7 | 52139 | 11/26/2025 | |
| Nov | 16 | True Wood | 2280 | 52140 | 11/24/2025 | |
| Nov | 16 | WESLEY HALL | 1011 | 52141 | 11/26/2025 | |
| Nov | 16 | J. FOX | 3500 | 52142 | 11/17/2025 | |
| Nov | 16 | L-TOM | 4216.49 | 116204 | 11/17/2025 | |
| Nov | 19 | Capital One | 1,747.82 | 116200 | 11/19/2025 | |
| Nov | 21 | AT&T | 228.04 | 116203 | 11/17/2025 | |
| Nov | 23 | A CUSTOM DESIGN | 450 | 52143 | 12/2/2025 | |
| Nov | 23 | AC Design | 380 | 52144 | 12/2/2025 | |
| Nov | 23 | American Leather | 10,861.18 | 52145 | 11/26/2025 | |
| Nov | 23 | Bravco | 21,315.29 | 52146 | 12/12/2025 | |
| Nov | 23 | Camlen | 6,734.30 | 52147 | 12/11/2025 | |
| Nov | 23 | Capel | 1,763.12 | 52148 | 12/9/2025 | |
| Nov | 23 | CFC | 1,735.15 | 52149 | | 1,735.15 |
| Nov | 23 | JVW | 672.18 | 52150 | | 672.18 |
| Nov | 23 | Kincaid | 2,453.00 | 52151 | 12/1/2025 | |
| | | | | | | |

| Release Date | | Vendor | Amount | Check # | Date Cleared | Uncleared |
|---|---|---|---|---|---|---|
| Nov | 23 | Laura | 39.34 | 52152 | 12/8/2025 | |
| Nov | 23 | Lee | 6,113.23 | 52153 | 11/26/2025 | |
| Nov | 23 | Mavin | 7,847.35 | 52154 | 12/2/2025 | |
| Nov | 23 | NWB | 33,629.00 | 52155 | | 33,629.00 |
| Nov | 23 | Rowe | 6,154.66 | 52156 | 11/26/2025 | |
| Nov | 23 | Sunset | 5,721.90 | 52157 | 12/1/2025 | |
| Nov | 23 | Wesley Hall | 5,882.00 | 52158 | 12/12/2025 | |
| Nov | 23 | Zimmerman | 10,476.18 | 52159 | 12/2/2025 | |
| Nov | 23 | J. FOX | 6,077.00 | 52162 | 11/24/2025 | |
| Nov | 23 | EIDL Loan | 731 | 52161 | 12/8/2025 | |
| Nov | 23 | TRAVELER | 268 | 52163 | 12/4/2025 | |
| Nov | 23 | NY Sales Tax Approx | 32,643.47 | 116209 | 11/26/2025 | |
| Nov | 23 | CT Sales Tax Approx | 4,990.00 | 116208 | 11/25/2025 | |
| Nov | 27 | WEX | 93.22 | 116210 | 11/26/2025 | |
| Nov | 27 | Hartford | 2,211.12 | 116214 | 12/1/2025 | |
| Nov | 30 | AMERICAN LEATHER | 5,344.79 | 52164 | 12/2/2025 | |
| Nov | 30 | Dispatch | 216.75 | 52165 | 12/8/2025 | |
| Nov | 30 | EAGLE | 250.39 | 52166 | 12/8/2025 | |
| Nov | 30 | Kincaid | 8373.34 | 52167 | 12/10/2025 | |
| Nov | 30 | LEE | 12,956.40 | 52168 | 12/3/2025 | |
| Nov | 30 | Pam | 79.8 | 52169 | 12/9/2025 | |
| Nov | 30 | Rowe | 10,745.12 | 52170 | 12/3/2025 | |
| Nov | 30 | J. FOX | 4,189.00 | 52172 | 12/2/2025 | |
| Nov | 30 | ALDO | 400 | 52171 | 12/8/2025 | |
| December | 1 | United Healthcare | 7,941.78 | 116216 | 12/5/2025 | |
| December | 4 | Comcast | 184.99 | 116218 | 12/8/2025 | |
| December | 5 | AMEX | 16,812.14 | 116198 | 12/5/2025 | |
| December | 7 | AC Design | 120 | 52173 | | 120 |
| December | 7 | AMERICAN LEATHER | 7,785.46 | 52174 | 12/10/2025 | |
| December | 7 | Camlen | 7,447.44 | 52175 | | 7,447.44 |
| December | 7 | Capel | 1,301.64 | 52176 | | 1,301.64 |
| December | 7 | CFC | 585.35 | 52177 | | 585.35 |
| December | 7 | Furnserve | 3,735.00 | 52178 | | 3,735.00 |
| December | 7 | J. FOX | 1,603.00 | 52179 | 12/9/2025 | |
| December | 7 | Kincaid | 8,041.00 | 52180 | | 8,041.00 |
| December | 7 | LEE | 9,731.55 | 52181 | 12/10/2025 | |
| December | 7 | Rowe | 12,474.00 | 52182 | 12/10/2025 | |
| December | 7 | Wesley Hall | 7,103.00 | 52183 | | 7,103.00 |
| December | 7 | Zimmerman | 12,143.41 | 52184 | | 12,143.41 |
| December | 10 | ConEd U-C26 | 320.23 | 116219 | | 320.23 |
| December | 10 | ConEd U-C27 | 80.35 | 116220 | | 80.35 |
| December | 10 | ConEd U-C28 | 65.98 | 116221 | | 65.98 |

| Release Date | | Vendor | Amount | Check # | Date Cleared | Uncleared |
|---|---|---|---|---|---|---|
| December | 10 | ConEd U-C29 | 194.32 | 116222 | | 194.32 |
| December | 10 | ConEd U-C31 | 286.92 | 116223 | | 286.92 |
| December | 10 | ConEd U-C32 | 206.08 | 116224 | | 206.08 |
| December | 10 | NYSEG 282 | 562.66 | 116226 | | 562.66 |
| December | 10 | NYSEG 396 | 313.93 | 116227 | | 313.93 |
| December | 10 | NYSEG 616 | 1,030.53 | 116228 | | 1,030.53 |
| December | 10 | NYSEG 624 | 410.55 | 116229 | | 410.55 |
| December | 10 | NYSEG 681 | 397.9 | 116230 | | 397.9 |
| December | 10 | L-TOM | 4,006.98 | | | 4,006.98 |
| December | 13 | Chrysler | 369.42 | | | 369.42 |
| December | 14 | Argent Inst. TR. CO | 30.41 | 52185 | | 30.41 |
| December | 14 | DANZ | 5783 | 52186 | | 5,783.00 |
| December | 14 | J. FOX | 5668 | 52187 | | 5,668.00 |
| December | 14 | JACKESON | 576 | 52188 | | 576 |
| December | 22 | NY Sales Tax Approx | 40,000.00 | | | 40,000.00 |
| December | 22 | CT Sales Tax Approx | 8,000.00 | | | 8,000.00 |
| December | 22 | WEX | 19.84 | | | 19.84 |
| December | 28 | Bravco | 21,315.29 | | | 21,315.29 |
| December | 28 | NWB | 33,629.00 | | | 33,629.00 |
| December | 28 | NWB | 8,841.49 | | | 8,841.49 |