# Notice Recipients

District/Off: 0208–7                     User: admin                     Date Created: 2/5/2026

Case: 26–22112–shl                     Form ID: 309C                     Total: 188

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Country Willow LTD.   230 Route 117 Bypass Road   Bedford Hills, NY 10507 | |
| ust | United States Trustee   Office of the United States Trustee – NY   Alexander Hamilton Custom House   One Bowling Green, Room 534   New York, NY 10004–1408 | |
| tr | Marianne T. O'Toole   Marianne T. O'Toole, As Trustee   2 Depot Plaza   Suite 2 E   Bedford Hills, NY 10507 | |
| aty | Jeffrey A. Reich   Reich Reich & Reich, P.C.   235 Main Street   Suite 450   White Plains, NY 10601 | |
| smg | N.Y. State Unemployment Insurance Fund   P.O. Box 551   Albany, NY 12201–0551 | |
| smg | New York State Tax Commission   Bankruptcy/Special Procedures Section   P.O. Box 5300   Albany, NY 12205–0300 | |
| smg | United States Attorney's Office   Southern District of New York   Attention: Tax & Bankruptcy Unit   86 Chambers Street, Third Floor   New York, NY 10007 | |
| 8667087 | AC DESIGN   23 MAIN STREET   BEDFORD HILLS, NY 10507 | |
| 8667088 | AEGIS TRUST COMPANY LLC   7200 HIGHWAY 278 NE STE 205   COVINGTON, GA 30014 | |
| 8667089 | AFLAC   PO BOX 535178   PITTSBURGH, PA 15253 | |
| 8667090 | ALESSANDRO GARINOIS   184 BARNARD ROAD   NEW ROCHELLE, NY 10801 | |
| 8667091 | AMANDA DYKEMAN   7 DYKEMAN LANE   PAWLING, NY 12564 | |
| 8667092 | AMERICAN EXPRESS   ATTN: BANKRUPTCY   PO BOX 981540   EL PASO, TX 79998 | |
| 8667093 | AMERICAN LEATHER   4501 MOUNTAIN CREEK PARKWAY   DALLAS, TX 75236 | |
| 8667094 | AMI STOKHAMER   962B HERITAGE HILLS   SOMERS, NY 10589 | |
| 8667095 | ANDREA GOTTSCHALL   80 SUNNYSIDE AVENUE   TARRYTOWN, NY 10591 | |
| 8667096 | ANDREW CARLINO   DIANA CARLINO   23 HUCKLEBERRY ROAD   REDDING, CT 06896 | |
| 8667097 | AT&T MOBILITY   PO BOX 537104   ATLANTA, GA 30353–7104 | |
| 8667098 | AVIVA BELSKY   162 CARROLLWOOD DRIVE   TARRYTOWN, NY 10591 | |
| 8667099 | BARBARA GARBER   211 B HERITAGE HILLS   SOMER, NY 10589 | |
| 8667100 | BASSETT FURNITURE   PO BOX 890544   CHARLOTTE, NC 28289 | |
| 8667101 | BERNHARDT FURNITURE   1839 MORGANTON BLVD   PO BOX 740   LENOIR, NC 28645 | |
| 8667102 | BONNIE STRELIS   825 D HERITAGE HILLS   SOMERS, NY 10589 | |
| 8667103 | BRAVCOR LLC   14 FIELDS LANE   BREWSTER, NY 10509 | |
| 8667104 | BRAVCOR LLC   14 FIELDS LANE   BREWSTER, NY 10509 | |
| 8667105 | BRIAN LUTTNER   ALLIE LUTTNER   2737 WALDEN FARMS ROAD | |
| 8667107 | BRYAN MORALES   13 LAURIE LANE   BREWSTER, NY 10509 | |
| 8667108 | CAMLEN   336 VICTORIA   KNOWLTON QC J0E 1V0 | |
| 8667109 | CAPEL INCORPORATED   PO BOX 826   831 NORTH MAIN STREET   TROY, NC 27371 | |
| 8667110 | CAPITAL ONE   PO BOX 71083   CHARLOTTE, NC 28272–1083 | |
| 8667111 | CARLETON HENRICH   123 BOWAY ROAD   SOUTH SALEM, NY 10590 | |
| 8667112 | CARLOS GOMEZ   32 MAIDEN LANE   CROTON ON HUDSON, NY 10520 | |
| 8667113 | CAROL ANN PARISI   2006 WATCH HILL DRIVE   TARRYTOWN, NY 10591 | |
| 8667114 | CAROLYN MAYO   66 MILTON ROAD, APT. D32   RYE, NY 10580 | |
| 8667115 | CHRIS BUTLER   TARA BUTLER   107 PHEASANT RUN ROAD   WILTON, CT 06897 | |
| 8667116 | CHRIS HUGUENOT   7 HERITAGE DRIVE   PLEASANTVILLE, NY 10570 | |
| 8667117 | CHRYSLER CAPITAL   ATTN: BANKRUPTCY DEPT   PO BOX 961278   FORT WORTH, TX 76161–1278 | |
| 8667118 | CINDY FERRARO   38 CENTURY RIDGE ROAD   PURCHASE, NY 10577 | |
| 8667119 | COMCAST   ONE COMCAST CENTER   PHILADELPHIA, PA 19183–2838 | |
| 8667120 | CON EDISON   COOPER STATION   PO BOX 138   NEW YORK, NY 10276–0138 | |
| 8667121 | CONSOLIDATED FURNITURE   PO BOX 6473   HIGH POINT, NC 27262 | |
| 8667122 | CORI ESTROW   30 CHURCH STREET   BEDFORD HILLS, NY 10507 | |
| 8667123 | CORI ESTROW   30 CHURCH STREET   BEDFORD HILLS, NY 10507 | |
| 8667124 | CORI ESTROW   30 CHURCH STREET   BEDFORD HILLS, NY 10507 | |
| 8667125 | CORI ESTROW   30 CHURCH STREET   BEDFORD HILLS, NY 10507 | |
| 8667126 | COSMAS GITTA   200 SCHOOL HOUSE ROAD, UNIT 4G   PEEKSKILL, NY 10566 | |
| 8667127 | DAN HARRIS   NORA HARRIS   92 EAST BROOKSIDE DRIVE   LARCHMONT, NY 10538 | |
| 8667128 | DANIZGER & MARKHOFF   1133 WESTCHESTER AVE STE N208   WHITE PLAINS, NY 10604 | |
| 8667129 | DAVID LANGNER   87 HAWKES AVENUE, APT 2104   OSSINING, NY 10562 | |
| 8667130 | DEBORAH SCESNEY   521 HERITAGE HILLS, UNIT A   SOMERS, NY 10589 | |
| 8667131 | DELUXE   100 THROCKMORTON STREET   SUITE 1800   FORTH WORTH, TX 76102 | |
| 8667132 | DELUXE MERCHANT SERVICES   801 S. MARQUETTE AVENUE   MINNEAPOLIS, MN 55402 | |
| 8667133 | DEPARTMENT OF REVENUE SERVICES   450 COLUMBUS BLVD, SUITE 1   HARTFORD, CT 06103 | |
| 8667134 | DEVEY MCLOUGHLIN   PETE JANE   16 PARK WAY   PURDYS, NY 10578 | |
| 8667135 | DISPATCH   300 ORCHARD CITY DRIVE STE 110   CAMPBELL, CA 95008 | |
| 8667136 | DONALD FRUM   LINDA FRUM   11 WOODLAND DRIVE   YORKTOWN HEIGHTS, NY 10598 | |

8667137 DREW VANOVER   JACKIE VANOVER   167 PROSPECT AVENUE   TARRYTOWN, NY 10591

8667138 EAGLE BUSINESS   44 EXECUTIVE BLVD   ELMSFORD, NY 10523

8667139 FIFTH THIRD BANK   38 FOUNTAIN SQUARE PLAZA   CINCINNATI, OH 45202

8667140 FOUR HANDS   2090 WOODWARD STREET   AUSTIN, TX 78744

8667141 FRED RODRIGUEZ   3566 BENNINGTON DRIVE   FISHKILL, NY 12524

8667142 FURNITURE FIRST   1500 FULLING MILL ROAD   MIDDLETOWN, PA 17057

8667143 GAT CREEK   5270 VALLEY ROAD   BERKELEY SPRINGS, WV 25411

8667144 GREG GAMMER   DINA GAMMER   29 MONTICELLO DRIVE   BREWSTER, NY 10509

8667145 HAMARY HOME FURNISHINGS   240 PLEASANT HILL ROAD   HUDSON, NC 28638

8667146 HANNAH ARONSSON   512 NORTH STREET   GREENWICH, CT 06830

8667147 HAROLD COFFEY   27 OBSERVATORY DRIVE   CROTON ON HUDSON, NY 10520

8667148 HEATHER ONORATI   611 BRANCH ROAD   PATTERSON, NY 12563

8667149 HEATHER ONORATI   611 BRANCH ROAD   PATTERSON, NY 12563

8667150 HEIDI DUELFER   103 HIGH MEADOW LANE   YORKTOWN HEIGHTS, NY 10598

8667151 HOWIE PAUL   STEPHANIE PAUL   10 OVERLOOK ROAD NO   WHITE PLAINS, NY 10603

8667152 IAN SHERIDAN   115 MAHOPAC AVENUE   GRANITE SPRINGS, NY 10527

8667153 IRON MOUNTAIN   1101 ENTERPRISE DRIVE   ROYERSFORD, PA 19468

8667154 IVANKA OLCOTT   1 TERRACE PLACE   CROTON ON HUDSON, NY 10520

8667155 JACKIE BRUSCO   117 OAK SUMMIT ROAD   MILLBROOK, NY 12545

8667156 JAIPUR LIVING   1800 CHEROKEE PARKWAY   ACWORTH, GA 30102

8667157 JAMES CULLINANE   67 LAKESIDE DRIVE   KATONAH, NY 10536

8667158 JAMES MCKEEVER   56 INDIAN HILL ROAD   BEDFORD, NY 10506

8667159 JANET DUFFY   437 A HERITAGE VILLAGE   SOUTHBURY, CT 06488

8667160 JAUNTY   13535 S. FIGUEROA STREET   LOS ANGELES, CA 90061

8667161 JEANINE CATERINA   KIERAN CATERINIA   16 STANDISH DRIVE   RIDGEFIELD, CT 06877

8667162 JEFFREY KIRSON   ERICA KIRSON   40 WEAVERS HILL   MOUNT KISCO, NY 10549

8667163 JILL PETERS   130 HIGHLAND DRIVE   CORTLANDT MANOR, NY 10567

8667164 JIM COYLE   LINDA COYLE   164 COMMUNITY DRIVE   WAKEFIELD, RI 02879

8667165 JOCELYN SOLEIMAN   124 CLAYTON ROAD   SCARSDALE, NY 10583

8667166 JOHN GLUSMAN   EMILY GLUSMAN   30 INDIAN HILL ROAD   BEDFORD HILLS, NY 10507

8667167 JORDAN GLICKMAN   3 IVY RIDGE COURT   MOUNT KISCO, NY 10549

8667168 JOSEPH CROCCO   BARBARA CROCCO   255 GREAT PLAIN ROAD   DANBURY, CT 06811

8667169 JVW CONSULTING   ATTN: JENA WHITE   123 MEETING STREET   GEORGETOWN, SC 29440

8667170 KATE DUGUID   37 ST. MARKS AVENUE, APT 1   BROOKLYN, NY 11217

8667171 KATE HESTON   48 FOXWOOD DRIVE   PLEASANTVILLE, NY 10570

8667172 KEITH MARSTON   DEBORAH LUNDY   70 LAURELTON ROAD   MOUNT KISCO, NY 10549

8667173 KINCAID   22829 NETWORK PLACE   CHICAGO, IL 60673

8667174 KINGSLEY–BATE   7200 GATEWAY COURT   MANASSAS, VA 20109

8667175 KRAVET   250 CROSSWAYS PARK DRIVE   WOODBURY, NY 11797

8667176 LANCASTER IRON & WOOD   1564 MAIN STREET, SUITE 1   EAST EARL, PA 17519

8667177 LAURA ENDICO   46 WOODCREST DRIVE   ARMONK, NY 10504

8667178 LAURIE ANTOUS   10 WINE SAP ROAD   SANDY HOOK, CT 06482

8667179 LEE INDUSTRIES   210 4TH STREET SW   CONOVER, NC 28613

8667180 LEE INDUSTRIES, INC.   2264 N. 21ST STREET   PHILADELPHIA, PA 19182–5676

8667181 LEFT BANK ART   14930 ALONDRA BLVD   LA MIRADA, CA 90638

8667182 LEGACY   PO BOX 896624   CHARLOTTE, NC 28289

8667183 LENNY GENNA   LINDA GENNA   6 ROBIN LANE   WILTON, CT 06897

8667184 LESLIE SCHUTZ   207 CHESTNUT HILL ROAD   STAMFORD, CT 06903

8667185 LIBERTY FURNITURE INC.   6021 GREENSBORO DRIVE SW   ATLANTA, GA 30336

8667186 LINDA STEPHENSON   2 HIXON ROAD   CROTON ON HUDSON, NY 10520

8667187 LISA PRAUDA   181 WARREN AVENUE   HAWTHORNE, NY 10532

8667188 LISA SLANE   127 SOUTH STATE ROAD   BRIARCLIFF MANOR, NY 10510

8667189 LOIS SOCCODATO   548 FOWLER AVENUE   PELHAM, NY 10803

8667190 LOLOI RUGS   4501 SPRING VALLEY ROAD   DALLAS, TX 75244

8667191 LORNA WHITTEMORE   1 PAMELA LANE, APT A   SOUTH SALEM, NY 10590

8667192 LOU MCGRATH   GRACE MCGRATH   84 N. LAKE STREET   BROOKFIELD, CT 06804

8667193 LOU SCHLANGER   SUE SCHLANGER   230 MELBOURNE AVENUE   MAMARONECK, NY 10543

8667194 MARC FIORILLO   AMANDA FIORILLO   774 HIGHVIEW DRIVE   WYCKOFF, NJ 07481

8667195 MARIA COLACO   7 BEDFORD ROAD   KATONAH, NY 10536

8667196 MARIA GARVEY   15 LORENZ DRIVE   VALHALLA, NY 10595

8667197 MARIE PASQUALE   92 RIDGEFIELD AVENUE   SOUTH SALEM, NY 10590

8667198 MARY CALLAGHAN   700 1ST AVENUE   AVON BY THE SEA, NJ 07717

8667199 MARY MCCARTHY   312 ELM STREET   NEW CANAAN, CT 06840

8667200 MATTRESS FIRST   PO BOX 739024   DALLAS, TX 75373

8667201 MERRI DYKHUIS   8 CARRIAGE WAY   WHITE PLAINS, NY 10605

8667202 MICHAEL GRASSO   GRASSO BUSINESS DEVELOPMENT   7 RACEWAY DRIVE   NANTUCKET, MA 02554

8667203 MIKE MAGNANI   ANN MAGNANI   2371 RELA LANE   YORKTOWN HEIGHTS, NY 10598

8667204 MINERVA ROCHA   20 SPENCER STREET   MOUNT KISCO, NY 10549

8667205   MONTAGE FURNITURE   3333 DEPOSIT DRIVE STE 330   GRAND RAPIDS, MI 49546
8667206   NANCY CHAIKIN   76 MYSTIC DRIVE   OSSINING, NY 10562
8667207   NIALL CAREY   12 CEMINARY ROAD   BEDFORD, NY 10506
8667208   NICOLE RATH   47 MIDDLE BROOK FARM ROAD   WILTON, CT 06897
8667209   NORA WEINGARDT   14 HOWE STREET   SOUTH SALEM, NY 10590
8667210   NORTHERN WESTCHESTER BUILDERS   2 BROOKSIDE LANE   NORTH SALEM, NY 10560
8667211   NORTHERN WESTCHESTER BUILDERS   2 BROOKSIDE LANE   NORTH SALEM, NY 10560
8667212   NORTHERN WESTCHESTER BUILDERS   2 BROOKSIDE LANE   NORTH SALEM, NY 10560
8667213   NORTHERN WESTCHESTER BUILDERS   2 BROOKSIDE LANE   NORTH SALEM, NY 10560
8667214   NORTHERN WESTCHESTER BUILDERS   2 BROOKSIDE LANE   NORTH SALEM, NY 10560
8667215   NYS DEPT OF TAXATION & FINANCE   P O BOX 5149   ALBANY, NY 12205–5149
8667216   NYSEG   PO BOX 847812   BOSTON, MA 02284–7812
8667217   ORBIT INTERACTIVE   2525 PONCE DE LEON 3RD FL   CORAL GABLES, FL 33134
8667218   OXFORD BENEFIT MANAGEMENT   28 LIBERTY STREET   NEW YORK, NY 10005
8667219   OXFORD HEALTH   PO BOX 29130   HOT SPRINGS NATIONAL PARK, AR 71903–9130
8667220   PAUL SANSONE   CHRISTYLEE SANSON   114 SHIRLEY AVENUE   FISHKILL, NY 12524
8667221   PAYCHEX   911 PANORAMA TRAIL S   ROCHESTER, NY 14625
8667222   PETER MONTONI   JANINE MONTONI   1034 OLD WHITE PLAINS ROAD   MAMARONECK, NY 10543
8667223   PHIL SENOUCI   SARAH SENOUCI   510 BROADWAY   DOBBS FERRY, NY 10522
8667224   PITBULL TECH SOLUTIONS   333 MAMARONECK AVE STE 355   WHITE PLAINS, NY 10605
8667225   PLAYNETWORK   2100 S IH 35 FRONTAGE ROAD   SUITE 201   AUSTIN, TX 78704
8667226   RACHEL HEESE   21 REDWOOD DRIVE   SOMERS, NY 10589
8667227   RAY'S LEATHER   405 NE 3RD STREET   MCMINNVILLE, OR 97128
8667228   REBECCA FRIEDMAN   71 HARDING ROAD   OLD GREENWICH, CT 06870
8667229   REGGIE FILS–AIME   STACEY FILS–AIME   131 S. BEDFORD ROAD   POUND RIDGE, NY 10576
8667230   REVOLUTION FURNISHINGS   9050 S WILLOW STREET   MANCHESTER, NH 03103
8667231   ROB LICHTENBERGER   ANDREA LICHTENBERGER   419 HAVILAND DRIVE   PATTERSON, NY 12563
8667232   ROD MERGARDT   BARBARA MARGARDT   18 ELDERBERRY COURT   SOMERS, NY 10589
8667234   ROWE   2121 GARDNER STREET   ELLISTON, VA 24087
8667233   ROWE   DEPT. AT 953018   ATLANTA, GA 31192–3018
8667235   RU WALKER   COLLEEN WALKER   253 BROADWAY   HASTINGS ON HUDSON, NY 10706
8667236   SARA LEVINE   7 GROVE MEWS   CHAPPAQUA, NY 10514
8667237   SASHA MARIE INTERIORS   5 CLUB POINTE DRIVE   WHITE PLAINS, NY 10605
8667239   SERTA SIMMONS BEDDING   2451 INDUSTRY AVENUE   ATLANTA, GA 30360
8667238   SERTA SIMMONS BEDDING   PO BOX 739024   DALLAS, TX 75373
8667106   SIGNAL MOUNTAIN, TN 37377   BROOKE BEEBE   317 ELM ROAD   BRIARCLIFF MANOR, NY 10510
8667240   SOPHIE HUBSCHER   13 ELKAN ROAD   LARCHMONT, NY 10538
8667241   SOZO FIRM INC.   117 S. BROAD STREET   NEW FREEDOM, PA 17349
8667242   STACY BRANDOM   8 QUARRY ROCK ROAD   REDDING, CT 06896
8667243   STUDIO RAPPY   PO BOX 645   GOLDENS BRIDGE, NY 10526
8667244   SUNSET WEST   440 EAST COMMONWEALTH BLVD   MARTINSVILLE, VA 24112
8667245   SUSAN KUTZIN   280 BRONXVILLE ROAD, APT 6X   BRONXVILLE, NY 10705
8667246   THE HARTFORD   PO BOX 660916   DALLAS, TX 75266
8667247   THE HARTFORD   PO BOX 660916   DALLAS, TX 75266
8667248   THE HARTFORD   PO BOX 660916   DALLAS, TX 75266
8667249   THE SIMMONS   PO BOX 739024   DALLAS, TX 75373
8667250   THE UTTERMOST CO.   3325 GRASSY HILL ROAD   PO BOX 558   ROCKY MOUNT, VA 24151
8667251   THERESA DORAN   15 FIRST STREET   YONKERS, NY 10704
8667252   TODAY MEDIA   1000 N. WEST STREET STE 601   WILMINGTON, DE 19801
8667253   TOM SALIERNO   LYNNE SALIERNO   48 PHEASANT LANE   RIDGEFIELD, CT 06877
8667254   TOMPKINS COMMUNITY BANK   PO BOX 460   ITHACA, NY 14851
8667255   TOWN OF BEDFORD   321 BEDFORD ROAD   BEDFORD HILLS, NY 10507
8667256   TRUE WOOD FURNITURE   607 STRASBURG ROAD   PARADISE, PA 17562
8667257   U.S. SMALL BUSINESS   ADMINISTRATION   409 3RD STREET SW   WASHINGTON, DC 20416
8667258   UNITED HEALTHCARE   185 ASYLUM STREET   HARTFORD, CT 06103
8667259   UNITED HEALTHCARE   185 ASYLUM STREET   HARTFORD, CT 06103
8667260   WELLS FARGO   PO BOX 77096   MINNEAPOLIS, MN 55480
8667261   WENDOVER ART GROUP   6465 126TH AVE NORTH   LARGO, FL 33773
8667262   WESLEY HALL   PO BOX 9   HICKORY, NC 28603
8667263   WEX BANK   1 HANCOCK STREET   PORTLAND, ME 04101
8667264   WHITEWOOD INDUSTRIES   PO BOX 890214   CHARLOTTE, NC 28289
8667265   WHITNEY MCBRIDE   JODY MCBRIDE   6 HUNT FARM ROAD   WACCABU, NY 10597
8667266   WOODBRIDGE FURNITURE   115 DON TRUELL LANE   THOMASVILLE, NC 27360
8667267   ZIMMERMAN CHAIR   1486 COLEBROOK ROAD   LEBANON, PA 17042

TOTAL: 188