REICH REICH & REICH, P.C.
Attorneys for Debtor
235 Main Street, Suite 450
White Plains, NY 10601
(914) 949-2126
By: Jeffrey A. Reich, Esq.
jreich@reichpc.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:

     COUNTRY WILLOW LTD.,          Chapter 7
                                  Case No. 26-22112(SHL)
              Debtor.
---------------------------------------------------------X

## AMENDMENT

The above-named Debtor, respectfully states that:

1. On February 2, 2026 it filed a voluntary petition for relief under Chapter 7.

2. Included with the filing was its list of creditors as required by 11 U.S.C. Section 521(1) and Bankruptcy Rule 1007.

3. Debtor requests that Schedule E/F – Creditors Who Have Unsecured Claims be amended to include the claim listed below and as annexed hereto:

     i.)     Mavin Pallet
              2871 US Route 62
              Dundee, OH 44624
              Description: Vendor
              Amount of Claim: $11,856.95

Dated: March 19, 2026

                        COUNTRY WILLOW LTD.

              By:   /s/Michael Grasso
                    Michael Grasso, President