**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Country Willow LTD.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **26-22112-shl** |

■ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**ANDREA GOTTSCHALL**<br>**80 SUNNYSIDE AVENUE**<br>**TARRYTOWN, NY 10591** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,039.97 | $1,039.97 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Commisions due for November 2025** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**DEPARTMENT OF REVENUE SERVICES**<br>**450 COLUMBUS BLVD, SUITE 1**<br>**HARTFORD, CT 06103** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,764.00 | $5,764.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Country Willow LTD.** | Case number (if known) | **26-22112-shl** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,796.00 | $14,796.00 |
|---|---|---|---|---|

**MICHAEL GRASSO
GRASSO BUSINESS
DEVELOPMENT
7 RACEWAY DRIVE
NANTUCKET, MA 02554**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,928.49 | $13,928.49 |
|---|---|---|---|---|

**NYS DEPT OF TAXATION &
FINANCE
P O BOX 5149
ALBANY, NY 12205-5149**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sale Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**TOWN OF BEDFORD
321 BEDFORD ROAD
BEDFORD HILLS, NY 10507**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,325.00 |
|---|---|---|---|

**AC DESIGN
23 MAIN STREET
BEDFORD HILLS, NY 10507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,423.30 |
|---|---|---|---|

**AEGIS TRUST COMPANY LLC
7200 HIGHWAY 278 NE STE 205
COVINGTON, GA 30014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **ESOP Servicer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Country Willow LTD.** | | Case number (if known) | **26-22112-shl** |
|---|---|---|---|---|
| | Name | | | |

---

| **3.3** | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$472.40** |
| **AFLAC** | | ☐ Contingent | |
| **PO BOX 535178** | | ☐ Unliquidated | |
| **PITTSBURGH, PA 15253** | | ☐ Disputed | |
| Date(s) debt was incurred __ | | Basis for the claim:  **Supplemental Insurance** | |
| Last 4 digits of account number  **HP51** | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| **3.4** | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$70.46** |
| **ALESSANDRO GARINOIS** | | ☐ Contingent | |
| **184 BARNARD ROAD** | | ☐ Unliquidated | |
| **NEW ROCHELLE, NY 10801** | | ☐ Disputed | |
| Date(s) debt was incurred __ | | Basis for the claim:  **Customer Order Deposit** | |
| Last 4 digits of account number  **7082** | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| **3.5** | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$1,099.00** |
| **AMANDA DYKEMAN** | | ☐ Contingent | |
| **7 DYKEMAN LANE** | | ☐ Unliquidated | |
| **PAWLING, NY 12564** | | ☐ Disputed | |
| Date(s) debt was incurred __ | | Basis for the claim:  **Customer Order Deposit** | |
| Last 4 digits of account number  **7386** | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| **3.6** | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$10,319.85** |
| **AMERICAN EXPRESS** | | ☐ Contingent | |
| **ATTN: BANKRUPTCY** | | ☐ Unliquidated | |
| **PO BOX 981540** | | ☐ Disputed | |
| **EL PASO, TX 79998** | | Basis for the claim:  **Credit card debt** | |
| Date(s) debt was incurred __ | | Is the claim subject to offset? ■ No  ☐ Yes | |
| Last 4 digits of account number __ | | | |

---

| **3.7** | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$34,302.95** |
| **AMERICAN LEATHER** | | ☐ Contingent | |
| **4501 MOUNTAIN CREEK PARKWAY** | | ☐ Unliquidated | |
| **DALLAS, TX 75236** | | ☐ Disputed | |
| Date(s) debt was incurred __ | | Basis for the claim:  **Vendor** | |
| Last 4 digits of account number  **1203** | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| **3.8** | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$346.26** |
| **AMI STOKHAMER** | | ☐ Contingent | |
| **962B HERITAGE HILLS** | | ☐ Unliquidated | |
| **SOMERS, NY 10589** | | ☐ Disputed | |
| Date(s) debt was incurred __ | | Basis for the claim:  **Customer Order Deposit** | |
| Last 4 digits of account number  **6732** | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| **3.9** | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$35.25** |
| **ANDREW CARLINO** | | ☐ Contingent | |
| **DIANA CARLINO** | | ☐ Unliquidated | |
| **23 HUCKLEBERRY ROAD** | | ☐ Disputed | |
| **REDDING, CT 06896** | | Basis for the claim:  **Customer Order Deposit** | |
| Date(s) debt was incurred __ | | Is the claim subject to offset? ■ No  ☐ Yes | |
| Last 4 digits of account number  **6960** | | | |

---

| Debtor | **Country Willow LTD.** | Case number (if known) | **26-22112-shl** |
|---|---|---|---|
| | Name | | |

**3.10** **Nonpriority creditor's name and mailing address**
**AT&T MOBILITY**
**PO BOX 537104**
**ATLANTA, GA 30353-7104**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cellular phone service**

Is the claim subject to offset? ■ No  ☐ Yes

**$228.04**

---

**3.11** **Nonpriority creditor's name and mailing address**
**AT&T MOBILITY**
**PO BOX 6416**
**CAROL STREAM, IL 60197**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.12** **Nonpriority creditor's name and mailing address**
**AVIVA BELSKY**
**162 CARROLLWOOD DRIVE**
**TARRYTOWN, NY 10591**

Date(s) debt was incurred __
Last 4 digits of account number  **7373**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Order Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$19,039.00**

---

**3.13** **Nonpriority creditor's name and mailing address**
**BARBARA GARBER**
**211 B HERITAGE HILLS**
**SOMER, NY 10589**

Date(s) debt was incurred __
Last 4 digits of account number  **7341**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Order Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,206.32**

---

**3.14** **Nonpriority creditor's name and mailing address**
**BASSETT FURNITURE**
**PO BOX 890544**
**CHARLOTTE, NC 28289**

Date(s) debt was incurred __
Last 4 digits of account number  **7762**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,506.50**

---

**3.15** **Nonpriority creditor's name and mailing address**
**BERNHARDT FURNITURE**
**1839 MORGANTON BLVD**
**PO BOX 740**
**LENOIR, NC 28645**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,830.00**

---

**3.16** **Nonpriority creditor's name and mailing address**
**BONNIE STRELIS**
**825 D HERITAGE HILLS**
**SOMERS, NY 10589**

Date(s) debt was incurred __
Last 4 digits of account number  **7317**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Order Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,306.94**

---

| Debtor | **Country Willow LTD.** | Case number (if known) | **26-22112-shl** |
|---|---|---|---|
| | Name | | |

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,315.29** |
|---|---|---|---|

**BRAVCOR LLC**
**14 FIELDS LANE**
**BREWSTER, NY 10509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Landlord for warehouse - possible claim for rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,494.00** |
|---|---|---|---|

**BRIAN LUTTNER**
**ALLIE LUTTNER**
**2737 WALDEN FARMS ROAD**
**SIGNAL MOUNTAIN, TN 37377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **7179**

Basis for the claim:  **Customer Order Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$257.93** |
|---|---|---|---|

**BROOKE BEEBE**
**317 ELM ROAD**
**BRIARCLIFF MANOR, NY 10510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **7405**

Basis for the claim:  **Customer Order Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,494.39** |
|---|---|---|---|

**BRYAN MORALES**
**13 LAURIE LANE**
**BREWSTER, NY 10509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **7357**

Basis for the claim:  **Customer Order Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,251.38** |
|---|---|---|---|

**CAMLEN**
**336 VICTORIA**
**KNOWLTON QC J0E 1V0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,816.28** |
|---|---|---|---|

**CAPEL INCORPORATED**
**PO BOX 826**
**831 NORTH MAIN STREET**
**TROY, NC 27371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$603.94** |
|---|---|---|---|

**CAPITAL ONE**
**PO BOX 71083**
**CHARLOTTE, NC 28272-1083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Credit card debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Country Willow LTD.** | Case number (if known) | **26-22112-shl** |
|---|---|---|---|
| | Name | | |

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,123.00**

**CARLETON HENRICH**
**123 BOWAY ROAD**
**SOUTH SALEM, NY 10590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer Order Deposit**

Last 4 digits of account number **7378**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,316.97**

**CARLOS GOMEZ**
**32 MAIDEN LANE**
**CROTON ON HUDSON, NY 10520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer Order Deposit**

Last 4 digits of account number **7311**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$765.13**

**CAROL ANN PARISI**
**2006 WATCH HILL DRIVE**
**TARRYTOWN, NY 10591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer Order Deposit**

Last 4 digits of account number **7322**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,403.00**

**CAROLYN MAYO**
**66 MILTON ROAD, APT. D32**
**RYE, NY 10580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer Order Deposit**

Last 4 digits of account number **7333**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,976.00**

**CHRIS BUTLER**
**TARA BUTLER**
**107 PHEASANT RUN ROAD**
**WILTON, CT 06897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer Order Deposit**

Last 4 digits of account number **7287**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$444.64**

**CHRIS HUGUENOT**
**7 HERITAGE DRIVE**
**PLEASANTVILLE, NY 10570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer Order Deposit**

Last 4 digits of account number **7323**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,207.90**

**CINDY FERRARO**
**38 CENTURY RIDGE ROAD**
**PURCHASE, NY 10577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer Order Deposit**

Last 4 digits of account number **7290**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Country Willow LTD.** | | Case number (if known) | **26-22112-shl** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$184.99** |
|---|---|---|---|

**COMCAST**
**ONE COMCAST CENTER**
**PHILADELPHIA, PA 19183-2838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00** |
|---|---|---|---|

**CON EDISON**
**COOPER STATION**
**PO BOX 138**
**NEW YORK, NY 10276-0138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Utility__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,194.20** |
|---|---|---|---|

**CONSOLIDATED FURNITURE**
**PO BOX 6473**
**HIGH POINT, NC 27262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$494,416.00** |
|---|---|---|---|

**CORI ESTROW**
**30 CHURCH STREET**
**BEDFORD HILLS, NY 10507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Business loan__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,800,000.00** |
|---|---|---|---|

**CORI ESTROW**
**30 CHURCH STREET**
**BEDFORD HILLS, NY 10507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __ESOP Notes to Seller LT__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,156.67** |
|---|---|---|---|

**CORI ESTROW**
**30 CHURCH STREET**
**BEDFORD HILLS, NY 10507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Business loan to pay store's American Express credit card__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**CORI ESTROW**
**30 CHURCH STREET**
**BEDFORD HILLS, NY 10507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Country Willow LTD. | Case number (if known) | 26-22112-shl |
|---|---|---|---|
| | Name | | |

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,222.47** |
|---|---|---|---|

**COSMAS GITTA**
**200 SCHOOL HOUSE ROAD, UNIT 4G**
**PEEKSKILL, NY 10566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Customer Order Deposit**

Last 4 digits of account number **7408**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,299.00** |
|---|---|---|---|

**DAN HARRIS**
**NORA HARRIS**
**92 EAST BROOKSIDE DRIVE**
**LARCHMONT, NY 10538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Customer Order Deposit**

Last 4 digits of account number **7367**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,790.00** |
|---|---|---|---|

**DANIZGER & MARKHOFF**
**1133 WESTCHESTER AVE STE N208**
**WHITE PLAINS, NY 10604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Legal Services**

Last 4 digits of account number **0137**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,656.00** |
|---|---|---|---|

**DAVID LANGNER**
**87 HAWKES AVENUE, APT 2104**
**OSSINING, NY 10562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Customer Order Deposit**

Last 4 digits of account number **7348**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,370.00** |
|---|---|---|---|

**DEBORAH SCESNEY**
**521 HERITAGE HILLS, UNIT A**
**SOMERS, NY 10589**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Customer Order Deposit**

Last 4 digits of account number **7389**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$151,000.00** |
|---|---|---|---|

**DELUXE**
**100 THROCKMORTON STREET**
**SUITE 1800**
**FORTH WORTH, TX 76102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Merchant Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DELUXE MERCHANT SERVICES**
**801 S. MARQUETTE AVENUE**
**MINNEAPOLIS, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Country Willow LTD.**
Name

Case number (if known)   **26-22112-shl**

---

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,500.00**

**DEVEY McLOUGHLIN**
**PETE JANE**
**16 PARK WAY**
**PURDYS, NY 10578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7302**

Basis for the claim:  **Customer Order Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$216.75**

**DISPATCH**
**300 ORCHARD CITY DRIVE STE 110**
**CAMPBELL, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1276**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,250.00**

**DONALD FRUM**
**LINDA FRUM**
**11 WOODLAND DRIVE**
**YORKTOWN HEIGHTS, NY 10598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7368**

Basis for the claim:  **Customer Order Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,681.00**

**DREW VANOVER**
**JACKIE VANOVER**
**167 PROSPECT AVENUE**
**TARRYTOWN, NY 10591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7372**

Basis for the claim:  **Customer Order Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$310.12**

**EAGLE BUSINESS**
**44 EXECUTIVE BLVD**
**ELMSFORD, NY 10523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1916**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**FIFTH THIRD BANK**
**38 FOUNTAIN SQUARE PLAZA**
**CINCINNATI, OH 45202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **In connection with Merchant Services Agreement
with Deluxe**

**NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,786.71**

**FOUR HANDS**
**2090 WOODWARD STREET**
**AUSTIN, TX 78744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Country Willow LTD.** | Case number (if known) | **26-22112-shl** |
|---|---|---|---|
| | Name | | |

**3.52**

**Nonpriority creditor's name and mailing address**
**FRED RODRIGUEZ**
**3566 BENNINGTON DRIVE**
**FISHKILL, NY 12524**

Date(s) debt was incurred _

Last 4 digits of account number **7345**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Order Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

**3.53**

**Nonpriority creditor's name and mailing address**
**FURNITURE FIRST**
**1500 FULLING MILL ROAD**
**MIDDLETOWN, PA 17057**

Date(s) debt was incurred _

Last 4 digits of account number **LM01**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$4,347.00**

---

**3.54**

**Nonpriority creditor's name and mailing address**
**GAT CREEK**
**5270 VALLEY ROAD**
**BERKELEY SPRINGS, WV 25411**

Date(s) debt was incurred _

Last 4 digits of account number **0147**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$7,585.86**

---

**3.55**

**Nonpriority creditor's name and mailing address**
**GREG GAMMER**
**DINA GAMMER**
**29 MONTICELLO DRIVE**
**BREWSTER, NY 10509**

Date(s) debt was incurred _

Last 4 digits of account number **7356**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Order Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$3,569.00**

---

**3.56**

**Nonpriority creditor's name and mailing address**
**HAMARY HOME FURNISHINGS**
**240 PLEASANT HILL ROAD**
**HUDSON, NC 28638**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$214.00**

---

**3.57**

**Nonpriority creditor's name and mailing address**
**HANNAH ARONSSON**
**512 NORTH STREET**
**GREENWICH, CT 06830**

Date(s) debt was incurred _

Last 4 digits of account number **7331**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Order Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$790.29**

---

**3.58**

**Nonpriority creditor's name and mailing address**
**HAROLD COFFEY**
**27 OBSERVATORY DRIVE**
**CROTON ON HUDSON, NY 10520**

Date(s) debt was incurred _

Last 4 digits of account number **7284**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Order Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$4,994.00**

---

| Debtor | **Country Willow LTD.** | Case number (if known) | **26-22112-shl** |
|---|---|---|---|
| | Name | | |

---

**3.59** | **Nonpriority creditor's name and mailing address** | **$4,715.00**

**HEIDI DUELFER**
**103 HIGH MEADOW LANE**
**YORKTOWN HEIGHTS, NY 10598**

Date(s) debt was incurred _

Last 4 digits of account number **7385**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Order Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | **$3,330.00**

**HOWIE PAUL**
**STEPHANIE PAUL**
**10 OVERLOOK ROAD NO**
**WHITE PLAINS, NY 10603**

Date(s) debt was incurred _

Last 4 digits of account number **7391**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Order Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | **$6,141.00**

**IAN SHERIDAN**
**115 MAHOPAC AVENUE**
**GRANITE SPRINGS, NY 10527**

Date(s) debt was incurred _

Last 4 digits of account number **7407**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Order Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | **$1,867.89**

**IRON MOUNTAIN**
**1101 ENTERPRISE DRIVE**
**ROYERSFORD, PA 19468**

Date(s) debt was incurred _

Last 4 digits of account number **5809**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | **$4,821.06**

**IVANKA OLCOTT**
**1 TERRACE PLACE**
**CROTON ON HUDSON, NY 10520**

Date(s) debt was incurred _

Last 4 digits of account number **7363**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Order Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | **$11,385.88**

**JACKIE BRUSCO**
**117 OAK SUMMIT ROAD**
**MILLBROOK, NY 12545**

Date(s) debt was incurred _

Last 4 digits of account number **6800**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Order Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | **$774.68**

**JAIPUR LIVING**
**1800 CHEROKEE PARKWAY**
**ACWORTH, GA 30102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **JAIPUR LIVING**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Country Willow LTD.** | Case number (if known) | **26-22112-shl** |
|---|---|---|---|
| | Name | | |

---

**3.66** **Nonpriority creditor's name and mailing address**

**JAMES CULLINANE**
**67 LAKESIDE DRIVE**
**KATONAH, NY 10536**

Date(s) debt was incurred __

Last 4 digits of account number **7265**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __Customer Order Deposit__**

Is the claim subject to offset? ■ No ☐ Yes

**$1,119.99**

---

**3.67** **Nonpriority creditor's name and mailing address**

**JAMES McKEEVER**
**56 INDIAN HILL ROAD**
**BEDFORD, NY 10506**

Date(s) debt was incurred __

Last 4 digits of account number **7361**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __Customer Order Deposit__**

Is the claim subject to offset? ■ No ☐ Yes

**$5,998.00**

---

**3.68** **Nonpriority creditor's name and mailing address**

**JANET DUFFY**
**437 A HERITAGE VILLAGE**
**SOUTHBURY, CT 06488**

Date(s) debt was incurred __

Last 4 digits of account number **7302**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __Customer Order Deposit__**

Is the claim subject to offset? ■ No ☐ Yes

**$1,643.00**

---

**3.69** **Nonpriority creditor's name and mailing address**

**JAUNTY**
**13535 S. FIGUEROA STREET**
**LOS ANGELES, CA 90061**

Date(s) debt was incurred __

Last 4 digits of account number **9885**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __Vendor__**

Is the claim subject to offset? ■ No ☐ Yes

**$1,150.88**

---

**3.70** **Nonpriority creditor's name and mailing address**

**JEANINE CATERINA**
**KIERAN CATERINIA**
**16 STANDISH DRIVE**
**RIDGEFIELD, CT 06877**

Date(s) debt was incurred __

Last 4 digits of account number **6764**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __Customer Order Deposit__**

Is the claim subject to offset? ■ No ☐ Yes

**$618.69**

---

**3.71** **Nonpriority creditor's name and mailing address**

**JEFFREY KIRSON**
**ERICA KIRSON**
**40 WEAVERS HILL**
**MOUNT KISCO, NY 10549**

Date(s) debt was incurred __

Last 4 digits of account number **7113**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __Customer Order Deposit__**

Is the claim subject to offset? ■ No ☐ Yes

**$3,600.01**

---

**3.72** **Nonpriority creditor's name and mailing address**

**JILL PETERS**
**130 HIGHLAND DRIVE**
**CORTLANDT MANOR, NY 10567**

Date(s) debt was incurred __

Last 4 digits of account number **7370**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __Customer Order Deposit__**

Is the claim subject to offset? ■ No ☐ Yes

**$1,622.37**

---

| Debtor | **Country Willow LTD.** | Case number (if known) | **26-22112-shl** |
|---|---|---|---|
| | Name | | |

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,271.00** |
|---|---|---|---|

**JIM COYLE**
**LINDA COYLE**
**164 COMMUNITY DRIVE**
**WAKEFIELD, RI 02879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Customer Order Deposit**

Last 4 digits of account number  **7364**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,900.00** |
|---|---|---|---|

**JOCELYN SOLEIMAN**
**124 CLAYTON ROAD**
**SCARSDALE, NY 10583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Customer Order Deposit**

Last 4 digits of account number  **7371**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,787.09** |
|---|---|---|---|

**JOHN GLUSMAN**
**EMILY GLUSMAN**
**30 INDIAN HILL ROAD**
**BEDFORD HILLS, NY 10507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Customer Order Deposit**

Last 4 digits of account number  **7296**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,170.00** |
|---|---|---|---|

**JORDAN GLICKMAN**
**3 IVY RIDGE COURT**
**MOUNT KISCO, NY 10549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Customer Order Deposit**

Last 4 digits of account number **7398**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19,262.65** |
|---|---|---|---|

**JOSEPH CROCCO**
**BARBARA CROCCO**
**255 GREAT PLAIN ROAD**
**DANBURY, CT 06811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Customer Order Deposit**

Last 4 digits of account number  **6214**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,500.00** |
|---|---|---|---|

**JVW CONSULTING**
**ATTN: JENA WHITE**
**123 MEETING STREET**
**GEORGETOWN, SC 29440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Consulting Services**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,424.71** |
|---|---|---|---|

**KATE DUGUID**
**37 ST. MARKS AVENUE, APT 1**
**BROOKLYN, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Customer Order Deposit**

Last 4 digits of account number  **7402**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Country Willow LTD.** | Case number (if known) | **26-22112-shl** |
|---|---|---|---|
| | Name | | |

**3.80** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,061.00**

**KATE HESTON**
**48 FOXWOOD DRIVE**
**PLEASANTVILLE, NY 10570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Order Deposit**

Last 4 digits of account number  **7358**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,701.85**

**KEITH MARSTON**
**DEBORAH LUNDY**
**70 LAURELTON ROAD**
**MOUNT KISCO, NY 10549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Order Deposit**

Last 4 digits of account number  **7399**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,539.00**

**KINCAID**
**22829 NETWORK PLACE**
**CHICAGO, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$366.63**

**KINGSLEY-BATE**
**7200 GATEWAY COURT**
**MANASSAS, VA 20109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **2744**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,417.65**

**KRAVET**
**250 CROSSWAYS PARK DRIVE**
**WOODBURY, NY 11797**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **2410**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,729.00**

**LANCASTER IRON & WOOD**
**1564 MAIN STREET, SUITE 1**
**EAST EARL, PA 17519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,104.22**

**LAURA ENDICO**
**46 WOODCREST DRIVE**
**ARMONK, NY 10504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Order Deposit**

Last 4 digits of account number  **7376**

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Country Willow LTD.** | | Case number (if known) | **26-22112-shl** |
|---|---|---|---|---|
| | Name | | | |

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,708.42** |
|---|---|---|---|

**LAURIE ANTOUS**
**10 WINE SAP ROAD**
**SANDY HOOK, CT 06482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer Order Deposit**

Last 4 digits of account number  **7223**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$55,797.10** |
|---|---|---|---|

**LEE INDUSTRIES**
**210 4TH STREET SW**
**CONOVER, NC 28613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number  **5540**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,953.42** |
|---|---|---|---|

**LEE INDUSTRIES, INC.**
**2264 N. 21ST STREET**
**PHILADELPHIA, PA 19182-5676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$203.75** |
|---|---|---|---|

**LEFT BANK ART**
**14930 ALONDRA BLVD**
**LA MIRADA, CA 90638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,436.80** |
|---|---|---|---|

**LEGACY**
**PO BOX 896624**
**CHARLOTTE, NC 28289**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number  **7465**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,993.74** |
|---|---|---|---|

**LENNY GENNA**
**LINDA GENNA**
**6 ROBIN LANE**
**WILTON, CT 06897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer Order Deposit**

Last 4 digits of account number  **7122**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,661.00** |
|---|---|---|---|

**LESLIE SCHUTZ**
**207 CHESTNUT HILL ROAD**
**STAMFORD, CT 06903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer Order Deposit**

Last 4 digits of account number  **7415**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Country Willow LTD.** | Case number (if known) | **26-22112-shl** |
|---|---|---|---|
| | Name | | |

**3.94** | **Nonpriority creditor's name and mailing address**
**LIBERTY FURNITURE INC.**
**6021 GREENSBORO DRIVE SW**
**ATLANTA, GA 30336**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,152.45**

---

**3.95** | **Nonpriority creditor's name and mailing address**
**LINDA STEPHENSON**
**2 HIXON ROAD**
**CROTON ON HUDSON, NY 10520**

Date(s) debt was incurred _

Last 4 digits of account number **7388**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer Order Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,697.00**

---

**3.96** | **Nonpriority creditor's name and mailing address**
**LISA PRAUDA**
**181 WARREN AVENUE**
**HAWTHORNE, NY 10532**

Date(s) debt was incurred _

Last 4 digits of account number **7383**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer Order Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$5,492.98**

---

**3.97** | **Nonpriority creditor's name and mailing address**
**LISA SLANE**
**127 SOUTH STATE ROAD**
**BRIARCLIFF MANOR, NY 10510**

Date(s) debt was incurred _

Last 4 digits of account number **7164**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer Order Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$8,495.16**

---

**3.98** | **Nonpriority creditor's name and mailing address**
**LOIS SOCCODATO**
**548 FOWLER AVENUE**
**PELHAM, NY 10803**

Date(s) debt was incurred _

Last 4 digits of account number **6280**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer Order Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$566.79**

---

**3.99** | **Nonpriority creditor's name and mailing address**
**LOLOI RUGS**
**4501 SPRING VALLEY ROAD**
**DALLAS, TX 75244**

Date(s) debt was incurred _

Last 4 digits of account number **5556**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

**$3,452.41**

---

**3.100** | **Nonpriority creditor's name and mailing address**
**LORNA WHITTEMORE**
**1 PAMELA LANE, APT A**
**SOUTH SALEM, NY 10590**

Date(s) debt was incurred _

Last 4 digits of account number **7414**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer Order Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$5,729.56**

---

| Debtor | **Country Willow LTD.** | Case number (if known) | **26-22112-shl** |
|---|---|---|---|
| | Name | | |

---

**3.101** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,577.47**

**LOU McGRATH**
**GRACE McGRATH**
**84 N. LAKE STREET**
**BROOKFIELD, CT 06804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Order Deposit**

Last 4 digits of account number  **7360**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00**

**LOU SCHLANGER**
**SUE SCHLANGER**
**230 MELBOURNE AVENUE**
**MAMARONECK, NY 10543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Order Deposit**

Last 4 digits of account number  **6825**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$329.00**

**MARC FIORILLO**
**AMANDA FIORILLO**
**774 HIGHVIEW DRIVE**
**WYCKOFF, NJ 07481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Order Deposit**

Last 4 digits of account number  **7280**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00**

**MARIA COLACO**
**7 BEDFORD ROAD**
**KATONAH, NY 10536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,040.00**

**MARIA GARVEY**
**15 LORENZ DRIVE**
**VALHALLA, NY 10595**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Order Deposit**

Last 4 digits of account number  **6119**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$638.31**

**MARIE PASQUALE**
**92 RIDGEFIELD AVENUE**
**SOUTH SALEM, NY 10590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Order Deposit**

Last 4 digits of account number  **7116**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,952.00**

**MARY CALLAGHAN**
**700 1ST AVENUE**
**AVON BY THE SEA, NJ 07717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Order Deposit**

Last 4 digits of account number  **7350**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Country Willow LTD.** | Case number (if known) | **26-22112-shl** |
|---|---|---|---|
| | Name | | |

---

**3.108** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$420.08**

**MARY McCARTHY**
**312 ELM STREET**
**NEW CANAAN, CT 06840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Order Deposit**

Last 4 digits of account number  **7173**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,728.05**

**MATTRESS FIRST**
**PO BOX 739024**
**DALLAS, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0434**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,856.95**

**MAVIN PALLET**
**2871 US ROUTE 62**
**DUNDEE, OH 44624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,357.00**

**MERRI DYKHUIS**
**8 CARRIAGE WAY**
**WHITE PLAINS, NY 10605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Order Deposit**

Last 4 digits of account number  **7120**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,145.00**

**MIKE MAGNANI**
**ANN MAGNANI**
**2371 RELA LANE**
**YORKTOWN HEIGHTS, NY 10598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Order Deposit**

Last 4 digits of account number  **6610**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,122.89**

**MINERVA ROCHA**
**20 SPENCER STREET**
**MOUNT KISCO, NY 10549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Order Deposit**

Last 4 digits of account number  **7298**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,296.25**

**MONTAGE FURNITURE**
**3333 DEPOSIT DRIVE STE 330**
**GRAND RAPIDS, MI 49546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number  **2MTG**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Country Willow LTD.** | Case number (if known) | **26-22112-shl** |
|---|---|---|---|
| | Name | | |

**3.115** | **Nonpriority creditor's name and mailing address**

**NANCY CHAIKIN**
**76 MYSTIC DRIVE**
**OSSINING, NY 10562**

Date(s) debt was incurred __

Last 4 digits of account number **7039**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Order Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$3,185.09**

---

**3.116** | **Nonpriority creditor's name and mailing address**

**NIALL CAREY**
**12 CEMINARY ROAD**
**BEDFORD, NY 10506**

Date(s) debt was incurred __

Last 4 digits of account number **7281**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Order Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,121.98**

---

**3.117** | **Nonpriority creditor's name and mailing address**

**NICOLE RATH**
**47 MIDDLE BROOK FARM ROAD**
**WILTON, CT 06897**

Date(s) debt was incurred __

Last 4 digits of account number **7221**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Order Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,282.05**

---

**3.118** | **Nonpriority creditor's name and mailing address**

**NORA WEINGARDT**
**14 HOWE STREET**
**SOUTH SALEM, NY 10590**

Date(s) debt was incurred __

Last 4 digits of account number **7355**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Order Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,916.92**

---

**3.119** | **Nonpriority creditor's name and mailing address**

**NORTHERN WESTCHESTER BUILDERS**
**2 BROOKSIDE LANE**
**NORTH SALEM, NY 10560**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Landlord - pro rata share due for Common Area Maintenance charges**

Is the claim subject to offset? ■ No ☐ Yes

**$35,365.97**

---

**3.120** | **Nonpriority creditor's name and mailing address**

**NORTHERN WESTCHESTER BUILDERS**
**2 BROOKSIDE LANE**
**NORTH SALEM, NY 10560**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Landlord for retail store and warehouse locations - possible claim for rent**

Is the claim subject to offset? ■ No ☐ Yes

**$33,629.00**

---

**3.121** | **Nonpriority creditor's name and mailing address**

**NYSEG**
**PO BOX 847812**
**BOSTON, MA 02284-7812**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility**

Is the claim subject to offset? ■ No ☐ Yes

**$6,000.00**

---

| | |
|---|---|
| Debtor | **Country Willow LTD.** |
| | Name |

Case number (if known)   **26-22112-shl**

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,483.08** |
|---|---|---|---|

**ORBIT INTERACTIVE**
**2525 PONCE DE LEON 3RD FL**
**CORAL GABLES, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$145.77** |
|---|---|---|---|

**OXFORD BENEFIT MANAGEMENT**
**28 LIBERTY STREET**
**NEW YORK, NY 10005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,581.01** |
|---|---|---|---|

**OXFORD HEALTH**
**PO BOX 29130**
**HOT SPRINGS NATIONAL PARK, AR**
**71903-9130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Medical Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,035.70** |
|---|---|---|---|

**PAUL SANSONE**
**CHRISTYLEE SANSON**
**114 SHIRLEY AVENUE**
**FISHKILL, NY 12524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **7329**

Basis for the claim:  **Customer Order Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**PAYCHEX**
**911 PANORAMA TRAIL S**
**ROCHESTER, NY 14625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Payroll Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$506.65** |
|---|---|---|---|

**PETER MONTONI**
**JANINE MONTONI**
**1034 OLD WHITE PLAINS ROAD**
**MAMARONECK, NY 10543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **6037**

Basis for the claim:  **Customer Order Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,227.65** |
|---|---|---|---|

**PHIL SENOUCI**
**SARAH SENOUCI**
**510 BROADWAY**
**DOBBS FERRY, NY 10522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **7352**

Basis for the claim:  **Customer Order Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Country Willow LTD.** | | Case number (if known) | **26-22112-shl** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,128.86** |
|---|---|---|---|

**PITBULL TECH SOLUTIONS**
**333 MAMARONECK AVE STE 355**
**WHITE PLAINS, NY 10605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31.95** |
|---|---|---|---|

**PLAYNETWORK**
**2100 S IH 35 FRONTAGE ROAD**
**SUITE 201**
**AUSTIN, TX 78704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number **8175**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,013.00** |
|---|---|---|---|

**RACHEL HEESE**
**21 REDWOOD DRIVE**
**SOMERS, NY 10589**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Customer Order Deposit**

Last 4 digits of account number **7379**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$335.00** |
|---|---|---|---|

**RAY'S LEATHER**
**405 NE 3RD STREET**
**McMINNVILLE, OR 97128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**REBECCA FRIEDMAN**
**71 HARDING ROAD**
**OLD GREENWICH, CT 06870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Customer Order Deposit**

Last 4 digits of account number **7366**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,267.03** |
|---|---|---|---|

**REGGIE FILS-AIME**
**STACEY FILS-AIME**
**131 S. BEDFORD ROAD**
**POUND RIDGE, NY 10576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Customer Order Deposit**

Last 4 digits of account number **7044**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9.00** |
|---|---|---|---|

**REVOLUTION FURNISHINGS**
**9050 S WILLOW STREET**
**MANCHESTER, NH 03103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Country Willow LTD.** | Case number (if known) | **26-22112-shl** |
|---|---|---|---|
| | Name | | |

---

**3.136**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,417.85** |
|---|---|---|
| **ROB LICHTENBERGER** | ☐ Contingent | |
| **ANDREA LICHTENBERGER** | ☐ Unliquidated | |
| **419 HAVILAND DRIVE** | ☐ Disputed | |
| **PATTERSON, NY 12563** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Customer Order Deposit__ | |
| Last 4 digits of account number **7401** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.137**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,697.15** |
|---|---|---|
| **ROD MERGARDT** | ☐ Contingent | |
| **BARBARA MARGARDT** | ☐ Unliquidated | |
| **18 ELDERBERRY COURT** | ☐ Disputed | |
| **SOMERS, NY 10589** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Customer Order Deposit__ | |
| Last 4 digits of account number **7222** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.138**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,518.74** |
|---|---|---|
| **ROWE** | ☐ Contingent | |
| **DEPT. AT 953018** | ☐ Unliquidated | |
| **ATLANTA, GA 31192-3018** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.139**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$34,305.92** |
|---|---|---|
| **ROWE** | ☐ Contingent | |
| **2121 GARDNER STREET** | ☐ Unliquidated | |
| **ELLISTON, VA 24087** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| Last 4 digits of account number **1595** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.140**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,897.55** |
|---|---|---|
| **RU WALKER** | ☐ Contingent | |
| **COLLEEN WALKER** | ☐ Unliquidated | |
| **253 BROADWAY** | ☐ Disputed | |
| **HASTINGS ON HUDSON, NY 10706** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Customer Order Deposit__ | |
| Last 4 digits of account number **7334** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.141**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$647.00** |
|---|---|---|
| **SARA LEVINE** | ☐ Contingent | |
| **7 GROVE MEWS** | ☐ Unliquidated | |
| **CHAPPAQUA, NY 10514** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Customer Order Deposits__ | |
| Last 4 digits of account number **7395** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.142**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,843.00** |
|---|---|---|
| **SASHA MARIE INTERIORS** | ☐ Contingent | |
| **5 CLUB POINTE DRIVE** | ☐ Unliquidated | |
| **WHITE PLAINS, NY 10605** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Customer Order Deposit__ | |
| Last 4 digits of account number **6219** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Country Willow LTD.** | Case number (if known) | **26-22112-shl** |
|---|---|---|---|
| | Name | | |

**3.143** | **Nonpriority creditor's name and mailing address** | | **$1,522.00**

**SERTA SIMMONS BEDDING**
**PO BOX 739024**
**DALLAS, TX 75373**

Date(s) debt was incurred __

Last 4 digits of account number  **5950**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | | **$6,007.00**

**SERTA SIMMONS BEDDING**
**2451 INDUSTRY AVENUE**
**ATLANTA, GA 30360**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | | **$3,546.57**

**SOPHIE HUBSCHER**
**13 ELKAN ROAD**
**LARCHMONT, NY 10538**

Date(s) debt was incurred __

Last 4 digits of account number  **7381**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Order Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | | **$9,315.98**

**SOZO FIRM INC.**
**117 S. BROAD STREET**
**NEW FREEDOM, PA 17349**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | | **$2,474.24**

**STACY BRANDOM**
**8 QUARRY ROCK ROAD**
**REDDING, CT 06896**

Date(s) debt was incurred __

Last 4 digits of account number  **7374**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Order Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | | **$13,500.00**

**STUDIO RAPPY**
**PO BOX 645**
**GOLDENS BRIDGE, NY 10526**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | | **$10,471.97**

**SUNSET WEST**
**440 EAST COMMONWEALTH BLVD**
**MARTINSVILLE, VA 24112**

Date(s) debt was incurred __

Last 4 digits of account number  **6446**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 23 of 27

| Debtor | **Country Willow LTD.** | Case number (if known) | **26-22112-shl** |
|---|---|---|---|
| | Name | | |

---

**3.150**

**Nonpriority creditor's name and mailing address**
**SUSAN KUTZIN**
**280 BRONXVILLE ROAD, APT 6X**
**BRONXVILLE, NY 10705**

Date(s) debt was incurred __

Last 4 digits of account number **7354**

As of the petition filing date, the claim is: *Check all that apply.*     **$4,600.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Order Deposit**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.151**

**Nonpriority creditor's name and mailing address**
**THE HARTFORD**
**PO BOX 660916**
**DALLAS, TX 75266**

Date(s) debt was incurred __

Last 4 digits of account number **8134**

As of the petition filing date, the claim is: *Check all that apply.*     **$2,974.40**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Worker's Compensation**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.152**

**Nonpriority creditor's name and mailing address**
**THE HARTFORD**
**PO BOX 660916**
**DALLAS, TX 75266**

Date(s) debt was incurred __

Last 4 digits of account number **0432**

As of the petition filing date, the claim is: *Check all that apply.*     **$2,211.12**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Auto and Commercial Insurance**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.153**

**Nonpriority creditor's name and mailing address**
**THE HARTFORD**
**PO BOX 660916**
**DALLAS, TX 75266**

Date(s) debt was incurred __

Last 4 digits of account number **2780**

As of the petition filing date, the claim is: *Check all that apply.*     **$5,185.52**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.154**

**Nonpriority creditor's name and mailing address**
**THE SIMMONS**
**PO BOX 739024**
**DALLAS, TX 75373**

Date(s) debt was incurred __

Last 4 digits of account number **0055**

As of the petition filing date, the claim is: *Check all that apply.*     **$2,111.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.155**

**Nonpriority creditor's name and mailing address**
**THE UTTERMOST CO.**
**3325 GRASSY HILL ROAD**
**PO BOX 558**
**ROCKY MOUNT, VA 24151**

Date(s) debt was incurred __

Last 4 digits of account number **1913**

As of the petition filing date, the claim is: *Check all that apply.*     **$4,559.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.156**

**Nonpriority creditor's name and mailing address**
**THERESA DORAN**
**15 FIRST STREET**
**YONKERS, NY 10704**

Date(s) debt was incurred __

Last 4 digits of account number **6488**

As of the petition filing date, the claim is: *Check all that apply.*     **$1,907.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Order Deposit**

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Country Willow LTD.** | Case number (if known) | **26-22112-shl** |
|---|---|---|---|
| | Name | | |

---

**3.157** | **Nonpriority creditor's name and mailing address**
**TODAY MEDIA**
**1000 N. WEST STREET STE 601**
**WILMINGTON, DE 19801**

Date(s) debt was incurred _

Last 4 digits of account number **9463**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$3,678.00**

---

**3.158** | **Nonpriority creditor's name and mailing address**
**TOM SALIERNO**
**LYNNE SALIERNO**
**48 PHEASANT LANE**
**RIDGEFIELD, CT 06877**

Date(s) debt was incurred _

Last 4 digits of account number **7168**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Order Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$5,757.53**

---

**3.159** | **Nonpriority creditor's name and mailing address**
**TRUE WOOD FURNITURE**
**607 STRASBURG ROAD**
**PARADISE, PA 17562**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$2,280.00**

---

**3.160** | **Nonpriority creditor's name and mailing address**
**U.S. SMALL BUSINESS**
**ADMINISTRATION**
**409 3RD STREET SW**
**WASHINGTON, DC 20416**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SBA Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$141,590.54**

---

**3.161** | **Nonpriority creditor's name and mailing address**
**UNITED HEALTHCARE**
**185 ASYLUM STREET**
**HARTFORD, CT 06103**

Date(s) debt was incurred _

Last 4 digits of account number **1364**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Medical Insurance**

Is the claim subject to offset? ■ No ☐ Yes

**$3,670.08**

---

**3.162** | **Nonpriority creditor's name and mailing address**
**UNITED HEALTHCARE**
**185 ASYLUM STREET**
**HARTFORD, CT 06103**

Date(s) debt was incurred _

Last 4 digits of account number **1364**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Medical Insurance**

Is the claim subject to offset? ■ No ☐ Yes

**$5,605.08**

---

**3.163** | **Nonpriority creditor's name and mailing address**
**WELLS FARGO**
**PO BOX 77096**
**MINNEAPOLIS, MN 55480**

Date(s) debt was incurred _

Last 4 digits of account number **2184**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Ricoh Copier**

Is the claim subject to offset? ■ No ☐ Yes

**$466.01**

---

| Debtor | **Country Willow LTD.** | Case number (if known) | **26-22112-shl** |
|---|---|---|---|
| | Name | | |

---

| 3.164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,429.00** |

**WENDOVER ART GROUP**
**6465 126TH AVE NORTH**
**LARGO, FL 33773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __N003__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,878.00** |

**WESLEY HALL**
**PO BOX 9**
**HICKORY, NC 28603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __0555__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19.84** |

**WEX BANK**
**1 HANCOCK STREET**
**PORTLAND, ME 04101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,650.00** |

**WHITEWOOD INDUSTRIES**
**PO BOX 890214**
**CHARLOTTE, NC 28289**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __U046__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,098.13** |

**WHITNEY McBRIDE**
**JODY McBRIDE**
**6 HUNT FARM ROAD**
**WACCABU, NY 10597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Customer Order Deposit**

Last 4 digits of account number __7310__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$472.50** |

**WOODBRIDGE FURNITURE**
**115 DON TRUELL LANE**
**THOMASVILLE, NC 27360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __0063__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,710.50** |

**ZIMMERMAN CHAIR**
**1486 COLEBROOK ROAD**
**LEBANON, PA 17042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __WIL0__

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor    **Country Willow LTD.**                                    Case number (if known)    **26-22112-shl**
      Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 35,778.46 |
| **5b. Total claims from Part 2** | 5b. + | $ 4,513,125.94 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 4,548,904.40 |