REICH REICH & REICH, P.C.
Attorneys for Debtor
235 Main Street, Suite 450
White Plains, NY 10601
(914) 949-2126
By: Jeffrey A. Reich, Esq.
jreich@reichpc.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:

      COUNTRY WILLOW LTD.,          Chapter 7
                              Case No. 26-22112(SHL)

              Debtor.
----------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
COUNTY OF WESTCHESTER    )ss:

      SAMARA NEAL being sworn says: I am not a party to the action, am over 18 years of age and employed at Reich Reich & Reich, P.C., 235 Main Street, White Plains, New York 10601.

      On March 19, 2026, I served true copies of the annexed Amendment, Amended Schedule E/F, together with the notice of electronic filing of the foregoing documents and the Notice of Chapter 7 Bankruptcy Case (ECF Document No. 2), by mailing same in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressees as indicated below:

                  Mavin Pallet
                  2871 US Route 62
                  Dundee, OH 44624

                  Holly R. Holecek, Esq.
                  LaMonica Herbst & Maniscalco, LLP
                  3305 Jerusalem Avenue
                  Wantagh, NY 11793

1

Marianne T. O'Toole, Esq.
Chapter 7 Trustee
2 Depot Plaza, Suite 2E
Bedford Hills, NY 10507

United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408

Country Willow LTD.
230 Route 117 Bypass Road
Bedford Hills, New York 10507
Attn: Michael Grasso, President


/s/Samara Neal
SAMARA NEAL

Sworn to before me on the
19th day of March 2026


/s/Jeffrey A. Reich

JEFFREY A. REICH
Notary Public, State of New York
No. 02RE604448
Qualified in Westchester County
Commission Expires Dec. 14, 2026

2