**Objection Deadline: April 13, 2026**

**LaMONICA HERBST & MANISCALCO, LLP**
*Counsel to Marianne T. O'Toole, Chapter 7 Trustee*
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: (516) 826-6500
Holly R. Holecek, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re:                                                        Chapter 7

COUNTRY WILLOW LTD.,                        Case No.: 26-22112-shl

                    Debtor.
----------------------------------------------------------x

## NOTICE OF PROPOSED ABANDONMENT

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that, pursuant to 11 U.S.C. § 554(a), Rule 6007(a) of the

Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 6007-1, notice is hereby given

by Marianne T. O'Toole, solely in her capacity as Chapter 7 Trustee ("Trustee") of the bankruptcy

estate of Country Willow LTD ("Debtor"), of the proposed abandonment ("Proposed

Abandonment") of the Debtor's estate's interest in leases (if any) relating to, and any and all

personal property assets located within the premises at: (i) 230 Route 117 Bypass Road, Bedford

Hills, New York 10507 ("Bedford Hills Premises"); and (ii) 66 Fields Lane, Brewster, New York

10509 ("Brewster Premises") including inventory, furniture, fixtures and equipment (collectively,

"Personal Property"). Based on, among other things, the extent of the known liens on substantially

all of the Personal Property and the nature of the Personal Property, the Trustee has determined

that the Personal Property is burdensome to the Debtor's estate and that the Personal Property is

of inconsequential value and benefit to the Debtor's estate.

**PLEASE TAKE FURTHER NOTICE** that the Proposed Abandonment is limited to the

Personal Property located within the Bedford Hills Premises and the Brewster Premises, and any

leases for the Bedford Hills Premises and Brewster Premises, and is not intended to be, nor shall it be construed as, an abandonment of any other assets or claims that the Trustee and the Debtor's estate have including, but not limited to, any tax refunds, tax credits, claims or causes of action.

**PLEASE TAKE FURTHER NOTICE** that objections to the Proposed Abandonment, if any, must be in writing and be filed, on or before **5:00 p.m. on April 13, 2026** with the Clerk of the Court at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, as follows: (i) through the Bankruptcy Court's electronic filing system, which may be accessed through the internet at the Bankruptcy Court's website ([www.nysb.uscourts.gov](http://www.nysb.uscourts.gov)), in portable document format (PDF) using Adobe Exchange Software for conversion; or (ii) if a party is unable to file electronically, such party shall submit the objection in PDF format on portable media in an envelope with the case name, case number, type and title of document, document number to which the objection refers and the file name on the outside of the envelope.

**PLEASE TAKE FURTHER NOTICE** that, in the event objections to the Proposed Abandonment are timely filed, then a hearing will be scheduled before the Honorable Sean H. Lane, United States Bankruptcy Judge, notice of which will be separately provided.

**PLEASE TAKE FURTHER NOTICE** that, if no objections are timely filed, no hearing will be held and the Personal Property will be deemed abandoned as of **April 14, 2026** to the record owner(s) of such Personal Property.

Dated: March 27, 2026
        Wantagh, New York            **LaMONICA HERBST & MANISCALCO, LLP**
                                      *Counsel to Marianne T. O'Toole, as Chapter 7 Trustee*

                        By:    *s/ Holly R. Holecek*
                               Holly R. Holecek, Esq.
                               A Partner of the Firm
                               3305 Jerusalem Avenue, Suite 201
                               Wantagh, New York 11793
                               Telephone: (516) 826-6500

2